| United States Bankruptcy Court<br>**Northern District of California** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Covenant Presbyterian Ins. Program, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **94-3363248** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**C/O Kim Warner, Texas Prsb. Found.**<br>**6100 Colwell Blvd.**<br>**Irving, TX**      ZIPCODE **75039** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br><br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Sonoma** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |

Location of Principal Assets of Business Debtor (if different from street address above):
**Wells Fargo Bank Accounts, 200 B Street, Santa Rosa, CA**     ZIPCODE **95402**

| **Type of Debtor**<br>(Form of Organization)<br>(Check **one** box.) | **Nature of Business**<br>(Check **one** box.) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check **one** box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☑ Chapter 7    ☐ Chapter 15 Petition for<br>☐ Chapter 9      Recognition of a Foreign<br>☐ Chapter 11     Main Proceeding<br>☐ Chapter 12    ☐ Chapter 15 Petition for<br>☐ Chapter 13      Recognition of a Foreign<br>     Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☑ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."   ☑ Debts are primarily business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Covenant Presbyterian Ins. Program, Inc.** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>   Signature of Attorney for Debtor(s)                    Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

---

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

---

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

---

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord or lessor that obtained judgment)

_____
(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Covenant Presbyterian Ins. Program, Inc.** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X */s/ Paul Jamond*
Signature of Attorney for Debtor(s)

**Paul Jamond 61613**
**Paul Jamond**
**200 Fourth Street #300**
**Santa Rosa, CA  95401**

**jamond@pacbell.net**

**January 12, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Kim Warner*
Signature of Authorized Individual

**Kim Warner**
Printed Name of Authorized Individual

**Chairperson Of The Board**
Title of Authorized Individual

**January 12, 2011**
Date

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a joint case (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

**3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009. Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
# Northern District of California

**IN RE:**                                                                Case No. _____

**Covenant Presbyterian Ins. Program, Inc.** _____     Chapter **7** _____
<div align="center">Debtor(s)</div>

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____     Social Security number (If the bankruptcy
Printed Name and title, if any, of Bankruptcy Petition Preparer     petition preparer is not an individual, state
Address:                                                              the Social Security number of the officer,
_____     principal, responsible person, or partner of
                                                                      the bankruptcy petition preparer.)
_____     (Required by 11 U.S.C. § 110.)

**X** _____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or
partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Covenant Presbyterian Ins. Program, Inc.** _____     **X** _/s/_ _____     **1/12/2011**
Printed Name(s) of Debtor(s)                                     Signature of Debtor                          Date

Case No. (if known) _____     **X** _____
                                                                 Signature of Joint Debtor (if any)          Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Northern District of California

**IN RE:**                                          Case No. _____

**Covenant Presbyterian Ins. Program, Inc.** _____   Chapter **7** _____
                    Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 3 | $ 506,545.40 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $ 11,754.79 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 189 | | $ 1,018,490.36 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 200 | $ 506,545.40 | $ 1,030,245.15 | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6A (Official Form 6A) (12/07)**

**IN RE** Covenant Presbyterian Ins. Program, Inc. _____ Case No. _____
<span style="float:right">(If known)</span>

Debtor(s)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | TOTAL | 0.00 | |

(Report also on Summary of Schedules)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Covenant Presbyterian Ins. Program, Inc.**      Case No. _____

<div align="center">Debtor(s)            (If known)</div>

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account #2626142281 - Wells Fargo Bank, 200 B Street, Santa Rosa, CA** | | **500,246.40** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Covenant Presbyterian Ins. Program, Inc.** _____ Case No. _____
<br>Debtor(s)        (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Funds due re reinsurance contracts Various Underwriters Lloyds of London c/o Willis Energy Property and Casualty Claims -- cpip_claims@willis.com.**<br><br>**Amount Unknown -- estimated value nil to nominal at present**<br>**Refund due back from Jonathan Bornstein, Attorney at Law, 1010 B Street Ste 300, San Rafael, CA 94901 -- for $5,299.**<br><br>**Sums paid to attorney to file corporate BK. Attorney has agreed to refund money - other counsel engaged to file the BK.** | | **unknown**<br><br><br><br>**5,299.00** |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Covenant Presbyterian Ins. Program, Inc.** _____  Case No. _____
                               Debtor(s)                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 28.  Office equipment, furnishings, and supplies. | | **Computer Server, Sofware, Data Back up system, other misc. office supplies located at 326 Waycross Road, Wilmington, DE 19803** | | **1,000.00** |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **506,545.40** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Covenant Presbyterian Ins. Program, Inc. _____ Case No. _____
                                        Debtor(s)                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under: ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**IN RE** <u>Covenant Presbyterian Ins. Program, Inc.</u>_____     Case No. _____
<span style="margin-left:10em">Debtor(s)</span><span style="margin-left:20em">(If known)</span>

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |

___**0**___ continuation sheets attached

<div style="text-align:right">Subtotal<br>(Total of this page)</div> $      $

<div style="text-align:right">Total<br>(Use only on last page)</div> $      $

(Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10)

**IN RE** **Covenant Presbyterian Ins. Program, Inc.**      Case No. _____
<br>_____Debtor(s)_____            _(If known)_

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☑ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___**2** continuation sheets attached

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Covenant Presbyterian Ins. Program, Inc.**_____ Case No. _____
<div align="center">Debtor(s)            (If known)</div>

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Contributions to employee benefit plans**
<div align="center">(Type of Priority for Claims Listed on This Sheet)</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Synod of the Pacific** <br> **200 Kentucky St. Suite B** <br> **Petaluma, CA 94952-3825** | | | **2010 - pension shortfall** | | | | **9,113.00** | **9,113.00** | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __**1**__ of __**2**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

              Subtotal
         (Totals of this page)   $ **9,113.00**   $ **9,113.00**   $

              Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

              Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)   $   $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) - Cont.

IN RE **Covenant Presbyterian Ins. Program, Inc.**                    Case No. _____
_____
                    Debtor(s)                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

## Taxes and Other Certain Debts Owed to Governmental Units

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**California State Board Of Equalization**<br>**PO Box 942879  MIC 29**<br>**Sacramento, CA  94279-0001** | | | | | | | **Notice only** | | |
| ACCOUNT NO. **800003840300**<br>**County of Sonoma**<br>**P O Box 3569**<br>**Santa Rosa, CA  95402** | | | **Unsecured personal property taxes 2006 - 2009** | | | | **2,641.79** | **2,641.79** | |
| ACCOUNT NO.<br>**Employment Development Department**<br>**Bankruptcy / Special Procedures Group**<br>**PO Box 826900 MIC 92E**<br>**Sacramento, CA  94280-0001** | | | | | | | **Notice only** | | |
| ACCOUNT NO.<br>**Franchise Tax Board**<br>**Bankruptcy Unit**<br>**PO Box 2952**<br>**Sacramento, CA  95812-2952** | | | | | | | **Notice only** | | |
| ACCOUNT NO.<br>**Internal Revenue Service**<br>**Special Procedures Section**<br>**1301 Clay Street Stop 1400S**<br>**Oakland, CA  94612-5210** | | | | | | | **Notice only** | | |
| ACCOUNT NO.<br>**Internal Revenue Service**<br>**Special Procedures Section**<br>**PO Box 21126**<br>**Philadelphia, PA  19114** | | | **Assignee or other notification for:**<br>**Internal Revenue Service** | | | | | | |

Sheet no. ___**2**___ of ___**2**___ continuation sheets attached to                    Subtotal          $ **2,641.79** $ **2,641.79** $
Schedule of Creditors Holding Unsecured Priority Claims          (Totals of this page)

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)          $ **11,754.79**

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)          $ **11,754.79** $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Covenant Presbyterian Ins. Program, Inc.** _____  Case No. _____
                                              Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **22000001815258**<br><br>**1 800 Conference**<br>**P. O. Box 8103**<br>**Aurora, IL  60507** | | | **2010** | | | | **517.88** |
| ACCOUNT NO.<br><br>**Acme Presbyterian Church**<br>**PO Box 169**<br>**Acme, WA  98220-0146** | | | **NOTE -- CREDITORS LISTED HEREIN AS HAVING -0- CLAIM AMOUNT ARE LISTED HEREIN FOR INFORMATIONAL PURPOSES -- DEBTOR IS UNAWARE WHETHER THEY HAVE A CLAIM OR WILL BE ASSERTING A CLAIM -- BUT THEY ARE LISTED FOR INFORMATIONAL PURPOSES ONLY** | | | | **0.00** |
| ACCOUNT NO.<br><br>**Acton Presbyterian Church**<br>**P.O. Box 177**<br>**Acton, CA  93510-0177** | | | | | | | **0.00** |
| ACCOUNT NO.<br><br>**Administrative Personnel Association**<br>**501 El Dorado Street**<br>**Monterey, CA  93940-4608** | | | | | | | **0.00** |

    **188** continuation sheets attached

|  | Subtotal<br>(Total of this page) | $ | **517.88** |
|---|---|---|---|
|  | Total<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | |

**IN RE** Covenant Presbyterian Ins. Program, Inc. _____ Case No. _____
_____ Debtor(s) _____ (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Adventure of Faith Presbyterian Church**<br>**4705 Jackson Avenue SE**<br>**Port Orchard, WA  98366** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**African American NCD**<br>**P. O. Box 910**<br>**Anaheim, CA  92815-0910** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Agape Formosan Presbyterian Fellowship**<br>**849 N. Bradford Avenue**<br>**Placentia, CA  92870** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Agape Presbyterian NCD**<br>**1010 E. Casino Road**<br>**Everett, WA  98203** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Agape Property**<br>**1010 East Casino Road**<br>**Everett, WA  98201** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**AIMS**<br>**10445 Old Placerville RD.**<br>**Sacramento, CA  95827** | | | **2008** | | | | **1,467.00** |
| ACCOUNT NO.<br>**Alameda Korean Presbyterian Church**<br>**2001 Santa Clara Avenue**<br>**Alameda, CA  94501-2720** | | | | | | | **0.00** |

Sheet no. _____**1**_____ of _____**188**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **1,467.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Albany Presbyterian Church** **330 5th Avenue SW** **Albany, OR 973212346** | | | | | | | **0.00** |
| ACCOUNT NO. **Alder Presbyterian Church** **P. O. Box 1299** **Eatonville, WA 98328** | | | | | | | **0.00** |
| ACCOUNT NO. **Alhambra True Light Presbyterian Church** **20 W. Commonwealth Ave.** **Alhambra, CA 91801** | | | | | | | **0.00** |
| ACCOUNT NO. **All Nations Presbyterian Church** **16951 NE 4th Ave** **Miami Beach, FL 33162** | | | | | | | **0.00** |
| ACCOUNT NO. **Amazing Grace Ministry** **933 Anchor Drive** **Henderson, NV 89015** | | | | | | | **0.00** |
| ACCOUNT NO. **Anchor Presbyterian Church** **616 W. 10th Avenue** **Anchorage, AK 995013426** | | | | | | | **0.00** |
| ACCOUNT NO. **Angela Mason** **637 Yuba St.** **Richmond, CA 94805** | | | | | | | **0.00** |

Sheet no. **2** of **188** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Covenant Presbyterian Ins. Program, Inc. _____ Case No. _____
                              Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **Aphrodite Nanas** **C/O Michael S. Lamonsoff** **80 Maiden Lane 12th Floor** **New York, NY 10038** | | | | | | | **NOTICE ONLY** |
| ACCOUNT NO. | | | | | | | |
| **Arcadia Presbyterian Church** **121 Alice Street** **Arcadia, CA 91006-3926** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **Arkansas Presbyterian Cursillio** **43 Campana Lane** **Hot Springs Village, AR 71909** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **Arumdaun Presbyterian Church** **1 Arumdaun St.** **Bethpage, NY 11714** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **Ascension Presbyterian Church** **2701 N. State Road 7** **Lauderhill, FL 33318** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **Ashland Presbyterian Church** **116 Ashland Road** **Cockeysville, MD 21030** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **AT & T Mobility c/o Money Control** **7891 Mission Grove Parkway, Suite A** **Riverside, CA 92508** | | | | | | | **338.86** |

Sheet no. __3__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **338.86**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Covenant Presbyterian Ins. Program, Inc. _____ Case No. _____
                        Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Atqasuk Chapel** <br> **616 W. 10th Avenue** <br> **Anchorage, AK 99501** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Auburn Presbyterian Church** <br> **13025 Bel Air Drive** <br> **Auburn, CA 95603-9583** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Ava Kinsland C/O Hankins & Conklin** <br> **6812 North Oak Trafficway, Suite 5** <br> **Gladstone, MO 64118** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Barkley Court Reporters** <br> **File Number 50217** <br> **Los Angeles, CA 90074** | | | | | | | 863.73 |
| ACCOUNT NO. <br><br> **Bates Memorial Presbyterian Church** <br> **103 Jefferson Park Dr.** <br> **Huntington, WV 25705-2612** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Bay Road Presbyterian Church** <br> **1167 Bay Road** <br> **Lake George, NY 12845** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Bayside Community Presbyterian Church** <br> **Old Arcata Road** <br> **Bayside, CA 95524-0418** | | | | | | | 0.00 |

Sheet no. **4** of **188** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | 863.73

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Covenant Presbyterian Ins. Program, Inc.　　　　Case No. _____
　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Bear Lake Community Presbyterian Church 134 Hillside Drive Montpelier, ID 83254** | | | | | | | **0.00** |
| ACCOUNT NO. **Beaumont Community Presbyterian Church P.O. Box 368 Beaumont, CA 92223-0368** | | | | | | | **0.00** |
| ACCOUNT NO. **Bedford Central Presbyterian Church 1200 Dean Street Brooklyn, NY 11216** | | | | | | | **0.00** |
| ACCOUNT NO. **Bel Vue Community U. P. C. 675 East 118th Street Los Angeles, CA 90059** | | | | | | | **0.00** |
| ACCOUNT NO. **Belle Plaine Presbyterian Church P. O. Box 968 Belle Plaine, KS 67013** | | | | | | | **0.00** |
| ACCOUNT NO. **Bellmore Presbyterian Church 2740 Martin Avenue Bellmore, NY 11710** | | | **2008 - slip and fall at church - Medical payments provision of insurance. 3rd party claim being made -- unknown to possible total of $100,000** | X | X | | **0.00** |
| ACCOUNT NO. **Sandra Kosowitz C/O Stephen R. Chesley LLC 18 Court Street Ste 2506 Brooklyn, NY 11241** | | | **Assignee or other notification for: Bellmore Presbyterian Church** | | | | |

Sheet no. **5** of **188** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Covenant Presbyterian Ins. Program, Inc. _____ Case No. _____
<div align="center">Debtor(s)            (If known)</div>

<div align="center">

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Berkeley Pres Missionary Homes**<br>**2918 Regent St**<br>**Berkeley, CA  94705-2115** | | | | | | | <br><br>**0.00** |
| ACCOUNT NO. <br><br>**Berry Boulevard Presbyterian Church**<br>**1340 Berry Boulevard**<br>**Louisville, KY  40215** | | | | | | | <br><br>**0.00** |
| ACCOUNT NO. <br><br>**Bethany Presbyterian Church**<br>**4523 Cedar Springs**<br>**Dallas, TX  75219** | | | | | | | <br><br>**0.00** |
| ACCOUNT NO. <br><br>**Bethany Presbyterian Church Burbank**<br>**521 E. Olive Avenue**<br>**Burbank, CA  91501-2112** | | | | | | | <br><br>**0.00** |
| ACCOUNT NO. <br><br>**Bethany Presbyterian Church Ontario OR**<br>**1712 West Idaho Avenue**<br>**Ontario, OR  97914** | | | | | | | <br><br>**0.00** |
| ACCOUNT NO. <br><br>**Bethany Presbyterian Church Portland**<br>**15505 NW Springville Road**<br>**Portland, OR  97229** | | | | | | | <br><br>**0.00** |
| ACCOUNT NO. <br><br>**Bethany Presbyterian Church Rialto**<br>**1773 North Riverside Avenue**<br>**Rialto, CA  92376** | | | | | | | <br><br>**0.00** |

Sheet no. _____**6**_ of ____**188** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

<div align="right">

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

</div>

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Covenant Presbyterian Ins. Program, Inc. _____  Case No. _____
                          Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Bethany Presbyterian Church Sacramento**<br>**5625 24th Street**<br>**Sacramento, CA 95822-2233** | | | **2009 - slip and fall** | X | X | | **0.00** |
| ACCOUNT NO.<br>**Lila Skates**<br>**C/O Caroline Roberts**<br>**4360 Winding Woods Way**<br>**Fair Oaks, CA 95628** | | | **Assignee or other notification for:**<br>**Bethany Presbyterian Church Sacramento** | | | | |
| ACCOUNT NO.<br>**Bethany Presbyterian Church San Bruno**<br>**2400 Rosewood Drive**<br>**San Bruno, CA 94066** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Bethany Presbyterian Church Seattle**<br>**1818 Queen Anne Avenue North**<br>**Seattle, WA 98109** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Bethany Presbyterian Church Tacoma**<br>**4420 N 41st Street**<br>**Tacoma, WA 98407-4912** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Bethany United/Pacific Presbytery Office**<br>**6323 W. 80th Street**<br>**Los Angeles, CA 900451417** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Bethel Presbyterian Church**<br>**3300 Liberty Blvd.**<br>**South Gate, CA 90280** | | | **2009 - wind damage** | | | | **5,600.00** |

Sheet no. **7** of **188** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **5,600.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Covenant Presbyterian Ins. Program, Inc.                    Case No. _____
                              Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Bethel Presbyterian Church San Leandro**<br>**14235 Bancroft Avenue**<br>**San Leandro, CA 94578-2705** | | | **2009** | X | X | | **0.00** |
| ACCOUNT NO.<br><br>**Frontiers Adjusters**<br>**PO Box 7610**<br>**Phoenix, AZ 85011** | | | **Assignee or other notification for:**<br>**Bethel Presbyterian Church San Leandro** | | | | |
| ACCOUNT NO.<br><br>**Bethel Presbyterian Church Wichita**<br>**4358 North Arkansas**<br>**Wichita, KS 67204** | | | | | | | **0.00** |
| ACCOUNT NO.<br><br>**Bethesda Presbyterian Church**<br>**14404 South Crenshaw Boulevard**<br>**Gardena, CA 90249-3143** | | | | | | | **0.00** |
| ACCOUNT NO.<br><br>**Beverly Hills Presbyterian Church**<br>**505 North Rodeo Drive**<br>**Beverly Hills, CA 90210** | | | | | | | **0.00** |
| ACCOUNT NO.<br><br>**Beverly Presbyterian Church**<br>**254 E. 8th -- (Corner of Beverly Road)**<br>**Brooklyn, NY 11218** | | | | | | | **0.00** |
| ACCOUNT NO.<br><br>**Big Bear Presbyterian Church**<br>**P. O. Box 1852**<br>**Big Bear Lake, CA 92315-1852** | | | | | | | **0.00** |

Sheet no. **8** of **188** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Covenant Presbyterian Ins. Program, Inc. _____ Case No. _____
                    Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **Big Wood Presbyterian Church**<br>**P.O. Box 660**<br>**Ketchum, ID 83340-0473** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **Bingle Camp Ministries**<br>**P.O. Box 80570**<br>**Fairbanks, AK 99708** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **Blackfoot Presbyterian Church of Potomac**<br>**30920 Potomac Rd**<br>**Bonner, MT 59823** | | | | | | | **0.00** |
| ACCOUNT NO. | | | **2008 - legal fees** | | | | |
| **Bledsoe, Cathcart, Diestel et al**<br>**601California St., Suite 1600**<br>**San Francisco,, CA 94108** | | | | | | | **28,609.68** |
| ACCOUNT NO. | | | | | | | |
| **Bonny Doon Presbyterian Church**<br>**7065 Bonny Doon Road**<br>**Santa Cruz, CA 95060** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **Boone Memorial Presbyterian Church**<br>**406 South 14th Avenue**<br>**Caldwell, ID 83605** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **Braden River Presbyterian Church**<br>**5150 Peridia Blvd East**<br>**Bradenton, FL 34203** | | | | | | | **0.00** |

Sheet no. ___9___ of ___188___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **28,609.68**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Covenant Presbyterian Ins. Program, Inc.      Case No. _____

           Debtor(s)                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Brazilian Portuguese NCD**<br>**630 N. Dalton Avenue**<br>**Azusa, CA 91702** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**Brenda Shaffstall**<br>**4210 Hornel Place NE**<br>**Olympia, WA 98516** | | | **2008 - injury on camping trip** | X | X | | **0.00** |
| ACCOUNT NO. <br><br>**Brentwood Presbyterian Church**<br>**12000 San Vicente Boulevard**<br>**Los Angeles, CA 90049-4923** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**Brian McCarthy, Esq.**<br>**7027 Dublin Blvd.**<br>**Dublin, CA 94568** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**Brookfield Presbyterian Church**<br>**26 Laughlin Drive**<br>**Shirley, NY 11967** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**Brown Memorial Park Avenue**<br>**1316 Park Ave,**<br>**Baltimore, MD 21217-4185** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**Bryan F. Lewis**<br>**425 Broadhollow Rd.**<br>**Melville, NY 11747** | | | | | | | **7,390.78** |

Sheet no. **10** of **188** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **7,390.78**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Covenant Presbyterian Ins. Program, Inc. _____ Case No. _____
                              Debtor(s)                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Bryn Mawr Presbyterian Church**<br>**20 Buckingham Road**<br>**Yonkers, NY 10701** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Buckingham Presbyterian Church**<br>**4241 Buckingham Rd.**<br>**Fort Myers, FL 33905** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Burney Presbyterian Church**<br>**Post Office Box 1240**<br>**Burney, CA 96013-1240** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Cal Aggie Christian Association**<br>**433 Russell Blvd**<br>**Davis, CA 95616-3527** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Calvary Presbyterian Church**<br>**510 N. Cedar Lake Road**<br>**Round Lake, IL 60073** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Calvary Presbyterian Church**<br>**106 East 17th Street North**<br>**Wichita, KS 67214-1097** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Calvary Presbyterian Church Berkeley**<br>**1940 Virginia St**<br>**Berkeley, CA 947092136** | | | | | | | 0.00 |

Sheet no. **11** of **188** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Covenant Presbyterian Ins. Program, Inc. _____ Case No. _____
                        Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Calvary Presbyterian Church Bolinas** <br> **P.O. Box 297** <br> **Bolinas, CA 94924-0297** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br> **Calvary Presbyterian Church South Pasade** <br> **P. O. Box A** <br> **South Pasadena, CA 91031** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br> **Calvary Presbyterian Church Wilmington** <br> **1160 North Marine Ave** <br> **Wilmington, CA 90748-0517** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br> **Calvin Presbyterian Church Corvallis** <br> **1736 NW Dixon Street** <br> **Corvallis, OR 97330-2098** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br> **Calvin Presbyterian Church Shoreline** <br> **18826 3rd Avenue NW** <br> **Shoreline, WA 98177** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br> **Calvin Presbyterian Church Tigard** <br> **10445 SW Canterbury Lane** <br> **Tigard, OR 97224-4892** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br> **Camp Mattole Lodge** <br> **P.O. Box 675** <br> **Bayside, CA 95524-0675** | | | | | | | **0.00** |

Sheet no. __12__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** <u>Covenant Presbyterian Ins. Program, Inc.</u>                    Case No. _____
                        Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Camp Sawtooth**<br>**P.O. Box 445**<br>**Homedale, ID  83628** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Camp Wilmot**<br>**5 White Pond Road**<br>**Wilmot, NH  03287** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Campus Christian Ministry**<br>**P. O. Box 607**<br>**Portland, OR  97207** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Canyon Hills Presbyterian Church**<br>**190 S. Fairmont**<br>**Anaheim, CA  92808** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Capital Korean Presbyterian Church**<br>**1441 Tong Road**<br>**El Dorado Hills, CA  95762** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Capitol Hill Presbyterian Church**<br>**1729 Harvard Ave.**<br>**Seattle, WA  98122** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Capstone Chinese Fellowship**<br>**630 N. Dalton Avenue**<br>**Azusa, CA  91702** | | | | | | | 0.00 |

Sheet no. __**13**__ of __**188**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Covenant Presbyterian Ins. Program, Inc.                    Case No. _____
                        Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Carmel Presbyterian Church** <br> **P.O. Box 846** <br> **Carmel, CA  939210846** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Carmela Walgren C/O Douglas Walgren** <br> **600 Sharon Park Dr.** <br> **Menlo Park, CA  940254** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Carmichael Presbyterian** <br> **5645 Marconi Avenue** <br> **Carmichael, CA  95608-4498** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Carol Carlson C/O Zalkin & Zimmer LLP** <br> **12555 High Bluff Dr.** <br> **San Diego, CA  92130** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Carpenteria Community Church** <br> **1111 Vallecito Road** <br> **Carpinteria, CA  93013** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Carter Westminster Presbyterian Church** <br> **4950 West Pratt** <br> **Skokie, IL  60077** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Cascade View Presbyterian Church** <br> **1030 E. Casino Rd.** <br> **Everett, WA  98203** | | | | | | | 0.00 |

Sheet no. __14__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Covenant Presbyterian Ins. Program, Inc.      Case No. _____
            Debtor(s)                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Cascades Presbyterian Church** <br> **P. O. Box 820189** <br> **Vancouver, WA  98682** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Catonsville Presbyterian Church** <br> **1400 Frederick Road** <br> **Catonsville, MD  21228-5089** | | | **2008 - employment discrimination claim** | X | X | | 0.00 |
| ACCOUNT NO. <br> **Franklin & Prokopik** <br> **The B & O Bldg.** <br> **2 North Charles Street** <br> **Baltimore, MD  21202** | | | **Assignee or other notification for:** <br> **Catonsville Presbyterian Church** | | | | |
| ACCOUNT NO. <br> **Kimberly Smith** <br> **C/O Edelstein Radford & Perkins** <br> **10 N. Calvery Street** <br> **Baltimore, MD  21202** | | | **Assignee or other notification for:** <br> **Catonsville Presbyterian Church** | | | | |
| ACCOUNT NO. <br> **Celtic Cross Presbyterian Church** <br> **5839 Dewey Drive** <br> **Citrus Heights, CA  95621-6232** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Centerpointe Presbyterian Church** <br> **3410 Cornerstone Ct.** <br> **Pleasanton, CA  94566** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Centerville Presbyterian Church Fremont** <br> **4360 Central Avenue** <br> **Fremont, CA  945365802** | | | | | | | 0.00 |

Sheet no. __15__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Covenant Presbyterian Ins. Program, Inc. _____ Case No. _____
_____Debtor(s)_____ _____(If known)_____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Central Presbyterian Church Terre Haute**<br>**125 N. 7th Street**<br>**Terre Haute, IN 47807** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Central Presbyterian Church Topeka**<br>**920 Huntoon**<br>**Topeka, KS 66604** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Centro Misionero Agua de Vida**<br>**1001 Letts Avenue**<br>**Corcoran, CA 93212-2221** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Chanceford Presbyterian Church**<br>**P. O. Box 58**<br>**Airville, PA 17302** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Chapel By The Sea**<br>**P. O. Box F**<br>**Pacific Beach, WA 98571-0194** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Chapel Hill Presbyterian Church**<br>**3108 Westbound 40 Hwy.**<br>**Blue Springs, MO 64015-4527** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Chapel Hill Presbyterian Church**<br>**P.O. Box 829**<br>**Gig Harbor, WA 98335-0829** | | | | | | | 0.00 |

Sheet no. __16__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

**IN RE** Covenant Presbyterian Ins. Program, Inc. _____ Case No. _____
_____ Debtor(s) _____ (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Chapel in the Mountains<br>616 W. 10th Avenue<br>Anchorage, AK 99501 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>Chapel In The Valley<br>P.O. Box 107<br>Swan Valley, ID 83449-0104 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>Cherry Hill Community Presbyterian Churc<br>819 Cherry Hill Rd.<br>Baltimore, MD 21225 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>Cherry Park Presbyterian Church<br>P.O. Box 305<br>Troutdale, OR 97060-0305 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>Cheryl Johnston c/o Christopher Keller,<br>701 Bridger Avenue, Suite 600<br>Las Vegas, NV 89101 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>Chestnut Level Presbyterian Church<br>1068 Chestnut Level<br>Quarryville, PA 17566 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>Chico Korean Worshipping Fellowship<br>1450 Springfield Dr., #201<br>Chico, CA 95928 | | | | | | | 0.00 |

Sheet no. **17** of **188** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Covenant Presbyterian Ins. Program, Inc. _____ Case No. _____
                                  Debtor(s)                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Chinatown Presbyterian Church**<br>**925 Stockton Street**<br>**San Francisco, CA  94108** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Chinese Presbyterian Church**<br>**265 8th Street**<br>**Oakland, CA  94607** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Chinook Presbyterian Church**<br>**437 Indiana St**<br>**Chinook, MT  59523** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Christ First Presbyterian Church**<br>**1644 Denton Green**<br>**Hempstead, NY  11550** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Christ Memorial Presbyterian Church**<br>**6410 Amherst Ave.**<br>**Columbia, MD  21046** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Christ Our Foundation Fellowship Church**<br>**1625 South Columbian Way**<br>**Seattle, WA  98108-1533** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Christ Presbyterian Church**<br>**In Terra Linda**<br>**620 Del Ganado Rd**<br>**San Rafael, CA  94903-2319** | | | | | | | **0.00** |

Sheet no. **18** of **188** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Covenant Presbyterian Ins. Program, Inc.** _____ Case No. _____
                                                                 Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **Christ Presbyterian Church** **5225 Hayter Avenue** **Lakewood, CA  90712-2398** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **Christ Presbyterian Church** **4501 Goldfinch** **Houston, TX  77035** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **Christ Presbyterian Church Lucerne/Minde** **1436 Industrial Way Unit C** **Gardnerville, NV  89410** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **Christ United Presbyterian Church** **San Francisco** **1700 Sutter Street** **San Francisco, CA  94115-3218** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **Christ United Presbyterian Church** **San Diego** **3025 First  at 30th Street** **San Diego, CA  92102-1123** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **Church Development Corporation** **6400 Glenwood, Suite 304** **Overland Park, KS  66202** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **Church in the Tetons** **C/O Kendall Presbytery** **PO Box 2165** **Ketchum, ID  83340** | | | | | | | **0.00** |

Sheet no. **19** of **188** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Covenant Presbyterian Ins. Program, Inc. _____ Case No. _____

<div align="center">Debtor(s)                  (If known)</div>

<div align="center">

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

</div>

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Church Music Institute CMI** **7557 Rambler Rd.** **Dallas, TX 75231** | | | | | | | **0.00** |
| **ACCOUNT NO.** **Church of Peace Presbyterian Church** **1640 W. Cordova Street** **Los Angeles, CA 90007** | | | | | | | **0.00** |
| **ACCOUNT NO.** **Church of the Covenant** **310 E. 42nd St.** **New York, NY 10017** | | | **2009 - collapse** | | | | **2,637.80** |
| **ACCOUNT NO.** **Delores Wills** **C/O Michael Garabedian, Esq.** **267 Carleton Avenue Ste 232** **Central Islip, NY 11722** | | | **Assignee or other notification for:** **Church of the Covenant** | | | | |
| **ACCOUNT NO.** **Lewis Johs** **425 Broadhollow Road** **Melville, NY 11747** | | | **Assignee or other notification for:** **Church of the Covenant** | | | | |
| **ACCOUNT NO.** **Church of the Covenant** **P.O. Box 2128** **Costa Mesa, CA 92626** | | | | | | | **0.00** |
| **ACCOUNT NO.** **Church of the Covenant Presb. Church** **310 East 42nd Street** **New York, NY 10017** | | | | | | | **0.00** |

Sheet no. **20** of **188** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

<div align="right">

Subtotal
(Total of this page) $ **2,637.80**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

</div>

**IN RE** Covenant Presbyterian Ins. Program, Inc. _____ Case No. _____
                                      Debtor(s)                                       (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Church of the Good Neighbor** <br> **115 E. 106th Street** <br> **New York, NY  10029** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Church of the Master** <br> **81-82 Morningside Avenue** <br> **New York, NY  10027-5130** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Church of the Valley** <br> **P. O. Box 727** <br> **Apple Valley, CA  92307** | | | **2007 - pipe break water damage** | X | X | | **0.00** |
| ACCOUNT NO. <br> **Church of the Valley Presbyterian Church** <br> **20700 Standing Rock Road** <br> **Apple Valley, CA  92307-0727** | | | **Duplicate address** | | | | **0.00** |
| ACCOUNT NO. <br> **Churchville Presbyterian Church** <br> **2844 Churchville Road** <br> **Churchville, MD  21028-1620** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Clallam Bay Presbyterian Church** <br> **8th St. & WA-Hwy 112** <br> **Clallam Bay, WA  98326-0018** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Clayton Presbyterian Church** <br> **4887 Pennsylvania St.** <br> **Clayton, IN  46118** | | | | | | | **0.00** |

Sheet no. __21__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Covenant Presbyterian Ins. Program, Inc. _____ Case No. _____
Debtor(s)                                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Clayton Valley Presbyterian Church**<br>**1578 Kirker Pass Rd**<br>**Clayton, CA 94517-1072** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Clearwater Forest Camp**<br>**16595 Crooked Lake Road**<br>**Deerwood, MN 56444** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Cleopatra Palma C/O Gassler & O'Rourke**<br>**One Northern Boulevard**<br>**Great Neck, NY 11021** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Club Jam/Grandview Presbyterian Church**<br>**1130 Ruberta Avenue**<br>**Glendale, CA 91201-1907** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**College Ave. Presbyterian Church**<br>**5951 College Ave**<br>**Oakland, CA 94618-1325** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Colonial Heights Presbyterian**<br>**2828 SE Stephens Street**<br>**Portland, OR 97214** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Colonial Presbyterian Church**<br>**9500 Wornall Rd.**<br>**Kansas City, MO 64114** | | | | | | | 0.00 |

Sheet no. **22** of **188** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Covenant Presbyterian Ins. Program, Inc.　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Community Church of New Boston**<br>**2 Meetinghouse Hill Road**<br>**New Boston, NH  03070** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Community Of The Lakes PC**<br>**P. O. Box 302**<br>**Lake Hughes, CA  93532** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Community Presbyterian Church**<br>**39 North Prospect Avenue**<br>**Clarendon Hills, IL  60514** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Community Presbyterian Church**<br>**P.O. Box 285**<br>**Yachats, OR  97498-0285** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Community Presbyterian Church**<br>**125 Everette Rd.**<br>**Pinehurst, NC  28370-1449** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Community Presbyterian Church Bellflower**<br>**9630 East Mayne Street**<br>**Bellflower, CA  90706** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Community Presbyterian Church Calistoga**<br>**1407 3rd St**<br>**Calistoga, CA  94515-1421** | | | | | | | 0.00 |

Sheet no. __23__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Covenant Presbyterian Ins. Program, Inc. _____ Case No. _____
                                        Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Community Presbyterian Church Cambria** <br> **2250 Yorkshire Drive** <br> **Cambria, CA  93428-3917** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Community Presbyterian Church Cathedral** <br> **38-088 Chuperosa Lane** <br> **Cathedral City, CA  92234** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Community Presbyterian Church Crestline** <br> **P.O. Box 3345** <br> **Crestline, CA  92325-3345** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Community Presbyterian Church Dayville** <br> **P. O. Box 4** <br> **Dayville, OR  97825** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Community Presbyterian Church Deer Park** <br> **1843 Deer Park Avenue** <br> **Deer Park, NY  11729** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Community Presbyterian Church Delhi** <br> **15917 El Capitan** <br> **Delhi, CA  95315-9754** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Community Presbyterian Church Du Pont** <br> **502 Barksdale** <br> **Du Pont, WA  98327-9004** | | | | | | | **0.00** |

Sheet no. __**24**__ of __**188**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Covenant Presbyterian Ins. Program, Inc.**     Case No. _____
<p style="text-align:center">Debtor(s)                (If known)</p>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Community Presbyterian Church El Monte** <br> **4602 Peck Rd.** <br> **El Monte, CA  91732-1308** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Community Presbyterian Church Garbervill** <br> **437 Maple Lane** <br> **Garberville, CA  95542** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Community Presbyterian Church Gonzales** <br> **340 Day Street** <br> **Gonzales, CA  93926-0715** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Community Presbyterian Church Hawthorne** <br> **Po Box 1096** <br> **Hawthorne, NV  89415-1096** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Community Presbyterian Church Hobe Sound** <br> **11933 SW Juno Crescent** <br> **Hobe Sound, FL  38455** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Community Presbyterian Church Hollister** <br> **630 Hayes Drive** <br> **Twin Falls, ID  83301** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Community Presbyterian Church La Plata** <br> **210 North Owensby** <br> **La Plata, MO  63549** | | | | | | | **0.00** |

Sheet no. ___**25**___ of ___**188**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Covenant Presbyterian Ins. Program, Inc.** _____ Case No. _____
                                    Debtor(s)                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Community Presbyterian Church Lakeside** <br> **P.O. Box 82** <br> **Lakeside, OR  97449-0082** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Community Presbyterian Church Long Beach** <br> **6380 Orange Avenue** <br> **Long Beach, CA  90805** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Community Presbyterian Church Malin** <br> **P.O. Box 54** <br> **Malin, OR  97632-0054** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Community Presbyterian Church Malverne** <br> **12-24 Nottingham Road** <br> **Malverne, NY  11565** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Community Presbyterian Church Moro** <br> **P.O. Box 112** <br> **Moro, OR  97039-0112** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Community Presbyterian Church Nipomo** <br> **P. O. Box 158** <br> **Nipomo, CA  93444-0158** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Community Presbyterian Church Orick** <br> **P. O. Box 145** <br> **Orick, CA  95555-0145** | | | | | | | 0.00 |

Sheet no. __26__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

*© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only*

IN RE Covenant Presbyterian Ins. Program, Inc. _____ Case No. _____
         Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Community Presbyterian Church Orondo<br>P. O. Box 63<br>Orondo, WA 98843** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Community Presbyterian Church Pilot Rock<br>P. O. Box 668<br>Pilot Rock, OR 97868-0668** | | | **2007 - fire consumed church. Insurer of adjacent building also destroyed. Claims church negligent in not cleaning out heater flue -- unknown to possible total of $100,000** | X | X | | **0.00** |
| ACCOUNT NO.<br>**United Property & Cas. Ins. Co.<br>Attn: Stu Hansen<br>PO Box 1688<br>Pendelton, OR 97801** | | | **Assignee or other notification for:<br>Community Presbyterian Church Pilot Rock** | | | | |
| ACCOUNT NO.<br>**Community Presbyterian Church Pismo Beac<br>990 Dolliver Street<br>Pismo Beach, CA 934492506** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Community Presbyterian Church Point Reye<br>P. O. Box 487<br>Point Reyes, CA 94956** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Community Presbyterian Church Redmond<br>P.O. Box 1689<br>Redmond, OR 97756-0515** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Community Presbyterian Church Remsenburg<br>P. O. Box 546<br>Remsenburg, NY 11960** | | | | | | | **0.00** |

Sheet no. __27__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Covenant Presbyterian Ins. Program, Inc. _____ Case No. _____
                        Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Community Presbyterian Church Rexburg** <br> **P.O. Box 533** <br> **Rexburg, ID  83440-0533** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Community Presbyterian Church Rigby** <br> **P. O. Box 95** <br> **Rigby, ID  83442** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Community Presbyterian Church Saint Anth** <br> **47 W. Third North Street** <br> **Saint Anthony, ID  83445-0031** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Community Presbyterian Church Stinson Be** <br> **32 Belvedere Ave.** <br> **Stinson Beach, CA  94970-0125** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Community Presbyterian Church Three Rive** <br> **P. O. Box 685** <br> **Three Rivers, CA  93271-0685** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Community Presbyterian Church Tonopah** <br> **P. O. Box 787** <br> **Tonopah, NV  89049-0787** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Community Presbyterian Church Tulelake** <br> **P. O. Box 760** <br> **Tulelake, CA  96134** | | | | | | | **0.00** |

Sheet no. __28__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Covenant Presbyterian Ins. Program, Inc. _____ Case No. _____
　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　(If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Community Presbyterian Church Ukiah**<br>**102 South Alba**<br>**Ukiah, OR  97880** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Community Presbyterian Church Ventura**<br>**1555 Poli Street**<br>**Ventura, CA  93001-3246** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Community Presbyterian Church Visalia**<br>**438 S. Locust St.**<br>**Visalia, CA  93277** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Community Presbyterian Church Waldport**<br>**P.O. Box 520**<br>**Waldport, OR  97394-0520** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Community Presbyterian Church Walnut Gro**<br>**Post Office Box 93**<br>**Walnut Grove, CA  95690-0093** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Community Presbyterian Church West Covin**<br>**540 E Vine Avenue**<br>**West Covina, CA  91790-5101** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Compex Legal Services**<br>**P. O. Box 2738**<br>**Torrance, CA  90509** | | **2008** | | | | | **650.37** |

Sheet no. __29__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **650.37**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Covenant Presbyterian Ins. Program, Inc. _____ Case No. _____
<span style="margin-left:4em;">Debtor(s)</span> <span style="margin-left:20em;">(If known)</span>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Concord Hispanic NCD** <br> **2024 Durant Ave.** <br> **Berkeley, CA 94704** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Contra Costa Korean Presbyterian** <br> **2449 Buena Vista Avenue** <br> **Walnut Creek, CA 94596-3019** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Conway Springs Presbyterian Church** <br> **P.O. Box 326, 121 S. 7th** <br> **Conway Springs, KS 67031** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Cornerstone Community Church** <br> **P.O. Box 386** <br> **Troy, NY 12182** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Cornerstone Korean Presbyterian Church** <br> **5115 Reels Mill Road** <br> **Frederick, MD 21704** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Cornerstone NCD** <br> **888 N. First Street #320** <br> **San Jose, CA 95112-6314** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Cornerstone Presbyterian Church** <br> **218 Overhulse Road NW** <br> **Olympia, WA 98502** | | | | | | | 0.00 |

Sheet no. **30** of **188** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

<div align="right">

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

</div>

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Covenant Presbyterian Ins. Program, Inc. _____ Case No. _____
<br>Debtor(s)                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Cortez Presbyterian Church**<br>**12516 Cortez Avenue**<br>**Turlock, CA  95380-9018** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Coulee Dam Community Church**<br>**PO Box 204**<br>**Coulee Dam, WA** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Countryside Community Church**<br>**PO Box 156**<br>**Esparto, CA  95627-0156** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Covelo Presbyterian Church**<br>**P. O. Box 157**<br>**Covelo, CA  95428** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Covenant Presbyterian Church Boise**<br>**4848 N Five Mile Rd**<br>**Boise, ID  83713-1824** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Covenant Presbyterian Church Cinnaminson**<br>**2618 New Albany Road**<br>**Cinnaminson, NJ  08077** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Covenant Presbyterian Church Gresham**<br>**18630 SE Division Street**<br>**Gresham, OR  97030-5199** | | | | | | | 0.00 |

Sheet no. __31__ of __188__ continuation sheets attached to
<br>Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
<br>(Total of this page) $

Total
<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Covenant Presbyterian Ins. Program, Inc.     Case No. _____
           Debtor(s)                                     (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Covenant Presbyterian Church Kansas City**<br>**5931 Swope Parkway**<br>**Kansas City, MO 64130** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Covenant Presbyterian Church Los Angeles**<br>**6323 W 80th Street**<br>**Los Angeles, CA 90045-1417** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Covenant Presbyterian Church Palo Alto**<br>**670 E. Meadow Drive**<br>**Palo Alto, CA 94306-3628** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Covenant Presbyterian Church Reno**<br>**6695 Mae Anne Avenue**<br>**Reno, NV 89523-1884** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Covenant Presbyterian Church San Francis**<br>**321 Taraval Street**<br>**San Francisco, CA 94116** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Covenant Presbyterian Church Wichita**<br>**1750 N. Tyler**<br>**Wichita, KS 67212** | | | | | | | 17,672.30 |
| ACCOUNT NO.<br>**Covenant Taiwanese NCD**<br>**630 N. Dalton Avenue**<br>**Azusa, CA 91702-3096** | | | | | | | 0.00 |

Sheet no. __32__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                  Subtotal
          (Total of this page)   $ 17,672.30

                     Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Covenant Presbyterian Ins. Program, Inc.**      Case No. _____

<div align="center">Debtor(s)            (If known)</div>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Crawford & CO.**<br>**P. O. Box 404579**<br>**Atlanta, GA  30384** | | | | | | | **Notice only** |
| ACCOUNT NO.<br>**Crystal Presbyterian Church**<br>**50 W Pallisades Parkway**<br>**Pallisades Park, NJ  07650** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Culver City Presbyterian Church**<br>**11269 Washington Boulevard**<br>**Culver City, CA  90230-4615** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Cutchogue Presbyterian Church**<br>**P. O. Box 964**<br>**Cutchogue, NY  11935** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Daesung Presbyterian Church**<br>**425 Tasman Drive**<br>**Sunnyvale, CA  94089-1706** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Daniel R. Sullivan Sullivan & Ballog, LL**<br>**400 N. Tustin Ave.**<br>**Santa Ana, CA  92705** | | | | | | | **2,145.00** |
| ACCOUNT NO.<br>**Danielle Errie**<br>**C/O Ms. Jane Loving, Attorney**<br>**1225 W. Mount Royal Avenue**<br>**Baltimore, MD  21217** | | | | | | | **0.00** |

Sheet no. **33** of **188** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,145.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Covenant Presbyterian Ins. Program, Inc. _____ Case No. _____
                                     Debtor(s)                                   (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**David T. Stowell  Malibu Presbyterian Ch<br>3324 Malibu Canyon Drive<br>Westlake Village, CA  90265** | | | | | | | **453.62** |
| ACCOUNT NO.<br>**Davis Community Church<br>412 C Street<br>Davis, CA  95616-4127** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Dayville Presbyterian Church<br>204 South Fork Road<br>Dayville, OR  97825** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Debbie Currie<br>1686 NE Ashberry Dr.<br>Hillsboro, OR  97124** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Deloris Wills C/O Michael Garbedian, Att<br>267 Carleton Ave. Suite 232<br>Central Islip, NY  11722** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Delta Community Presbyterian<br>1900 Willow Lake Road<br>Discovery Bay, CA  94514-9306** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Delta Junction Presbyterian Church<br>616 W. 10th Avenue<br>Anchorage, AK  99501** | | | **2007 - fall from elevator lift at church. Medical poayments provision of policy. Unknown to possible total of $100,000 -- fees paid to date however are $81,000** | X | X | | **0.00** |

Sheet no.   **34**   of   **188**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $   **453.62**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Covenant Presbyterian Ins. Program, Inc.** _____ Case No. _____
　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Preg O'Donnell Et Al.**<br>**1800 Ninth Avenue**<br>**Seattle, WA 98101** | | | Assignee or other notification for:<br>**Delta Junction Presbyterian Church** | | | | |
| ACCOUNT NO.<br>**Sam Wager**<br>**C/O Ward Merdes, Esq.**<br>**PO Box 71309**<br>**Fairbanks, AK 99707** | | | Assignee or other notification for:<br>**Delta Junction Presbyterian Church** | | | | |
| ACCOUNT NO.<br>**Deming Presbyterian Church**<br>**P. O. Box 76**<br>**Deming, WA 98244-0076** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Department Of The Army**<br>**Office Of The Judge Advocate**<br>**1336 Plummer Street**<br>**Monterey, CA 93944** | | | | | | | duplicate |
| ACCOUNT NO.<br>**Dept. Of The Army - Defense Lang. Ctr.**<br>**Office Of The Staff Judge Advocate**<br>**1336 Plummer Street**<br>**Monterey, CA 93944** | | | Assignee or other notification for:<br>**Department Of The Army** | | | | |
| ACCOUNT NO.<br>**Desert Hills Presbyterian Church**<br>**56750 Mountain View Trail**<br>**Yucca Valley, CA 92284** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Dinuba Presbyterian Church**<br>**1250 E. Nebraska**<br>**Dinuba, CA 93618** | | | | | | | 0.00 |

Sheet no. **35** of **188** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Covenant Presbyterian Ins. Program, Inc.        Case No. _____

               Debtor(s)                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Divine Light Presbyterian Church**<br>**11608 Valley Boulevard**<br>**El Monte, CA 91732-3070** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Divine Saviour Presbyterian Church**<br>**P. O. Box 2232**<br>**Irwindale, CA 91706-1136** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Divine Saviour Presbyterian Church**<br>**515 Echandia Street**<br>**Los Angeles, CA 90033-1160** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Doe Run Presbyterian Church**<br>**3104 Doe Run Church Rd.**<br>**Coatesville, PA 19320** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Donegal Presbyterian Church**<br>**1891 Donegal Springs Rd.**<br>**Mount Joy, PA 17552** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Donna Morgan**<br>**7500 Blue Inn Place**<br>**Topeka, KS 66614** | | | | | | | 4,783.00 |
| ACCOUNT NO.<br>**Eagle Creek Presbyterian Church**<br>**42939 SE Music Camp Rd.**<br>**Sandy, OR 97055** | | | | | | | 0.00 |

Sheet no. **36** of **188** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 4,783.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Covenant Presbyterian Ins. Program, Inc.** _____ Case No. _____
<br>Debtor(s)                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Eagle River Presbyterian Church** <br> **Po Box 771337** <br> **Eagle River, AK  99577-1337** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Eagle Rock United Presbyterian** <br> **4848 Eagle Rock Boulevard** <br> **Los Angeles, CA  90041-2633** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **East Woods Presbyterian Church** <br> **P.O. Box 871091** <br> **Vancouver, WA  98687-1091** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Eastchester Presbyterian Church** <br> **3154 Fish Avenue** <br> **Bronx, NY  10469** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Eastern Shore Presbyterian Church** <br> **23050 Hwy 98** <br> **Fairhope, AL  36532** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Eastminster Presbyterian Church Dallas** <br> **6550 Samuell Boulevard** <br> **Dallas, TX  75228** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Eastminster Presbyterian Church Portland** <br> **P.O. Box 301069** <br> **Portland, OR  97294-9069** | | | | | | | 0.00 |

Sheet no. **37** of **188** continuation sheets attached to
<br>Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
<br>(Total of this page) $

Total
<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Covenant Presbyterian Ins. Program, Inc. _____ Case No. _____
Debtor(s)        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Eastminster Presbyterian Church Wichita**<br>**1958 North Webb Road**<br>**Wichita, KS  67206** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Edmonds Presbyterian Church**<br>**22600 96th Avenue West**<br>**Edmonds, WA  98020** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**El Buen Pastor**<br>**1954 Grand Concourse Ave.**<br>**Bronx, NY  10457** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**El Buen Pastor MP**<br>**1625 South Columbian Way**<br>**Seattle, WA  981081533** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**El Calvario Church**<br>**6100 Colwell Blvd., Suite 100**<br>**Irving, TX  75039-3112** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**El Calvario Community Center/Salvation A**<br>**630 N Dalton Avenue**<br>**Azusa, CA  91702** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**El Divino Salvador Presbyterian Church**<br>**PO Box 7671**<br>**Corpus Christi,     78467** | | | | | | | 0.00 |

Sheet no. __38__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

    Subtotal<br>(Total of this page) $ _____

Total<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Covenant Presbyterian Ins. Program, Inc.**      Case No. _____
<br>
                Debtor(s)                                       (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **El Dorado County Federated Church** <br> **1031 Thompson Way** <br> **Placerville, CA 95667-5712** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **El Montecito Presbyterian Church** <br> **1455 E. Valley Road** <br> **Santa Barbara, CA 93108-1242** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Elaine Blech C/O Ms. Shoshanna T. Books** <br> **875 Park Avenue** <br> **New York, NY 10075** | | | | | | | 10,738.94 |
| ACCOUNT NO. <br> **Elena Belsky** <br> **P. O. Box 377** <br> **San Geronimo, CA 94963** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Elim United Presbyterian Church** <br> **3500 E Harmon Ave** <br> **Las Vegas, NV 89121-5031** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Eliot Presbyterian Church** <br> **273 Summer Street** <br> **Lowell, MA 01852** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Elmhurst Presbyterian Church** <br> **1332 98th Ave.** <br> **Oakland, CA 94603** | | | | | | | 0.00 |

Sheet no. **39** of **188** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal <br> (Total of this page)   $ **10,738.94**

Total <br> (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Covenant Presbyterian Ins. Program, Inc. _____  Case No. _____
<br>Debtor(s)                                               (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Emmanuel Hispanic at Pomona Valley** <br> **1111 N. Mountain Avenue** <br> **Claremont, CA 91711** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Emmanuel Presbyterian Church Bedford** <br> **P. O. Box 663** <br> **Bedford, TX 76021-3752** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Emmanuel Presbyterian Church Bothell** <br> **19540 104th Avenue NE** <br> **Bothell, WA 98011-2401** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Emmanuel Presbyterian Church Thousand Oa** <br> **588 Camino Manzanas** <br> **Thousand Oaks, CA 91360-2010** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Emmanuel United Presbyterian Church** <br> **4017 East 6th Street** <br> **Long Beach, CA 90814** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Evangelical Presbytery of the West** <br> **1250 S. Buckley Rd. Suite I 146** <br> **Aurora, CO 80017** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Evergreen Community Presbyterian Church** <br> **432 Jessup Road** <br> **Cook, WA 98605** | | | | | | | 0.00 |

Sheet no. **40** of **188** continuation sheets attached to
<br>Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
<br>(Total of this page) $

Total
<br>(Use only on last page of the completed Schedule F. Report also on
<br>the Summary of Schedules, and if applicable, on the Statistical
<br>Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Covenant Presbyterian Ins. Program, Inc.   Case No. _____
     Debtor(s)           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Evergreen Presbyterian Church** <br> **613 University** <br> **Memphis, TN  38107** | | | **2009 - water damage** | | | | **14,160.85** |
| ACCOUNT NO. <br> **Evergreen Presbyterian Church** <br> **4848 San Felipe Rd. #150-113** <br> **San Jose, CA  95135** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Evergreen Presbyterian Church** <br> **613 University** <br> **Memphis, TN  38107** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Everson Presbyterian Church** <br> **P. O. Box 705** <br> **Everson, WA  98247-0705** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Fairview Presbyterian Church** <br> **800 Fairview Rd.** <br> **Glenmoore, PA  19343** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Faith Bilingual Presbyterian Church** <br> **321 N Sierra Nevada Street** <br> **Stockton, CA  95205-4546** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Faith Grace Chinese NCD** <br> **630 N. Dalton Avenue** <br> **Azusa, CA  91702** | | | | | | | **0.00** |

Sheet no. **41** of **188** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

             Subtotal
          (Total of this page) $ **14,160.85**

               Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Covenant Presbyterian Ins. Program, Inc.      Case No. _____

                   Debtor(s)                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Faith Korean Presbyterian Church NCD** <br> **220 Berry Hill Rd.** <br> **Syosset, NY 11791** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Faith Presbyerian Church San Diego** <br> **5075 Campinele Drive** <br> **San Diego, CA 62115** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Faith Presbyterian Church Hermiston** <br> **P.O. Box 1088** <br> **Hermiston, OR 97838** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Faith Presbyterian Church Oakland** <br> **430 49th St** <br> **Oakland, CA 94609-2146** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Faith Presbyterian Church Sacramento** <br> **625 Florin Road** <br> **Sacramento, CA 95831-2607** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Faith Presbyterian Church Valley Village** <br> **5000 Colfax Avenue** <br> **Valley Village, CA 91601-3602** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Faith United Presbyterian Church** <br> **115 N Avenue 53** <br> **Los Angeles, CA 90042-4005** | | | | | | | 0.00 |

Sheet no. **42** of **188** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Covenant Presbyterian Ins. Program, Inc. _____ Case No. _____
<br>Debtor(s)             (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Faithbridge Presbyterian Church** <br>**10930 College Parkway** <br>**Frisco, TX  75035** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Families Unlimited Network** <br>**8101 27th St. W.** <br>**University Place, WA  98466** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Farragut Presbyterian Church** <br>**209 Jamestowne Blvd.** <br>**Knoxville, TN  37934** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Featherbed Lane Presbyterian Church** <br>**141 Featherbed Lane** <br>**Bronx, NY  10452** | | | 2008 - windstorm | X | X | | 0.00 |
| ACCOUNT NO. <br><br>**Felton Presbyterian Church** <br>**6090 Highway 9** <br>**Felton, CA  95018-9526** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Fircrest United Presbyterian Church** <br>**1250 Emerson Street** <br>**Fircrest, WA  98466-6427** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**FIRM, Inc.** <br>**1940 N. Fresno Street** <br>**Fresno, CA  93703-2231** | | | | | | | 0.00 |

Sheet no. **43** of **188** continuation sheets attached to
<br>Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
<br>(Total of this page) $

Total
<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Covenant Presbyterian Ins. Program, Inc. _____ Case No. _____
                                       Debtor(s)                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**First Filipino Community Presbyterian Ch**<br>**639 N. Soldano Ave.**<br>**Azusa, CA 91702** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**First Korean Presbyterian Church Anchora**<br>**3300 Wyoming Drive**<br>**Anchorage, AK 99517-2052** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**First of Craig and Klawok PC**<br>**11024-A Auke Lake Way**<br>**Juneau, AK 99801** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**First of Dupage Presbyterian Church**<br>**180 N Weber Road**<br>**Bolingbrook, IL 60440** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**First Presbyerian Church Valatie**<br>**P. O. Box 267**<br>**Valatie, NY 12550** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**First Presbyterian Church**<br>**Colton Street**<br>**San Bernardino, CA 92405** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**First Presbyterian Church**<br>**221 N Main St**<br>**Belvidere, IL 61008** | | | | | | | 0.00 |

Sheet no. __44__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Covenant Presbyterian Ins. Program, Inc.  Case No. _____
<p style="text-align:center">Debtor(s)                                        (If known)</p>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**First Presbyterian Church**<br>**226 N Morgan**<br>**Rushville, IN 46173** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**First Presbyterian Church**<br>**120 Main Street**<br>**East Hampton, NY 11937** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**First Presbyterian Church**<br>**818 N Main St.**<br>**Bonham, TX 75418** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**First Presbyterian Church**<br>**203 Barwick St**<br>**Wildwood, FL 34785** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**First Presbyterian Church**<br>**1801 19th St.**<br>**Huntsville, TX 77340** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**First Presbyterian Church**<br>**304 3rd St. West**<br>**Darien, GA 31305** | | | | | | | **0.00** |
| ACCOUNT NO. **10734108** <br><br>**First Presbyterian Church**<br>**142 Stage Road**<br>**Monroe, NY 10950** | | | **2008 - slip and fall at church., Medical payments provision of insurance applicable and 3rd party claim beiing made litigation** | X | X | | **0.00** |

Sheet no. **45** of **188** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Covenant Presbyterian Ins. Program, Inc.    Case No. _____
                    Debtor(s)                             (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Weidslay Gradski**<br>**C/O Joseph Catania, Jr. - Attny At Law**<br>**PO Box 1479**<br>**Newburg, NY  12550** | | | **Assignee or other notification for:**<br>**First Presbyterian Church** | | | | |
| ACCOUNT NO.<br>**First Presbyterian Church Aberdeen**<br>**420 No. Broadway**<br>**Aberdeen, WA  98520** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**First Presbyterian Church Alameda**<br>**2001 Santa Clara Avenue**<br>**Alameda, CA  94501-2720** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**First Presbyterian Church Altadena**<br>**2775 Lincoln Avenue**<br>**Altadena, CA  91001-4901** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**First Presbyterian Church Amagansett**<br>**P. O. Box 764**<br>**Amagansett, NY  11930** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**First Presbyterian Church Anchorage**<br>**616 W 10th Avenue**<br>**Anchorage, AK  99501-3426** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**First Presbyterian Church Antrim**<br>**P.O. Box 186**<br>**Antrim, NH  03440** | | | | | | | **0.00** |

Sheet no. __46__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Covenant Presbyterian Ins. Program, Inc.      Case No. _____

<div align="center">Debtor(s)      (If known)</div>

<div align="center">

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**First Presbyterian Church Astoria** <br>**1103 Grand Avenue** <br>**Astoria, OR 97103-4033** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**First Presbyterian Church Baker City** <br>**1995 4th St** <br>**Baker City, OR 97814-3316** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**First Presbyterian Church Baldwin** <br>**717 St. Luke Place** <br>**Baldwin, NY 11510** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**First Presbyterian Church Baldwin Park** <br>**4428 Stewart Avenue** <br>**Baldwin Park, CA 91706-2467** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**First Presbyterian Church Bandon** <br>**592 Edison Street** <br>**Bandon, OR 97411-1199** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**First Presbyterian Church Barton** <br>**P. O. Box 312** <br>**Barton, MD 21521** | | | **Duplicate - different address** | | | | **duplicate** |
| ACCOUNT NO. <br><br>**First Presbyterian Church Barton** <br>**P.O. Box 41** <br>**Barton, MD 21521** | | | **2009 - sewer backup** | X | X | | **0.00** |

Sheet no.   **47** of   **188** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Covenant Presbyterian Ins. Program, Inc.       Case No. _____

                     Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**First Presbyterian Church Beloit**<br>**321 E. Main**<br>**Beloit, KS 67420** | | | **Duplicate - different address** | | | | **duplicate** |
| ACCOUNT NO.<br>**First Presbyterian Church Beloit**<br>**P. O. Box 603**<br>**Beloit, KS 67420-0603** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**First Presbyterian Church Bishop**<br>**585 N. Main Street**<br>**Bishop, CA 93514-2744** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**First Presbyterian Church Blackwood**<br>**21 East Church Street**<br>**Blackwood, NJ 08012** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**First Presbyterian Church Boise**<br>**950 W State St**<br>**Boise, ID 83702-5440** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**First Presbyterian Church Bradenton, FL**<br>**410 15th St W**<br>**Bradenton, FL 34205** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**First Presbyterian Church Buhl**<br>**P.O. Box 53**<br>**Buhl, ID 83316-0053** | | | | | | | **0.00** |

Sheet no. __48__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Covenant Presbyterian Ins. Program, Inc.** _____ Case No. _____
<div align="center">Debtor(s)</div> <div align="right">(If known)</div>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **First Presbyterian Church Burbank** **521 E Olive Avenue** **Burbank, CA 91501-2112** | | | | | | | **0.00** |
| ACCOUNT NO. **First Presbyterian Church Burley** **2100 Burton Ave.** **Burley, ID 83318** | | | | | | | **0.00** |
| ACCOUNT NO. **First Presbyterian Church Burlingame** **1500 Easton Drive** **Burlingame, CA 94010-4868** | | | | | | | **0.00** |
| ACCOUNT NO. **First Presbyterian Church Canby** **311 St. Olaf Avenue North** **Canby, MN 56220** | | | | | | | **0.00** |
| ACCOUNT NO. **First Presbyterian Church Carson City** **306 West Musser Street** **Carson City, NV 89703-4929** | | | | | | | **0.00** |
| ACCOUNT NO. **First Presbyterian Church Cherryvale** **201--211 S. Montgomery** **Cherryvale, KS 67335** | | | | | | | **0.00** |
| ACCOUNT NO. **First Presbyterian Church Clarksville Pr** **213 Main Street** **Clarksville, TN 37040** | | | | | | | **0.00** |

Sheet no. **49** of **188** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE __Covenant Presbyterian Ins. Program, Inc._____     Case No. _____
                          Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**First Presbyterian Church Coalinga**<br>**475 Sunset Street**<br>**Coalinga, CA 93210** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**First Presbyterian Church Coffeyville**<br>**402 W. 8th Street**<br>**Coffeyville, KS 67337** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**First Presbyterian Church Colby**<br>**515 W 4th St.**<br>**Colby, KS 67701** | | | **2009 - vandalism to church** | | | | **6,418.06** |
| ACCOUNT NO. <br><br>**First Presbyterian Church Columbia**<br>**11155 Jackson Street**<br>**Columbia, CA 95310-9421** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**First Presbyterian Church Colusa**<br>**Post Office Box 623**<br>**Colusa, CA 95932-0623** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**First Presbyterian Church Concordia**<br>**233 West 7th**<br>**Concordia, KS 66901** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**First Presbyterian Church Coos Bay**<br>**P.O. Box 847**<br>**Coos Bay, OR 97420-0202** | | | | | | | **0.00** |

Sheet no. __50__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **6,418.06**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Covenant Presbyterian Ins. Program, Inc.** _____ Case No. _____
<br>Debtor(s) (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**First Presbyterian Church Cornig** <br>**471 Marguerite Avenue** <br>**Corning, CA 96021-2608** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**First Presbyterian Church Cottage Grove** <br>**P.O. Box 541** <br>**Cottage Grove, OR 97424-0023** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**First Presbyterian Church Covina** <br>**310 N 2nd Avenue** <br>**Covina, CA 91723-2124** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**First Presbyterian Church Creswell** <br>**P.O. Box 157** <br>**Creswell, OR 97426-0236** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**First Presbyterian Church Cut Bank** <br>**P.O. Box 577** <br>**Cut Bank, MT 59427-0577** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**First Presbyterian Church Dayville** <br>**P. O. Box 4** <br>**Dayville, OR 97825** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**First Presbyterian Church Denison** <br>**213 N Burnett** <br>**Denison, TX 75020** | | | **2007 - aspirated marchmallow at church game. Case has been settled and church has paid retention remaiing.** | X | X | | 68,712.00 |

Sheet no. **51** of **188** continuation sheets attached to
<br>Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
<br>(Total of this page) $ 68,712.00

Total
<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Covenant Presbyterian Ins. Program, Inc.      Case No. _____
_____
Debtor(s)                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Cowles & Thompson**<br>**901 Main Street**<br>**Dalla, TX 75202** | | | Assignee or other notification for:<br>**First Presbyterian Church Denison** | | | | |
| ACCOUNT NO.<br>**Shannon T. Bailey, Esq.**<br>**307 N. Crockett St.**<br>**Sherman, TX 75090** | | | Assignee or other notification for:<br>**First Presbyterian Church Denison** | | | | |
| ACCOUNT NO.<br>**First Presbyterian Church Dodge City**<br>**803 Central Ave.**<br>**Dodge City, KS 67801** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**First Presbyterian Church Downey**<br>**P. O. Box 5069**<br>**Downey, CA 90241-8069** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**First Presbyterian Church East Moriches**<br>**P. O. Box 565**<br>**East Moriches, NY 11940** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**First Presbyterian Church Elko**<br>**1559 Sewell Dr.**<br>**Elko, NV 89803-0609** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**First Presbyterian Church Emporia**<br>**802 Commercial**<br>**Emporia, KS 66801** | | | | | | | 0.00 |

Sheet no. **52** of **188** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page) $ _____

Total<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Covenant Presbyterian Ins. Program, Inc.**      Case No. _____
_____
   Debtor(s)                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **First Presbyterian Church Everett** <br> **2936 Rockefeller Ave** <br> **Everett, WA  98201-4020** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **First Presbyterian Church Exeter** <br> **P. O. Box 482** <br> **Exeter, CA  93221-0482** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **First Presbyterian Church Flushing Prosp** <br> **152-20 Barclay Avenue** <br> **Flushing, NY  11355** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **First Presbyterian Church Fontana** <br> **9260 Mango** <br> **Fontana, CA  92335** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **First Presbyterian Church Fort Scott** <br> **P. O. Box 568** <br> **Fort Scott, KS  66701** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **First Presbyterian Church Freeport** <br> **P. O. Box 194** <br> **Freeport, KS  67049** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **First Presbyterian Church Freeport** <br> **178 South Ocean Avenue** <br> **Freeport, NY  11520** | | | | | | | **0.00** |

Sheet no. __**53**__ of __**188**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal   $
(Total of this page)

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Covenant Presbyterian Ins. Program, Inc. _____ Case No. _____
                    Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**First Presbyterian Church Freeport** <br>**1402 W. Broad Street** <br>**Freeport, TX  77541-5235** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**First Presbyterian Church Garden Grove** <br>**11832 Euclid Street** <br>**Garden Grove, CA  92840** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**First Presbyterian Church Gardena** <br>**1957 West Redondo Beach Boulvd** <br>**Gardena, CA  90247-3664** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**First Presbyterian Church Glen Cove** <br>**7 North Lane** <br>**Glen Cove, NY  11542-2697** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**First Presbyterian Church Glen Ellyn Pro** <br>**500 Anthony** <br>**Glen Ellyn, IL  60137** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**First Presbyterian Church Gold Beach** <br>**P O Box 1137** <br>**Gold Beach, OR  97444-1137** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**First Presbyterian Church Great Falls** <br>**1315 Central Avenue** <br>**Great Falls, MT  59401** | | | | | | | **0.00** |

Sheet no. __54__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Covenant Presbyterian Ins. Program, Inc. _____ Case No. _____

Debtor(s)　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **First Presbyterian Church Gridley** <br> **P.O. Box 950** <br> **Gridley, CA  95948-3020** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br> **First Presbyterian Church Grover Beach** <br> **1830 Farroll Road** <br> **Grover Beach, CA  93433-2906** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br> **First Presbyterian Church Haddon Heights** <br> **28 Seventh Ave.** <br> **Haddon Heights, NJ  18035** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br> **First Presbyterian Church Halstead** <br> **P. O. Box 309** <br> **Halstead, KS  67056-0309** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br> **First Presbyterian Church Hanford** <br> **P. O. Box 1185** <br> **Hanford, CA  93232-1185** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br> **First Presbyterian Church Harper** <br> **1204 Central Ave.** <br> **Harper, KS  67058** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br> **First Presbyterian Church Hill City** <br> **202 North 8th Avenue** <br> **Hill City, KS  67642-2211** | | | | | | | **0.00** |

Sheet no. \_\_\_**55**\_\_\_ of \_\_\_**188**\_\_\_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Covenant Presbyterian Ins. Program, Inc.** _____ Case No. _____
           Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**First Presbyterian Church Hollister**<br>**P.O. Box 1761**<br>**Hollister, CA  95024-1761** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**First Presbyterian Church Hollywood**<br>**1760 North Gower Street**<br>**Hollywood, CA  90028-5422** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**First Presbyterian Church Holton**<br>**c/o Presbytery of Northern Kans**<br>**Salina, KS  67401** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**First Presbyterian Church Homedale**<br>**Po Box 577**<br>**Homedale, ID  83628-0577** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**First Presbyterian Church Idaho Falls**<br>**325 Elm Street**<br>**Idaho Falls, ID  83402-4024** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**First Presbyterian Church Independence**<br>**P.O. Box 612**<br>**Independence, KS  67301** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**First Presbyterian Church Inglewood**<br>**100 North Hillcrest Boulevard**<br>**Inglewood, CA  90301-1309** | | | | | | | 0.00 |

Sheet no. **56** of **188** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Covenant Presbyterian Ins. Program, Inc.** _____ Case No. _____
_____ Debtor(s) _____ (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**First Presbyterian Church Jacksonville**<br>**P.O. Box 297**<br>**Jacksonville, OR 97530-0297** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**First Presbyterian Church Jacksonville**<br>**P.O. Box 2313**<br>**Jacksonville, TX 75766** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**First Presbyterian Church Jamaica**<br>**89-60 164 Street**<br>**Jamaica, NY 11433** | | | **2007 - slip and fall at church. Medical payments provision of insurance applicable and 3rd party claim being made in litigation No. 10734108** | X | | | **100,000.00** |
| ACCOUNT NO. <br><br>**Bryan Lewis**<br>**425 Broadhollow Road**<br>**Melville, NY 11747** | | | **Assignee or other notification for:**<br>**First Presbyterian Church Jamaica** | | | | |
| ACCOUNT NO. <br><br>**Cleopatra Palma**<br>**C/O Gassler & O'Rourke**<br>**1 Northern Blvd.**<br>**Great Neck, NY 11021** | | | **Assignee or other notification for:**<br>**First Presbyterian Church Jamaica** | | | | |
| ACCOUNT NO. <br><br>**Pinto & Associates**<br>**50 Main Street**<br>**Melville, NY 10606** | | | **Assignee or other notification for:**<br>**First Presbyterian Church Jamaica** | | | | |
| ACCOUNT NO. <br><br>**Shelma Nurse**<br>**C/O Todd A Restive, Esq.**<br>**100 Quentin Roosevelt Blvd #106**<br>**Garden City, NY 11530** | | | **Assignee or other notification for:**<br>**First Presbyterian Church Jamaica** | | | | |

Sheet no. **57** of **188** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **100,000.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Covenant Presbyterian Ins. Program, Inc. _____ Case No. _____
          Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **First Presbyterian Church Jasper**<br>**P.O. Box 578**<br>**Jasper, TX  75951-0578** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **First Presbyterian Church Jerome**<br>**262 E Avenue A**<br>**Jerome, ID  83338** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **First Presbyterian Church Junction City**<br>**113 W 5th Street**<br>**Junction City, KS  66441** | | | | | | | **0.00** |
| ACCOUNT NO. | | | **2009 - child cut finger at church** | X | X | | |
| **First Presbyterian Church Kelso**<br>**215 Academy Street**<br>**Kelso, WA  98626-3405** | | | | | | | **0.00** |
| ACCOUNT NO. | | | **Assignee or other notification for:**<br>**First Presbyterian Church Kelso** | | | | |
| **Wiley Tinterra**<br>**1410 S. 10th Street**<br>**Kelso, WA  98626** | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| **First Presbyterian Church Kent**<br>**P. O. Box 5217**<br>**Kent, WA  98064** | | | | | | | **0.00** |
| ACCOUNT NO. | | | **2008** | | | | |
| **First Presbyterian Church Killeen**<br>**4705 E. Ranchier Ave.**<br>**Killeen, TX  76543** | | | | | | | **5,600.00** |

Sheet no. ___58___ of ___188___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | $ | 5,600.00 |
|---|---|---|---|
| | Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Covenant Presbyterian Ins. Program, Inc. _____ Case No. _____
_____ Debtor(s) _____ (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**First Presbyterian Church La Grande**<br>**1308 Washington Street**<br>**La Grande, OR  97850** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**First Presbyterian Church Lake Forest, I**<br>**700 North Sheridan Road**<br>**Lake Forest, IL  60045-2299** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**First Presbyterian Church Lake Worth FL**<br>**231 N. Federal Highway**<br>**Lake Worth, FL  33460** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**First Presbyterian Church Lakeview**<br>**P.O. Box 630**<br>**Lakeview, OR  97630-0135** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**First Presbyterian Church Lakeview, OR J**<br>**C/O John Bogardus 35 South G. St.**<br>**Lakeview, OR  97630** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**First Presbyterian Church Lancaster, PA**<br>**140 E. Orange St.**<br>**Lancaster, PA  17602** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**First Presbyterian Church Las Vegas**<br>**1515 West Charleston Boulevard**<br>**Las Vegas, NV  89102-2304** | | | | | | | **0.00** |

Sheet no. **59** of **188** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Covenant Presbyterian Ins. Program, Inc.** _____ Case No. _____
<span style="padding-left:7em">Debtor(s)</span> <span style="padding-left:10em">(If known)</span>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **First Presbyterian Church Leavenworth** <br> **407 Walnut Street** <br> **Leavenworth, KS  66048** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **First Presbyterian Church Lebanon** <br> **145 W Ash Street** <br> **Lebanon, OR  97355-3334** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **First Presbyterian Church Lemoncove** <br> **P. O. Box 44348** <br> **Lemoncove, CA  93244** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **First Presbyterian Church Leoti** <br> **P. O. Drawer 1** <br> **Leoti, KS  67861** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **First Presbyterian Church Libby** <br> **101 Mahoney Rd.** <br> **Libby, MT  59923** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **First Presbyterian Church Los Angeles** <br> **1809 West Boulevard** <br> **Los Angeles, CA  90019-5815** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **First Presbyterian Church Malad City** <br> **P. O. Box 152** <br> **Malad City, ID  83252** | | | | | | | 0.00 |

Sheet no. **60** of **188** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

<div align="right">

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

</div>

<span style="writing-mode:vertical-lr">© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</span>

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Covenant Presbyterian Ins. Program, Inc.**      Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **First Presbyterian Church Marysville** <br> **1940 Freeman Street** <br> **Marysville, CA 95901-3826** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **First Presbyterian Church McMinnville** <br> **390 E Second at Davis Street** <br> **McMinnville, OR 97128** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **First Presbyterian Church McPherson Pros** <br> **1400 N Main St.** <br> **McPherson, KS 67460** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **First Presbyterian Church Merrill** <br> **P.O. Box 276** <br> **Merrill, OR 97633-0276** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **First Presbyterian Church Midlothian** <br> **P. O. Box 53** <br> **Midlothian, TX 76065** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **First Presbyterian Church Mill City** <br> **P.O. Box 426** <br> **Mill City, OR 97360-0426** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **First Presbyterian Church Milpitas** <br> **1000 South Park Victoria Dr.** <br> **Milpitas, CA 95035** | | | | | | | 0.00 |

Sheet no. **61** of **188** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Covenant Presbyterian Ins. Program, Inc.** _____ Case No. _____
                                       Debtor(s)                                       (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. _(See Instructions Above.)_ | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **First Presbyterian Church Mineola**<br>**182 First Street**<br>**Mineola, NY 11501** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **First Presbyterian Church Monterey**<br>**501 El Dorado St**<br>**Monterey, CA 93940-4608** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **First Presbyterian Church Moutain View**<br>**1667 Miramonte Ave.**<br>**Mountain View, CA 94040-3051** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **First Presbyterian Church Neodesha**<br>**P. O. Box 126**<br>**Neodesha, KS 66757** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **First Presbyterian Church Newark**<br>**35450 Newark Boulevard**<br>**Newark, CA 94560** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **First Presbyterian Church Newberg**<br>**501 Mission Drive**<br>**Newberg, OR 97132-1656** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **First Presbyterian Church Newhall**<br>**24317 Newhall Ave**<br>**Newhall, CA 91321--272** | | | | | | | **0.00** |

Sheet no. **62** of **188** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                      Subtotal                          
(Total of this page) $

                                        Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Covenant Presbyterian Ins. Program, Inc. _____ Case No. _____
                                     Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**First Presbyterian Church North Palm Bea**<br>**717 Prosperity Farms Road**<br>**North Palm Beach, FL 33408** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**First Presbyterian Church Oak Hill KS**<br>**227 Cherokee Road**<br>**Longford, KS 67458** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**First Presbyterian Church Oakland**<br>**2619 Broadway**<br>**Oakland, CA 94612-3107** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**First Presbyterian Church Oceanside**<br>**2701 Oceanside Road**<br>**Oceanside, NY 11572** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**First Presbyterian Church of Far Rockawa**<br>**P O Box 262**<br>**Lawrence, NY 11559** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**First Presbyterian Church of Granada Hil**<br>**10400 Zelzah Avenue**<br>**Northridge, CA 91326-3510** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**First Presbyterian Church of Green Cove**<br>**PO Box 277**<br>**Greencove Springs, FL 32043** | | | | | | | 0.00 |

Sheet no. __63__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Covenant Presbyterian Ins. Program, Inc. _____ Case No. _____
            Debtor(s)                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **First Presbyterian Church of Hayward** <br> **2490 Grove Way** <br> **Castro Valley, CA 94546-7106** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **First Presbyterian Church of Idana KS** <br> **214 Lincoln Street** <br> **Clay Center, KS 67432** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **First Presbyterian Church of Petersburg** <br> **11024-A Auke Lake Way** <br> **Juneau, AK 99801** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **First Presbyterian Church of San Anselmo** <br> **72 Kensington Road** <br> **San Anselmo, CA 94960** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **First Presbyterian Church of Sitka** <br> **11024-A Auke Lake Way** <br> **Juneau, AK 99801** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **First Presbyterian Church of Skagway** <br> **11024-A Auke Lake Way** <br> **Juneau, AK 99801** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **First Presbyterian Church of Stuart** <br> **1715 NW Pine Lake Drive** <br> **Stuart, FL 34994** | | | | | | | **0.00** |

Sheet no. __64__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Covenant Presbyterian Ins. Program, Inc.** _____ Case No. _____
                                                            Debtor(s)                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**First Presbyterian Church of Tequesta** <br>**482 Tequesta Drive** <br>**Tequesta, FL  33469** | | | | | | | <br><br>**0.00** |
| ACCOUNT NO. <br><br>**First Presbyterian Church of Wrangell** <br>**11024-A Auke Lake Way** <br>**Juneau, AK  99801** | | | | | | | <br><br>**0.00** |
| ACCOUNT NO. <br><br>**First Presbyterian Church Olathe** <br>**621 S. Lee Avenue** <br>**Olathe, KS  66061** | | | | | | | <br><br>**0.00** |
| ACCOUNT NO. <br><br>**First Presbyterian Church Oneonta** <br>**296 Main St.** <br>**Oneonta, NY  13820** | | | | | | | <br><br>**0.00** |
| ACCOUNT NO. <br><br>**First Presbyterian Church Orange** <br>**191 North Orange Street** <br>**Orange, CA  92866** | | | | | | | <br><br>**0.00** |
| ACCOUNT NO. <br><br>**First Presbyterian Church Orange Cove** <br>**c/o 12575 Ave 468** <br>**Orange Cove, CA  93646-2134** | | | | | | | <br><br>**0.00** |
| ACCOUNT NO. <br><br>**First Presbyterian Church Osage** <br>**202 S. 6th St.** <br>**Osage, KS  66523** | | | | | | | <br><br>**2,193.62** |

Sheet no. **65** of **188** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,193.62**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Covenant Presbyterian Ins. Program, Inc. _____ Case No. _____
                                    Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **First Presbyterian Church Osage City** <br> **P. O. Box 192** <br> **Osage City, KS  66523-0192** | | | **2009 - wind storm** | | | | **2,193.00** |
| ACCOUNT NO. <br> **First Presbyterian Church** <br> **202 S. 6th Street** <br> **Osage, KS  66523** | | | **Assignee or other notification for:** <br> **First Presbyterian Church Osage City** | | | | |
| ACCOUNT NO. <br> **First Presbyterian Church Oskaloosa** <br> **P. O. Box 296** <br> **Oskaloosa, KS  66066-0296** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **First Presbyterian Church Oxnard** <br> **850 Ivywood Drive** <br> **Oxnard, CA  93030-3401** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **First Presbyterian Church Palisades Park** <br> **50 W Palisades Blvd.** <br> **Palisades Park, NJ  07650** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **First Presbyterian Church Palmdale dba H** <br> **1850 E. Avenue R.** <br> **Palmdale, CA  93550-5427** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **First Presbyterian Church Pasadena** <br> **4647 Preston Road** <br> **Pasadena, TX  77505** | | | | | | | **0.00** |

Sheet no. **66** of **188** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,193.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

IN RE **Covenant Presbyterian Ins. Program, Inc.**      Case No. _____

                     Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**First Presbyterian Church Pascagoula** <br>**1819 Pascagoula St.** <br>**Pascagoula,    39568-0698** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**First Presbyterian Church Pendleton** <br>**201 S.W. Dorion Avenue** <br>**Pendleton, OR  97801-2111** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**First Presbyterian Church Petaluma** <br>**939 'B' Street** <br>**Petaluma, CA  94952** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**First Presbyterian Church Phoenix** <br>**P.O. Box 390** <br>**Phoenix, OR  97535-0390** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**First Presbyterian Church Pocatello** <br>**P.O. Box 4488** <br>**Pocatello, ID  83205-4488** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**First Presbyterian Church Polson** <br>**301 Fourth Avenue E** <br>**Polson, MT  59860-2315** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**First Presbyterian Church Pomona** <br>**401 N Gibbs Street** <br>**Pomona, CA  91767-5415** | | | | | | | **0.00** |

Sheet no. __67__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Covenant Presbyterian Ins. Program, Inc. _____ Case No. _____
                                    Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> **First Presbyterian Church Pompano Beach** <br> **2331 NE 26th Avenue** <br> **Pompano Beach, FL 33062** | | | | | | | **0.00** |
| **ACCOUNT NO.** <br> **First Presbyterian Church Port Angeles** <br> **139 W 8th Street** <br> **Port Angeles, WA 98362-6031** | | | | | | | **0.00** |
| **ACCOUNT NO.** <br> **First Presbyterian Church Port St. Lucie** <br> **2240 SE Walton Road** <br> **Port Saint Lucie, FL 34952** | | | | | | | **0.00** |
| **ACCOUNT NO.** <br> **First Presbyterian Church Port Townsend** <br> **1111 Franklin Street** <br> **Port Townsend, WA 98368-6638** | | | | | | | **0.00** |
| **ACCOUNT NO.** <br> **First Presbyterian Church Portland** <br> **1200 SW Alder Street** <br> **Portland, OR 97205-2208** | | | **2008 - slip and fall** | X | X | | **0.00** |
| **ACCOUNT NO.** <br> **Debbie Curry** <br> **1686 NE Ashberry Drive** <br> **Hillsboro, OR 97124** | | | **Assignee or other notification for:** <br> **First Presbyterian Church Portland** | | | | |
| **ACCOUNT NO.** <br> **First Presbyterian Church Quilcene** <br> **P. O. Box 387** <br> **Quilcene, WA 98376-0387** | | | | | | | **0.00** |

Sheet no. **68** of **188** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ _____

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

IN RE **Covenant Presbyterian Ins. Program, Inc.** _____ Case No. _____
　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**First Presbyterian Church Redding 2315 Placer Street Redding, CA 96001-1541** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**First Presbyterian Church Redlands P. O. Box 2009 Redlands, CA 92373-0721** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**First Presbyterian Church Renton 2640 Benson Road S Renton, WA 98055** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**First Presbyterian Church Richmond 3415 Barrett Avenue Richmond, CA 94805-2139** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**First Presbyterian Church Riley 104 East Kansas Avenue Riley, KS 66531** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**First Presbyterian Church Rosemead 7732 Emerson Place Rosemead, CA 91770-2334** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**First Presbyterian Church Sag Harbor P. O. Box 1241 Sag Harbor, NY 11963** | | | | | | | 0.00 |

Sheet no. **69** of **188** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE __Covenant Presbyterian Ins. Program, Inc._____  Case No. _____
                                   Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**First Presbyterian Church Salina** <br>**P. O. Box 585** <br>**Salina, KS 67401** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**First Presbyterian Church Salinas** <br>**830 Padre Dr.** <br>**Salinas, CA 93901-2423** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**First Presbyterian Church Salmon** <br>**513 Lena Street** <br>**Salmon, ID 83467** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**First Presbyterian Church San Bernadino** <br>**1900 D Street** <br>**San Bernardino, CA 92405** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**First Presbyterian Church San Diego** <br>**320 Date Street** <br>**San Diego, CA 92101-2610** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**First Presbyterian Church San Jose** <br>**49 N 4th Street** <br>**San Jose, CA 95112-5554** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**First Presbyterian Church San Leandro** <br>**180 Estudillo Avenue** <br>**San Leandro, CA 94577-4703** | | | | | | | 0.00 |

Sheet no. __70__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Covenant Presbyterian Ins. Program, Inc. _____ Case No. _____
                              Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**First Presbyterian Church San Pedro**<br>**731 S Averill Ave**<br>**San Pedro, CA  90732-3813** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**First Presbyterian Church San Rafael**<br>**1510 Fifth Avenue**<br>**San Rafael, CA  94901** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**First Presbyterian Church Santa Ana**<br>**600 North Main Street**<br>**Santa Ana, CA  92701** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**First Presbyterian Church Santa Clara**<br>**2499 Homestead Rd.**<br>**Santa Clara, CA  95050** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**First Presbyterian Church Santa Paula**<br>**121 Davis Street**<br>**Santa Paula, CA  93060-2729** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**First Presbyterian Church Santa Rosa**<br>**1550 Pacific Ave**<br>**Santa Rosa, CA  95404-3508** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**First Presbyterian Church Sausalito**<br>**Po Box 236**<br>**Sausalito, CA  94966-0236** | | | | | | | **0.00** |

Sheet no. ___71___ of ___188___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Covenant Presbyterian Ins. Program, Inc.** _____ Case No. _____
                                     Debtor(s)                                   (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **First Presbyterian Church Seattle** <br> **1013 8th Avenue** <br> **Seattle, WA  98104** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **First Presbyterian Church Sherman Oaks** <br> **4445 Noble Avanue** <br> **Sherman Oaks, CA  91403** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **First Presbyterian Church Smithtown** <br> **175 East Main Street** <br> **Smithtown, NY  11787** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **First Presbyterian Church Smithville** <br> **300 Burleson** <br> **Smithville, TX  78957** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **First Presbyterian Church Soda Springs** <br> **P.O. Box 716** <br> **Soda Springs, ID  83276-0716** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **First Presbyterian Church Southold** <br> **53100 Main Street** <br> **Southold, NY  11971-0787** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **First Presbyterian Church Springfield Ga** <br> **216-02 137th Avenue** <br> **Springfield Gardens, NY  11413** | | | | | | | 0.00 |

Sheet no. ___**72**___ of ___**188**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ _____

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Covenant Presbyterian Ins. Program, Inc.  Case No. _____

     Debtor(s)         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**First Presbyterian Church St. Helena**<br>**1428 Spring St**<br>**St. Helena, CA  94574-2038** | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**First Presbyterian Church Stockton**<br>**31 East Vine Street**<br>**Stockton, CA  95202-1046** | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**First Presbyterian Church Sylvan Grove**<br>**P. O. Box 36**<br>**Sylvan Grove, KS  67481-0036** | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**First Presbyterian Church Syracuse**<br>**P. O. Box 690**<br>**Syracuse, KS  67878** | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**First Presbyterian Church Templeton**<br>**610 Main Street**<br>**Templeton, CA  93466** | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**First Presbyterian Church Tenino**<br>**P.O. Box 297**<br>**Tenino, WA  98589-0297** | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**First Presbyterian Church Tieton**<br>**P. O. Box 364**<br>**Tieton, WA  98947-0364** | | | | | | | 0.00 |

Sheet no. __**73**__ of __**188**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Covenant Presbyterian Ins. Program, Inc.** _____ Case No. _____
<br>Debtor(s)                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**First Presbyterian Church Topeka** <br>**817 SW Harrison Street** <br>**Topeka, KS 66612** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**First Presbyterian Church Tracy** <br>**101 Berverdor Avenue** <br>**Tracy, CA 95376-3607** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**First Presbyterian Church Tribune, KS** <br>**P.O. Box 68** <br>**Tribune, KS 67879** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**First Presbyterian Church Trout Lake** <br>**7 Church Street** <br>**Trout Lake, WA 98650-0210** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**First Presbyterian Church Turlock** <br>**2619 North Berkeley Avenue** <br>**Turlock, CA 95382-9150** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**First Presbyterian Church Twin Falls** <br>**209 Fifth Avenue North** <br>**Twin Falls, ID 83301** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**First Presbyterian Church Unionville** <br>**P.O. Box 563** <br>**Unionville, NY 10988** | | | | | | | **0.00** |

Sheet no. __74__ of __188__ continuation sheets attached to
<br>Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
<br>(Total of this page) $

Total
<br>(Use only on last page of the completed Schedule F. Report also on
<br>the Summary of Schedules, and if applicable, on the Statistical
<br>Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Covenant Presbyterian Ins. Program, Inc.     Case No. _____

<div align="center">Debtor(s)        (If known)</div>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**First Presbyterian Church Upland<br>869 North Euclid Avenue<br>Upland, CA 91786** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**First Presbyterian Church Vallejo<br>11 Hanns Ave.<br>Vallejo, CA 94590** | | | **2009 - burglary** | | | | **4,790.54** |
| ACCOUNT NO.<br>**First Presbyterian Church Vallejo<br>1350 Amador Street<br>Vallejo, CA 94590** | | | **Duplicate Address** | | | | **Duplicate** |
| ACCOUNT NO.<br>**First Presbyterian Church Virginia City<br>196 South C Street<br>Virginia City, NV 89440-0087** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**First Presbyterian Church Waitsburg<br>925 Lower Hogeye Road<br>Waitsburg, WA 99361-8765** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**First Presbyterian Church Warrensburg<br>P. O. Box E<br>Warrensburg, MO 64093** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**First Presbyterian Church Wasilla<br>1375 Bogard Road<br>Wasilla, AK 99654-6524** | | | | | | | **0.00** |

Sheet no. __75__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **4,790.54**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Covenant Presbyterian Ins. Program, Inc.** _____  Case No. _____
  _____Debtor(s)_____  _____(If known)_____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br>**First Presbyterian Church West Palm Beac** <br>**301 S. Olive Ave.** <br>**West Palm Beach, FL 33401** | | | | | | | **0.00** |
| ACCOUNT NO. <br>**First Presbyterian Church Westminster** <br>**7702 Westminster Boulevard** <br>**Westminster, CA 92683** | | | | | | | **0.00** |
| ACCOUNT NO. <br>**First Presbyterian Church Wheaton, IL** <br>**715 N. Carlton Ave.** <br>**Wheaton, IL 60187** | | | | | | | **0.00** |
| ACCOUNT NO. <br>**First Presbyterian Church Whitefish** <br>**301 Central Ave.** <br>**Whitefish, MT 59937-2663** | | | | | | | **0.00** |
| ACCOUNT NO. <br>**First Presbyterian Church Whitestone** <br>**P.O. Box 85** <br>**Whitestone, NY 11357** | | | | | | | **0.00** |
| ACCOUNT NO. <br>**Aphrodite Nanas** <br>**C/O Michael S. Lamonsoff, Esq.** <br>**80 Maiden Lane, 12th Fl.** <br>**NY, NY 10038** | | | **Assignee or other notification for:** <br>**First Presbyterian Church Whitestone** | | | | |
| ACCOUNT NO. <br>**Lewis Johs** <br>**425 Broadhollow Road** <br>**Melville, NY 11747** | | | **Assignee or other notification for:** <br>**First Presbyterian Church Whitestone** | | | | |

Sheet no. **76** of **188** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Covenant Presbyterian Ins. Program, Inc. _____ Case No. _____
Debtor(s)                                                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**First Presbyterian Church Wilson**<br>**395 1st Road**<br>**Wilson, KS 67490** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**First Presbyterian Church Woodburn**<br>**P.O. Box 333**<br>**Woodburn, OR 97071-0333** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**First Presbyterian Church York, PA**<br>**225 E. Market St.**<br>**York, PA 17403** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**First Presbyterian Church, Hill City**<br>**P. O. Box 97**<br>**Hill City, KS 67642** | | | **2008 - wind storm damage** | | | | 1,204.12 |
| ACCOUNT NO.<br>**First Presbyterian Church, Orange, CA.**<br>**191 N. Orange St.**<br>**Orange, CA 92866** | | | | | | | 8,332.96 |
| ACCOUNT NO.<br>**First Presbytrian Church Hamilton, MT**<br>**661 Bittersweet Way**<br>**Corvalis, MT 59828** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**First Spanish Presbyterian Church**<br>**161 S 3rd**<br>**Brooklyn, NY 11211** | | | | | | | 0.00 |

Sheet no. __77__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **9,537.08**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Covenant Presbyterian Ins. Program, Inc. _____ Case No. _____
                              Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>First Taiwanese Presb Bible Fellowship<br>1625 South Columbian Way<br>Seattle, WA 98108-1533 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>First Taiwanese Presbyterian<br>2425 Seneca Street<br>Pasadena, CA 91107-5200 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>First Thai Presbyterian Church<br>1047 N Barranca Avenue<br>Covina, CA 91722-2901 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>First United Presbyterian Church<br>P. O. Box 82<br>Waterford, NY 12188 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>First United Presbyterian Church<br>601 S. Ritchie Ave.<br>Ravenswood, WV 26164 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>First United Presbyterian Church Colby<br>515 W 4th Street<br>Colby, KS 67701 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>First United Presbyterian Church Eskridg<br>PO Box 414<br>Eskridge, KS 66423 | | | | | | | 0.00 |

Sheet no. __78__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Covenant Presbyterian Ins. Program, Inc.** _____ Case No. _____
          Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**First United Presbyterian Church Long Be**<br>**600 East 5th Street**<br>**Long Beach, CA  90802** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**First United Presbyterian Church Myrtle**<br>**337 Railroad Avenue**<br>**Myrtle Point, OR  97458-1251** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**First United Presbyterian Church of Big**<br>**P. O. Box 454**<br>**Big Flats, NY  14814** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**First United Presbyterian Church San Fra**<br>**1740 Sloat Blvd.**<br>**San Francisco, CA  94132-1227** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Flatbush Church of the Redeemer**<br>**494 E. 23rd Street**<br>**Brooklyn, NY  11226** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Florissant Presbyterian Church**<br>**660 Charbonier Road**<br>**Florissant, MO  63031** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Flower Mound Presbyterian Church**<br>**1501 Flower Mound Road**<br>**Flower Mound, TX  75028** | | | | | | | 0.00 |

Sheet no. **79** of **188** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Covenant Presbyterian Ins. Program, Inc. _____ Case No. _____
       Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Foothill Presbyterian Church Porterville** <br> **P. O. Box 50** <br> **Porterville, CA  93258** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Foothill Presbyterian Church San Jose** <br> **5301 McKee Rd.** <br> **San Jose, CA  95127** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Formosan Good Shepherd Presbyterian Chur** <br> **606 S Atlantic Boulevard** <br> **Monterey Park, CA  91754-3818** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Formosan Presbyterian Church Garden Grov** <br> **13072 Fairview Street** <br> **Garden Grove, CA  92843** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Formosan Presbyterian Church Houston** <br> **2401 S. Dairy Ashford** <br> **Houston, TX  77077** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Formosan Presbyterian Church Los Angeles** <br> **5211 W. Olympic Blvd.** <br> **Los Angeles, CA  90036** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Fort George Presbyterian Church** <br> **1525 St. Nicholas Avenue** <br> **New York, NY  10033** | | | | | | | **0.00** |

Sheet no. __80__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Covenant Presbyterian Ins. Program, Inc. _____ Case No. _____
                                    Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Fort Hamilton Presbyterian Church**<br>**367 94th Street**<br>**Brooklyn, NY 11209-6948** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**Fort Washington Heights Iglesia Presbite**<br>**21 Wadsworth Ave**<br>**New York, NY 10033** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**Foster-Tukwila Presbyterian Church**<br>**P. O. Box 88576**<br>**Tukwila, WA 98138** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**Foulston, Siefkin LLP**<br>**1551 N. Waterfront Pkwy Suite 100**<br>**Wichita, KS 67206** | | | **2009 - legal fees** | | | | **656.61** |
| ACCOUNT NO. <br><br>**Fourth Presbyterian Church**<br>**2072 Newbold Avenue**<br>**Bronx, NY 10462** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**Fox Valley Presbyterian Church**<br>**227 East Side Drive**<br>**Geneva, IL 60134** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**Frances Johnson Memorial**<br>**11024-A Auke Lake Way**<br>**Juneau, AK 99801** | | | | | | | **0.00** |

Sheet no. **81** of **188** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | **656.61**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Covenant Presbyterian Ins. Program, Inc.** _____ Case No. _____
　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Frankford Presbyrterian Church** <br> **PO Box 149** <br> **Frankford, WV 24938** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Franklin & Prokopik** <br> **2 North Calvert St.** <br> **Baltimore, MD 21201** | | | | | | | 5,600.00 |
| ACCOUNT NO. <br> **French Court Learning Center** <br> **P. O. Box 10337** <br> **Santa Ana, CA 92711-0337** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **French Evangelical Church** <br> **126-128 W. 16th Street** <br> **New York, NY 10011** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Friday Harbor Presbyterian Church** <br> **P.O. Box 946** <br> **Friday Harbor, WA 98250-0946** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Frontier Adjusters** <br> **P. O. Box 7610** <br> **Phoenix, AZ 85011** | | | 2009 | | | | 1,048.00 |
| ACCOUNT NO. <br> **Fuente De Vida Presbyterian Church** <br> **6057 Carlos Ave.** <br> **Hollywood, CA 90028** | | | | | | | 0.00 |

Sheet no. ___82___ of ___188___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 6,648.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Covenant Presbyterian Ins. Program, Inc.     Case No. _____
                Debtor(s)                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **GAB Robins** P. O. Box 822965 Philadelphia, PA 19182 | | | | | | | 158.00 |
| ACCOUNT NO. **81200206** **Gallagher Bassett Claims Services** 15763 Collections Center Dr. Chicago, IL 60693 | | | 2010 | X | | X | 28,500.00 |
| ACCOUNT NO. **Gambell Presbyterian Church** 616 W. 10th Avenue Anchorage, AK 99501 | | | | | | | 0.00 |
| ACCOUNT NO. **Gardens Presbyterian Church** 4677 Hood Road Palm Beach Gardens, FL 33418-8914 | | | | | | | 0.00 |
| ACCOUNT NO. **Gateway Presbyterian Church** 1111 Dry Hollow Road The Dalles, OR 97058 | | | | | | | 0.00 |
| ACCOUNT NO. **Gautier Presbyterian Church** 109 Highway 90 Gautier, MS 39553-0340 | | | | | | | 0.00 |
| ACCOUNT NO. **Gene Dolginof Court Reporter** P. O. Box 12090 Overland Park, KS 66282 | | | 2010 - court transcript | | | | 524.50 |

Sheet no. **83** of **188** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **29,182.50**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Covenant Presbyterian Ins. Program, Inc.** _____ Case No. _____
<span style="margin-left:3em">Debtor(s)</span> <span style="margin-left:20em">(If known)</span>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Geneva Presbyterian Church Laguna Hills** <br> **24301 El Toro Road** <br> **Laguna Hills, CA 92653** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Gereja Kristen Indonesia** <br> **201 Eucalyptus Drive** <br> **San Francisco, CA 94132** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Gestemani Presbyterian Fellowship** <br> **P. O. Box 910** <br> **Anaheim, CA 92815-0910** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Gilroy Presbyterian Church** <br> **6000 Miller Avenue** <br> **Gilroy, CA 95020** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Glacier Presbytery Bible Camp MT** <br> **17482 O'Neil Road** <br> **Lakeside, MT 59922** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Glen Morris Presbyterian Church** <br> **109 th Ave and 118th Street** <br> **Richmond Hill, NY 11419** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Glendale Presbyterian Church** <br> **125 S Louise Street** <br> **Glendale, CA 91205-1024** | | | | | | | **0.00** |

Sheet no. **84** of **188** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Covenant Presbyterian Ins. Program, Inc. _____ Case No. _____
        Debtor(s)                   (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

<div style="writing-mode: vertical-rl">© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Glenwood Presbyterian Church** <br> **71 Grove Street** <br> **Glenwood Landing, NY  11547** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Golden Gate Korean Presbyterian Church** <br> **300 Crocker Avenue** <br> **Daly City, CA  94014** | | | **2008** | X | X | | **0.00** |
| ACCOUNT NO. <br> **Hyo J. Kim M** <br> **Stonegate Court** <br> **Alamo, CA  94507** | | | **Assignee or other notification for:** <br> **Golden Gate Korean Presbyterian Church** | | | | |
| ACCOUNT NO. <br> **Jung Hee Lee** <br> **979 Pine Street #202** <br> **SF, CA  94100** | | | **Assignee or other notification for:** <br> **Golden Gate Korean Presbyterian Church** | | | | |
| ACCOUNT NO. <br> **Language Line Services** <br> **PO Box 202564** <br> **Dallas, TX  75320** | | | **Assignee or other notification for:** <br> **Golden Gate Korean Presbyterian Church** | | | | |
| ACCOUNT NO. <br> **Good Shepherd Community Center, Inc.** <br> **4931 Bernal Drive** <br> **Dallas, TX  75356** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Good Shepherd Presbyterian Church** <br> **829 North Mt. Vernon Avenue** <br> **San Bernardino, CA  92411** | | | | | | | **0.00** |

Sheet no. **85** of **188** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

**IN RE** Covenant Presbyterian Ins. Program, Inc.      Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Good Shepherd Presbyterian Church** <br> **320 Walnut Street** <br> **Yonkers, NY 10701** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Good Shepherd Presbyterian Church Los Al** <br> **11600 Los Alamitos Boulevard** <br> **Los Alamitos, CA 90720** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Goodwill Presbyterian Church** <br> **606 N 29th St.** <br> **Ft. Pierce, FL 34954-1537** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Gould & Lamb** <br> **101 Riverfront Blvd # 100** <br> **Bradenton, FL 34205** | | | 2009 - Claim 530 | | | | 450.00 |
| ACCOUNT NO. <br> **Grace Community Presbyterian Church** <br> **5625 24th Street** <br> **Sacramento, CA 95822** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Grace Covenant Presbyterian Church** <br> **1655 Peel Avenue** <br> **Orlando, FL 32806** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Grace Covenant Presbyterian Church Overl** <br> **11100 College Avenue** <br> **Overland Park, KS 66210** | | | | | | | 0.00 |

Sheet no. **86** of **188** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 450.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Covenant Presbyterian Ins. Program, Inc. _____ Case No. _____
                                   Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Grace Emmaus of Silicon Valley**<br>**991 Hoesch Way**<br>**Gilroy, CA  95020** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Grace First Presbyterian Church**<br>**606 Mockingbird Lane**<br>**Weatherford, TX  76086** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Grace First Presbyterian Church Long Bea**<br>**3955 Studebaker Road**<br>**Long Beach, CA  90808** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Grace Good Shepherd Presbyterian Church**<br>**Po Box 2446**<br>**McKinleyville, CA  95519-2446** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Grace Korean Presbyterian Church**<br>**30 Norwich Street**<br>**San Francisco, CA  94110-5223** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Grace Presbyterian Church Arlington**<br>**5500 Old Mansfield Road**<br>**Arlington, TX  76017** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Grace Presbyterian Church Los Angeles**<br>**1500 N Avenue 53**<br>**Los Angeles, CA  90042-1808** | | | | | | | 0.00 |

Sheet no. __87__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Covenant Presbyterian Ins. Program, Inc. _____ Case No. _____
Debtor(s)             (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Grace Presbyterian Church Oklahoma City** <br>**11300 N. Council Road** <br>**Oklahoma City, OK 73162** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**Grace Presbyterian Church Portland** <br>**6025 NE Prescott Street** <br>**Portland, OR 97218-2235** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**Grace Presbyterian Church Sacramento** <br>**4300 Las Cruces Way** <br>**Sacramento, CA 95864-3131** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**Grace Presbyterian Church Victoria** <br>**3604 N. Ben Jordan Street** <br>**Victoria, TX 77901** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**Grace Presbyterian Church Walnut Creek** <br>**2100 Tice Valley Blvd.** <br>**Walnut Creek, CA 94595-2506** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**Grace Presbyterian Church Weed** <br>**1090 N Davis Avenue** <br>**Weed, CA 96094-2405** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**Grandview Park Presbyterian Church** <br>**1613 Wilson Boulevard** <br>**Kansas City, KS 66102** | | | | | | | **0.00** |

Sheet no. __88__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Covenant Presbyterian Ins. Program, Inc. _____  Case No. _____
<div align="center">Debtor(s)            (If known)</div>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Grandview Presbyterian Church** <br> **1130 Ruberta Avenue** <br> **Glendale, CA 91201-1907** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Granite Presbyterian Church** <br> **10637 Old Court Road** <br> **Woodstock, MD 21163** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Green Valley Presbyterian** <br> **1798 Wigwam Parkway** <br> **Henderson, NV 89074-0985** | | | **2008 - employment terminatiin** | X | X | | 0.00 |
| ACCOUNT NO. <br><br> **Cheryl Johnston** <br> **C/O Christopher Keller, Esq.** <br> **701 Bridger Avenue #600** <br> **Las Vegas, NV 89101** | | | **Assignee or other notification for:** <br> **Green Valley Presbyterian** | | | | |
| ACCOUNT NO. <br><br> **Hansen Rasmussen** <br> **1835 Village Center Circle** <br> **Las Vegas, NV 89134** | | | **Assignee or other notification for:** <br> **Green Valley Presbyterian** | | | | |
| ACCOUNT NO. <br><br> **Greencastle Presbyterian Church** <br> **653 S CR100 E** <br> **Greencastle, IN 46135** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Greg Garis** <br> **107 Sutherland Dr.** <br> **Brunswick, GA 31525** | | | | | | | 514.10 |

Sheet no. **89** of **188** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

<div align="right">

Subtotal
(Total of this page) $ **514.10**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

</div>

**IN RE** Covenant Presbyterian Ins. Program, Inc.      Case No. _____

         Debtor(s)                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Gyung Hyawg Garden Presbyterian Church** <br> **8665 Old Annapolis Rd.** <br> **Columbia, MD 21045** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Haines Presbyterian Church** <br> **11024-A Auke Lake Way** <br> **Juneau, AK 99801** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Hand Therapy of San Francisco** <br> **402 8th Ave. Suite 207** <br> **San Francisco, CA 94118** | | | | | | | 440.00 |
| ACCOUNT NO. <br> **Hands for Cambodia** <br> **1337 Ginseng Lane** <br> **Wylie, TX 75098** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Hansen Rasmussen** <br> **1835 Village Center Circle** <br> **Las Vegas, NV 89134** | | | | | | | 4,838.90 |
| ACCOUNT NO. <br> **Harrison Square Presbyterian Church** <br> **1227 Harrison Avenue** <br> **Centralia, WA 98531** | | | 2009 - wind damage | X | | | 19,864.00 |
| ACCOUNT NO. <br> **Harvest Community Presbyterian Church** <br> **2001 National Avenue** <br> **Madera, CA 93637** | | | | | | | 0.00 |

Sheet no. __90__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

            Subtotal
       (Total of this page)   $ **25,142.90**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Covenant Presbyterian Ins. Program, Inc. _____ Case No. _____
_____ Debtor(s) _____ (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Havenwood Presbyterian Church** <br> **100 E. Ridgely Road** <br> **Lutherville, MD 21093-5223** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Heartland Presbyterian Center** <br> **16965 NW Highway 45** <br> **Parkville, MO 64152** | | | **2008 - child kicked in office door and was cut --** <br> **unknown claim to possible total of $100,000** | X | X | | **0.00** |
| ACCOUNT NO. <br> **Ms. Ava Kinsland** <br> **C/O Hankins & BConcklin** <br> **6812 N. Oak Trafficway Ste 5** <br> **Gladstone, MO 64118** | | | **Assignee or other notification for:** <br> **Heartland Presbyterian Center** | | | | |
| ACCOUNT NO. <br> **Waldeck, Matteuzzi & Sloan** <br> **2 Pershing Square** <br> **2300 Main Street 9th Fl** <br> **Kansas City, MO 64108** | | | **Assignee or other notification for:** <br> **Heartland Presbyterian Center** | | | | |
| ACCOUNT NO. <br> **Henderson Presbyterian Church** <br> **Po Box 91346** <br> **Henderson, NV 89009-1346** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Heritage Presbyterian Church** <br> **1400 E 2nd Street** <br> **Benicia, CA 94510** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Heritage Presbyterian Church** <br> **15550 Lackman (South Blackbob Rd.)** <br> **Olathe, KS 66062** | | | | | | | **0.00** |

Sheet no. __91__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Covenant Presbyterian Ins. Program, Inc.      Case No. _____
             Debtor(s)                                 (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **High Street Presbyterian Church** <br> **1945 High Street** <br> **Oakland, CA 94601** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Highlands Presbyterian Church** <br> **215 Oak Hill Road** <br> **Paso Robles, CA 93446** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Hillsboro Presbyterian Church** <br> **172 NE 32nd Street** <br> **Hillsboro, OR 97124-6736** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Holy Trinity Armenian Church** <br> **14225 Roscoe Blvd.** <br> **Panorama City, CA 91402** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Holy Trinity Armenian Church - Preschool** <br> **11960 Victory Blvd** <br> **North Hollywood, CA 91606** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Home PC and Presbytery of New York City** <br> **475 Riverside Dr. Suite 1600** <br> **New York, NY 10115** | | | | | | | 94,486.88 |
| ACCOUNT NO. <br> **Homecrest Presbyterian Church** <br> **1413 Avenue T** <br> **Brooklyn, NY 11229** | | | | | | | 0.00 |

Sheet no. __92__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

               Subtotal
             (Total of this page)   $   **94,486.88**

                    Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Covenant Presbyterian Ins. Program, Inc.     Case No. _____

Debtor(s)             (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Honey Brook Presbyterian Church** **4331 Horseshoe Pike** **Honey Brook, PA 19344** | | | | | | | **0.00** |
| ACCOUNT NO. **Hoonah Presbyterian Church** **11024-A Auke Lake Way** **Juneau, AK 99801** | | | | | | | **0.00** |
| ACCOUNT NO. **Hope Presbyterian Church** **2110 Cypress Gardens Blvd** **Winter Haven, FL** | | | | | | | **0.00** |
| ACCOUNT NO. **Hope Presbyterian Church Portland** **0245 SW Bancroft Street Suite D** **Portland, OR 97201-4258** | | | | | | | **0.00** |
| ACCOUNT NO. **Hopewell Presbyterian Church** **8426 Church Rd.** **Felton, PA 17322** | | | | | | | **0.00** |
| ACCOUNT NO. **Hopewell United Presbyterian Church** **415 E. Garfield** **Anthony, KS 67003** | | | | | | | **0.00** |
| ACCOUNT NO. **Houston Presbyterian Cursillo Community** **8822 Linkmeadow Lane** **Houston, TX 77025** | | | | | | | **0.00** |

Sheet no. **93** of **188** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Covenant Presbyterian Ins. Program, Inc. _____ Case No. _____
                                Debtor(s)                                 (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Hydaburg Presbyterian Church** **11024-A Auke Lake Way** **Juneau, AK 99801** | | | | | | | **0.00** |
| ACCOUNT NO. **I Church NCD** **670 East Meadow Dr.** **Palo Alto, CA 94306** | | | | | | | **0.00** |
| ACCOUNT NO. **Idyllwild Community Presbyterian Church** **54400 N Circle Dr** **Idyllwild, CA 92549-0537** | | | | | | | **0.00** |
| ACCOUNT NO. **Iglesia Cristiana Hispana Shalom** **10965 SE Myrtle St.** **Milwaukie, OR 97222** | | | | | | | **0.00** |
| ACCOUNT NO. **Iglesia de la Comunidad** **115 N. Avenue 53** **Los Angeles, CA 90042** | | | | | | | **0.00** |
| ACCOUNT NO. **Iglesia de la Resureccion** **1625 South Columbian Way** **Seattle, WA 98108-1533** | | | | | | | **0.00** |
| ACCOUNT NO. **Iglesia Presbiteriana (Agape)** **6323 W. 80th Street** **Los Angeles, CA 90045-1499** | | | | | | | **0.00** |

Sheet no. **94** of **188** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Covenant Presbyterian Ins. Program, Inc. _____ Case No. _____

Debtor(s) (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Iglesia Presbiteriana De La Mision** <br> **3261 23rd Street** <br> **San Francisco, CA 94110** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Iglesia Presbiteriana Hispana New York** <br> **C/O Presby Of Long Island** <br> **475 Riverside Dr. Ste 1600** <br> **New York, NY 10010** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Iglesia Presbiteriana Hispana San Diego** <br> **3707 Udall Street** <br> **San Diego, CA 92107-2413** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Iglesia Presbiteriana Valle de Antilope** <br> **14225 Roscoe Boulevard** <br> **Panorama, CA 91402** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Imani Fellowship** <br> **3276 Sonoma Blvd. B** <br> **Vallejo, CA 94590** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Immanuel Presbyterian Church Anchorage** <br> **2311 Pembroke Street** <br> **Anchorage, AK 99504** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Immanuel Presbyterian Church Los Angeles** <br> **3300 Wilshire Boulevard** <br> **Los Angeles, CA 90010-1702** | | | | | | | **0.00** |

Sheet no. **95** of **188** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Covenant Presbyterian Ins. Program, Inc.      Case No. _____
<br>Debtor(s)                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Immanuel Presbyterian Church San Jose**<br>**3675 Payne Avenue**<br>**San Jose, CA 95117-2833** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Incline Village Community Presbyterian**<br>**736 McCourry Blvd**<br>**Incline Village, NV 89451-9108** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Indian Fellowship PC**<br>**P.O. Box 731894**<br>**Puyallup, WA 98373** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Indian River Presbyterian Church**<br>**2499 Virginia Ave.**<br>**Ft. Pierce, FL 34982** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Indonesian Presbyterian Church**<br>**838 North Euclid Street**<br>**Fullerton, CA 92832** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Indonesian Worshipping Fellowship**<br>**8318 Laporte Way**<br>**Elk Grove, CA 95624** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Ingenix Lien**<br>**800 Oak St.**<br>**Frederick, MD 21703** | | | | | | | 7,136.05 |

Sheet no. **96** of **188** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 7,136.05

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Covenant Presbyterian Ins. Program, Inc. _____ Case No. _____
                          Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Inglewood Presbyterian Church** <br> **7718 NE 141st Street** <br> **Bothell, WA  98011** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Irvine Presbyterian Church** <br> **4445 Alton Parkway** <br> **Irvine, CA  92604** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Irvine Taiwanese Presbyterian Fellowship** <br> **225 W. Main Street** <br> **Tustin, CA  92780** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Irvington Presbyterian Church** <br> **P.O. Box 1336** <br> **Fremont, CA  94538** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Irvington Presbyterian Church** <br> **25 North Broadway** <br> **Irvington, NY  10533** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Janet Downey** <br> **7877 E Quinn Dr.** <br> **Anaheim, CA  92808** | | | | | | | 145.13 |
| ACCOUNT NO. <br> **Jean Evans** <br> **3616 Ardmore Road** <br> **Sacramento, CA  95821** | | | | | | | 0.00 |

Sheet no. **97** of **188** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **145.13**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Covenant Presbyterian Ins. Program, Inc.  Case No. _____
      Debtor(s)         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Jekyll Community Presbyterian Church**<br>**475 Riverview Dr.**<br>**Jekyll Island, 31527** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Jenna Henninger**<br>**34180 Calle Sereno**<br>**Temecula, CA 92592** | | | | | | | 9,019.94 |
| ACCOUNT NO. <br><br>**Jewel Lake Parish U-2**<br>**3833 Strawberry Road**<br>**Anchorage, AK 99502** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**John Knox Presbyterian Church**<br>**13200 N. Halls Ferry Rd.**<br>**Flourissant, MO** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**John Knox Presbyterian Church Dublin**<br>**7421 Amarillo Road**<br>**Dublin, CA 94568-2221** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**John Knox Presbyterian Church River Oaks**<br>**4350 River Oaks Blvd.**<br>**River Oaks, TX 76114** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**John Knox Presbyterian Church Seattle**<br>**109 SW Normandy Road**<br>**Seattle, WA 98166** | | | | | | | 0.00 |

Sheet no. __98__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 9,019.94

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Covenant Presbyterian Ins. Program, Inc. _____ Case No. _____
　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Jonathan Spiegel, Cowles & Thompson** <br> **901 Main St. Suite 3900** <br> **Dallas, TX  75202** | | | | | | | **30,995.41** |
| ACCOUNT NO. <br> **Journey Church of Folsom** <br> **450 Blue Ravine Road** <br> **Folsom, CA  95630-3402** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Juan Marcos Presbyterian Church** <br> **3600 Fulton** <br> **Houston, TX  77009** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Jung Hee Lee** <br> **979 Pine St. #202** <br> **San Francisco, CA  94100** | | **2008** | | | | | **1,474.56** |
| ACCOUNT NO. <br> **Kake Memorial Presbyterian Church** <br> **11024-A Auke Lake Way** <br> **Juneau, AK  99801** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Kaktovik Presbyterian Church** <br> **616 W. 10th Avenue** <br> **Anchorage, AK  99501** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Kanapha Presbyterian Church** <br> **6221 SW 75th Street** <br> **Gainsville, FL** | | | | | | | **0.00** |

Sheet no. __**99**__ of __**188**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **32,469.97**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Covenant Presbyterian Ins. Program, Inc.     Case No. _____

                   Debtor(s)                                     (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Kelseyville Presbyterian Church**<br>**P. O. Box 310**<br>**Kelseyville, CA 95451** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Kenton Presbyterian Church**<br>**2115 N Lombard Street**<br>**Portland, OR 97217-5735** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Ketchikan Presbyterian Church**<br>**11024-A Auke Lake Way**<br>**Juneau, AK 99801** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Keystone Presbyterian Church**<br>**7509 Van Dyke Road**<br>**Odessa, FL 33556** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Kimberly Smith C/O Edelstein, Radford &**<br>**10 N Calvert st.**<br>**Baltimore, MD 21202** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**King Hill United Presbyterian Church**<br>**P. O. Box 337**<br>**King Hill, ID 83633** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Kingman Memorial Presbyterian**<br>**722 Mendiola Road**<br>**Nyssa, OR 97913** | | | | | | | **0.00** |

Sheet no. **100** of **188** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                     Subtotal
          (Total of this page)   $

                     Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Covenant Presbyterian Ins. Program, Inc. _____ Case No. _____
                        Debtor(s)                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Kirkpatrick Memorial Presbyterian Church** <br> **Po Box 789** <br> **Parma, ID 83660-0789** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Knox Presbyterian Church** <br> **225 South Hill Avenue** <br> **Pasadena, CA 91106-3402** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Konica Minolta Business Solutions** <br> **106 Willis Drive** <br> **Ramsey, NJ 07446** | | | | | | X | 271.00 |
| ACCOUNT NO. <br> **Korean Evangelical Church of San Francis** <br> **542 San Joan Ave.** <br> **San Francisco, CA 94112** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Korean Friends Community Church** <br> **51 Sickletwon Road** <br> **Pearl River, NY 10965** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Korean Presbyterian Church Bakersfield** <br> **1601 Art Street** <br> **Bakersfield, CA 93312** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Korean Presbyterian Church Corvallis** <br> **1736 N. W. Dixon Street** <br> **Corvallis, OR 97330-2098** | | | | | | | 0.00 |

Sheet no. __101__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 271.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Covenant Presbyterian Ins. Program, Inc.**      Case No. _____
_____
          Debtor(s)                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Korean Presbyterian Church Fort Lauderda** <br> **1400 N. Federal Highway** <br> **Fort Lauderdale, FL  33304** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Korean Presbyterian Church Fresno** <br> **6515 North Maroa Avenue** <br> **Fresno, CA  93704** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Korean Presbyterian Church of Palm Sprin** <br> **38-088 Chuperosa Lane** <br> **Cathedral City, CA  92234** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Korean Presbyterian Church of South Bay** <br> **1444 W. Rosecrans Avenue** <br> **Gardena, CA  90249** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Korean Presbyterian Church of West Palm** <br> **301 Olive Avenue** <br> **West Palm Beach, FL  33401** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Korean Presbyterian Church San Francisco** <br> **720 S Van Ness Ave** <br> **San Francisco, CA  94110-1909** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Korean Presbyterian Church San Rafael** <br> **635 Adrian Way** <br> **San Rafael, CA  94903** | | | | | | | 0.00 |

Sheet no. **102** of **188** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Covenant Presbyterian Ins. Program, Inc.      Case No. _____

                 Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Korean Presbyterian Church Wichita** <br> **3521 W. 21 Street North** <br> **Wichita, KS 67203-1099** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Korean United Presbyterian Church** <br> **1374 West Jefferson Boulevard** <br> **Los Angeles, CA 90007-3437** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Korean Zion Presbyterian Church** <br> **17920 Meridian Ave N** <br> **Seattle, WA 98133-5130** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Kreutz Creek Presbyterian Church** <br> **P.O. Box 6126** <br> **Hellam, PA 17406-0126** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Kuukpik Presbyterian Church** <br> **616 W. 10th Avenue** <br> **Anchorage, AK 99501** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **La Casa Community Center** <br> **630 North Dalton Avenue** <br> **Azusa, CA 91702** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **La Habra Hills Presbyterian Church** <br> **951 North Idaho Street** <br> **La Habra, CA 90631** | | | | | | | **0.00** |

Sheet no. **103** of **188** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                 Subtotal    $
           (Total of this page)

                     Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Covenant Presbyterian Ins. Program, Inc.** _____ Case No. _____
                                 Debtor(s)                                 (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **La Marque Presbyterian Church** <br> **2413 Pecos Street** <br> **La Marque,   77568** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **La Mesa Presbyterian Church** <br> **4426 Harbinson Ave.** <br> **La Mesa, CA 91941** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **La Mirada Community Church** <br> **13701 Hillsborough Drive** <br> **La Mirada, CA 90638** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **La Rambla Presbyterian Church** <br> **1491 W O'Farrell Street** <br> **San Pedro, CA 90732-2940** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **La Verne Heights Presbyterian** <br> **1040 Baseline Road** <br> **La Verne, CA 91750-2407** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Lacey Presbyterian Church** <br> **3045 Carpenter Rd. S. E.** <br> **Lacey, WA 98503-3960** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Laguna Presbyterian Church** <br> **415 Forest Avenue** <br> **Laguna Beach, CA 92651** | | | | | | | 0.00 |

Sheet no. __104__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Covenant Presbyterian Ins. Program, Inc.      Case No. _____

                 Debtor(s)                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Lake Burien Presbyterian Church**<br>**15003 14th Avenue SW**<br>**Seattle, WA 98166** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Lake City Presbyterian Church**<br>**3841 N.E. 123rd Street**<br>**Seattle, WA 98125** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Lake Tahoe Comm Presbyterian**<br>**2733 Lake Tahoe Blvd**<br>**South Lake Tahoe, CA 96150-7724** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Lakeside Presbyterian Church Inc.**<br>**4601 S. Flagler Drive**<br>**West Palm Beach, FL 33405** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Lakeside Presbyterian Retreat Center**<br>**4776 Pine Ridge Way Julian, CA**<br>**Lakeside, CA 92040** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Lakewood Presbyterian Church**<br>**8601 104th St. S. W.**<br>**Lakewood, WA 98498-4473** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Lamoille Presbyterian Church**<br>**317 State Route 227**<br>**Lamoille, NV 89828-1147** | | | | | | | 0.00 |

Sheet no. __105__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                     Subtotal
                 (Total of this page)   $

                     Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Covenant Presbyterian Ins. Program, Inc. _____ Case No. _____
                                    Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Lancaster Presbyterian Church** <br> **1661 W. Lancaster Boulevard** <br> **Lancaster, CA  93534-2124** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Language Line Services** <br> **P. O. Box 202564** <br> **Dallas, TX  75320** | | | | | | | **73.56** |
| ACCOUNT NO. <br> **Latta Memorial Presbyterian Church** <br> **23 Green St.** <br> **Christiana, PA  17509** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Leacock United Presbyerian Church** <br> **3181 Lincoln Hwy East** <br> **Paradise, PA  17562** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Legacy Presbyterian NCD** <br> **6100 Colwell Blvd., Suite 100** <br> **Irving, TX  75034** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Leggett Presbyterian Church** <br> **P. O. Box 193** <br> **Leggett, CA  95585** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Lemoore Presbyterian Church** <br> **P. O. Box 336** <br> **Lemoore, CA  93245-0336** | | | | | | | **0.00** |

Sheet no. __106__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **73.56**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Covenant Presbyterian Ins. Program, Inc. _____ Case No. _____
                                    Debtor(s)                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Lewis Johs**<br>**425 Broad Road Suite 400**<br>**Melville, NY  10606** | | | | | | | **917.25** |
| ACCOUNT NO.<br>**Lewis, Brisbois, Bisgaard & Smith LLP**<br>**221 N Figueroa  Suite 1200**<br>**Los Angeles, CA  90012** | | | | | | | **5,814.80** |
| ACCOUNT NO.<br>**Lila Skates C/O Caroline Roberts**<br>**4360 Winding Woods Way**<br>**Fair Oaks, CA  95628** | | | | | | | **4,731.60** |
| ACCOUNT NO.<br>**Lincoln Avenue Presbyterian Church**<br>**536 Lincoln Ave**<br>**Salinas, CA  93901-2515** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Lincoln Park Presbyterian Church**<br>**417 31st Avenue**<br>**San Francisco, CA  94121-1720** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Lincoln Presbyterian Church**<br>**900 Douglas Road**<br>**Stockton, CA  95207-3609** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Little Church of the Desert PC**<br>**6079 Adobe Road**<br>**Twentynine Palms, CA  92277** | | | | | | | **0.00** |

Sheet no. __107__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **11,463.65**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Covenant Presbyterian Ins. Program, Inc.** _____ Case No. _____
                                                Debtor(s)                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Littlerock Community Presbyterian Church** <br> **P. O. Box 788** <br> **Littlerock, CA  93543-0788** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Living Christ (Cristo Vivo) Presbyterian** <br> **100 Hoyt Street** <br> **New York, NY  11217** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Living Word Fellowship** <br> **2100 Pennsylvania Ave** <br> **Fairfield, CA  94533-3106** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Londonderry Presbyterian Church** <br> **PO Box 908** <br> **Londonderry, NH  03053** | | | | | | | **0.00** |
| ACCOUNT NO. **SO175-0700** <br> **Long & Levit LLP** <br> **465 California St.** <br> **San Francisco, CA  94104** | | | **2009 - legal fees** | | | | **8,024.31** |
| ACCOUNT NO. <br> **Long Valley Presbyterian Church** <br> **39 Bartley Rd.** <br> **Long Valley, NJ  07853-3154** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Longview Presbyterian Church** <br> **Box 1613** <br> **Longview, WA  98632** | | | | | | | **0.00** |

Sheet no. ___**108**___ of ___**188**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

          Subtotal
    (Total of this page) $     **8,024.31**

          Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Covenant Presbyterian Ins. Program, Inc.      Case No. _____
                 Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Los Alamos Presbyterian Church** <br> **P. O. Box 204** <br> **Los Alamos, CA  93440-0204** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Los Gatos Presbyterian Church** <br> **16575 Shannon Rd** <br> **Los Gatos, CA  95032-4631** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Madrona Presbyterian Church** <br> **832 32nd Avenue** <br> **Seattle, WA  98122** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Magnolia Presbyterian Church** <br> **3051 28th Avenue West** <br> **Seattle, WA  98199** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Malibu Presbyterian Church** <br> **3324 Malibu Canyon Road** <br> **Malibu, CA  90265-4703** | | | 2009 - theft | | | | **453.00** |
| ACCOUNT NO. <br> **Malibu Presbyterian Church** <br> **3324 Mailbu Canyon Drive** <br> **Westlake Village, CA  90265** | | | Assignee or other notification for: <br> Malibu Presbyterian Church | | | | |
| ACCOUNT NO. <br> **Manitou Park Presbyterian Church** <br> **6613 S Cheyenne Street** <br> **Tacoma, WA  98409-1557** | | | | | | | **0.00** |

Sheet no. __109__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $    **453.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Covenant Presbyterian Ins. Program, Inc.                    Case No. _____
_____
                    Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Manning Marder et al**<br>**801 S. Figueroa**<br>**Los Angeles, CA 90017** | | | **2010** | | | | **7,512.46** |
| ACCOUNT NO. <br><br>**Manse Trabuco Canyon**<br>**P.O. Box 910**<br>**Anaheim, CA 92815-0910** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**Maple Valley Presbyterian Church**<br>**P. O. Box 590**<br>**Maple Valley, WA 98038** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**Marcus Whitman Presbyterian Church**<br>**2130 South 248th Street**<br>**Des Moines, WA 98198** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**Maria Ramirez C/O Stephen J. Perelson**<br>**265 Miller Ave.**<br>**Mill Valley, CA 94941** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**Marine View Presbyterian Church**<br>**8469 Eastside Drive NE**<br>**Tacoma, WA 98422** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**Marlinton Presbyterian Church**<br>**P.O.Box 30**<br>**Marlinton, WV 24954** | | | | | | | **0.00** |

Sheet no. __**110**__ of __**188**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **7,512.46**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Covenant Presbyterian Ins. Program, Inc.          Case No. _____
_____
Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Mary P. Denner, Esq. Spaulding, McCullough & Tansil PO Box 1867 Santa Rosa, CA 95402 | | | | | | | Notice only |
| ACCOUNT NO. McCloud Community Presby Church PO Box 610 McCloud, CA 96057-0610 | | | | | | | 0.00 |
| ACCOUNT NO. McKenzie Valley Presbyterian Church P.O. Box 88 Walterville, OR 97489-0088 | | | | | | | 0.00 |
| ACCOUNT NO. Medical Benevolence Foundation 3100 S. Gessner, Suite 210 Houston, TX 77063 | | | | | | | 0.00 |
| ACCOUNT NO. Memorial Presbyterian Church 186 St. John's Place Brooklyn, NY 11217 | | | | | | | 0.00 |
| ACCOUNT NO. Memorial Presbyterian Church Roosevelt N 189 Babylon Turnpike Unit One Roosevelt, NY 11575 | | | | | | | 0.00 |
| ACCOUNT NO. Mendocino Presbyterian Church P.O. Box 105 Mendocino, CA 95460-0105 | | | | | | | 0.00 |

Sheet no. 111 of 188 continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Covenant Presbyterian Ins. Program, Inc.       Case No. _____
                                     Debtor(s)                                   (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Menlo Park Presbyterian Church** <br> **950 Santa Cruz Avenue** <br> **Menlo Park, CA  94025** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Metlakatla Presbyterian Church** <br> **11024-A Auke Lake Way** <br> **Juneau, AK  99801** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Mi Escuelita, Inc.** <br> **4231 Maple Street** <br> **Dallas, TX  752192402** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Mid-Coast Presbyterian Church** <br> **P.O. Box 211** <br> **Topsham, ME  04086** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Mid-Peninsula Hispanic NCD** <br> **2024 Durant Avenue** <br> **Berkeley, CA  94704** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Middle Island Presbyterian Church** <br> **19 Longwood Road** <br> **Ridge, NY  11961** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Middle Octorara Presbyterian Church** <br> **1199 Valley Road** <br> **Quarryville, PA  17566** | | | | | | | 0.00 |

Sheet no. __112__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Covenant Presbyterian Ins. Program, Inc.      Case No. _____
                Debtor(s)                                       (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Mideast Evangelical Presbyterian Church** <br> **P.O. Box 3552** <br> **South Pasadena, CA 91030** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br> **Mineral Presbyterian Church** <br> **Po Box 207** <br> **Mineral, WA 98355-0207** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br> **Minsoo Kim** <br> **8411 Parkmont** <br> **Wichita, KS 67207** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br> **Mira Mesa Presbyterian Church** <br> **8081 Mira Mesa Boulevard** <br> **San Diego, CA 92126-2632** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br> **Mission at the Eastward** <br> **P.O. Box 206** <br> **Farmington, ME 04938** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br> **Mission Bay NCD** <br> **2024 Durant Avenue** <br> **Berkeley, CA 94704** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br> **Mission Hispania Emmanuel Federal Way** <br> **1625 S. Columbian Way** <br> **Seattle, WA 98108** | | | | | | | **0.00** |

Sheet no. __113__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                 Subtotal
           (Total of this page) $

                          Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE __Covenant Presbyterian Ins. Program, Inc._____ Case No. _____
<br>Debtor(s)                                                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Montauk Community Presbyterian Church**<br>**P. O. Box 698**<br>**Montauk, NY  11954** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Montclair Presbyterian Church**<br>**5701 Thornhill Dr**<br>**Oakland, CA  94611-2144** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Monte Vista Presbyterian Church**<br>**3797 Lynn Road**<br>**Newbury Park, CA  91320-5342** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Moorings Presbyterian Church**<br>**791 Harbor Dr.**<br>**Naples, FL  34103** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Moraga Valley Presbyterian Church**<br>**10 Moraga Valley Lane**<br>**Moraga, CA  94556** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Morgan Hill Presbyterian Church**<br>**16970 De Witt Avenue**<br>**Morgan Hill, CA  95037-4735** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Morro Bay Presbyterian Church**<br>**P. O. Box 142**<br>**Morro Bay, CA  93443-0142** | | | | | | | 0.00 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet no. __114__ of __188__ continuation sheets attached to
<br>Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
<br>(Total of this page)  $

Total
<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

**IN RE** Covenant Presbyterian Ins. Program, Inc.      Case No. _____
<br>_____ Debtor(s)      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Mount Baker Park Presbyterian Church**<br>**3201 Hunter Boulevard**<br>**Seattle, WA 98144** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Mount Comfort Presbyterian Church**<br>**3816 W. Mount Comfort Road**<br>**Fayetteville, AR 72703** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Mount Vernon Presbyterian Church**<br>**1511 E Broadway**<br>**Mount Vernon, WA 98274-4556** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Mountain View Presbyterian Church Las Ve**<br>**8601 Del Webb Blvd**<br>**Las Vegas, NV 89134-8688** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Mr. Bryan Lewis**<br>**425 Broadhollow Rd.**<br>**Melville, NY 11747** | | | | | | | **3,119.75** |
| ACCOUNT NO.<br>**Ms. Lori Graybow  Pino and Associates**<br>**50 Main Street**<br>**White Plains, NY 10606** | | | | | | | **1,697.00** |
| ACCOUNT NO.<br>**Mt. Eden Presbyterian Church**<br>**26236 Adrian Ave**<br>**Hayward, CA 94545-3004** | | | | | | | **0.00** |

Sheet no. **115** of **188** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

         Subtotal
(Total of this page) $ **4,816.75**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ 

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Covenant Presbyterian Ins. Program, Inc. _____ Case No. _____
                                            Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Mt. Laki Community Presbyterian Church**<br>**12570 Highway 39**<br>**Klamath Falls, OR 97603-9713** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Mt. Morris-Ascension Presbyterian Church**<br>**15 Mt. Morris Park W**<br>**New York, NY 10027** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Mt. Paran Presbyterian Church**<br>**PO Box 415**<br>**Randallstown, MD 21133** | | | **2008** | X | X | | 0.00 |
| ACCOUNT NO.<br>**Danielle Errie**<br>**C/O Ms. Jane Loving, Esq.**<br>**1225 W. Mt. Royal Ave.**<br>**Baltimore, MD 21217** | | | **Assignee or other notification for:**<br>**Mt. Paran Presbyterian Church** | | | | |
| ACCOUNT NO.<br>**Mt. Soledad Presbyterian Church**<br>**6551 Soledad Mountain Rd.**<br>**La Jolla, CA 92037** | | | | | | | 40,176.52 |
| ACCOUNT NO.<br>**Mt. Vernon Presbyterian Church**<br>**3700 E. Mt. Vernon Road**<br>**Wichita, KS 67218** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Mukilteo Presbyterian Church**<br>**4514 - 84th St SW**<br>**Mukilteo, WA 98275** | | | | | | | 0.00 |

Sheet no. __116__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | $ | 40,176.52 |
| Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Covenant Presbyterian Ins. Program, Inc.** _____ Case No. _____
                                     Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Multnomah Presbyterian Church** <br> **7555 SW 45th Avenue** <br> **Portland, OR  97219-1516** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Nancy Cook C/O Shlesinger &de Villeneuve** <br> **P. O. Box 11616** <br> **Eugene, OR  97440** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Nancy Holloman** <br> **920 Lariat Dr.** <br> **Eugene, OR  97401** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Neah Bay Presbyterian Church** <br> **P. O. Box 408** <br> **Neah Bay, WA  98357-0408** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Nestucca Valley Presbyterian Church** <br> **P.O. Box 337** <br> **Pacific City, OR  97135** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **New Harmony Presbyterian Church** <br> **2295 Delta Road** <br> **Brogue, PA  17309** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **New Hope Korean NCD** <br> **2024 Durant Avenue** <br> **Berkeley, CA  94704** | | | | | | | **0.00** |

Sheet no. __**117**__ of __**188**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Covenant Presbyterian Ins. Program, Inc.      Case No. _____
                 Debtor(s)                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**New Hope NCD**<br>**9985 Folsom**<br>**Sacramento, CA  95827** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**New Hope Presbyterian Church**<br>**1625 South Columbian Way**<br>**Seattle, WA  98108-4454** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**New Horizon Church**<br>**P.O. Box 104**<br>**Odessa, MO  64076** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**New Horizons Presbyerian Church**<br>**9424 Everman Ave**<br>**Overland, MO  63114** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**New Liberation Presbyterian Church**<br>**1100 Divisadero Street**<br>**San Francisco, CA  94115-3909** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Nome Presbyterian Church**<br>**616 W. 10th Avenue**<br>**Anchorage, AK  99501** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**North Creek Presbyterian Church**<br>**621 164th Street SE**<br>**Mill Creek, WA  98012** | | | | | | | **0.00** |

Sheet no. **118** of **188** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                     Subtotal
                 (Total of this page) $

                         Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Covenant Presbyterian Ins. Program, Inc.                    Case No. _____

Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**North Point Presbyterian Church**<br>**1779 Hostmark Street**<br>**Poulsbo, WA  98370** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**North Presbyterian Church**<br>**525 W 155th Street**<br>**New York, NY  10032** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**North Shore Presbyterian Church**<br>**275 Lakeville Road**<br>**Great Neck, NY  11020-1646** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**North Texas Presbyterian Cursillo**<br>**P.O. Box 833341**<br>**Richardson, TX  75083** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Northeastminster Presbyerian Church**<br>**301 So Van Brunt Blvd**<br>**Kansas City, MO  64124** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Northland Village Presbyterian Church**<br>**125 Louise Street**<br>**Glendale, CA  91205** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Northminster Presbyterian Church El Cerr**<br>**2024 Durant Ave.**<br>**Berkeley, CA  94704** | | | | | | | 0.00 |

Sheet no. __119__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Covenant Presbyterian Ins. Program, Inc.      Case No. _____
           Debtor(s)                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Northminster Presbyterian Church Portlan** <br> **2823 N Portland Boulevard** <br> **Portland, OR 97217-5053** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Northminster Presbyterian Church Sacrame** <br> **3235 Pope Avenue** <br> **Sacramento, CA 95821-3555** | | | **2009 - slip and fall** | X | X | | **0.00** |
| ACCOUNT NO. <br> **Jean Evans** <br> **3616 Ardmore Road** <br> **Sacramento, CA 95821** | | | **Assignee or other notification for:** <br> **Northminster Presbyterian Church Sacrame** | | | | |
| ACCOUNT NO. <br> **Northminster Presbyterian Church Salinas** <br> **315 E Alvin Drive** <br> **Salinas, CA 93906-2901** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Northminster Presbyterian Church Seattle** <br> **7706 25th Avenue N. W.** <br> **Seattle, WA 98117** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Norwalk Presbyterian Church** <br> **11345 Rosecrans** <br> **Norwalk, CA 90650** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Oak Harbor-Whidbey Presbyterian Church** <br> **1148 S. E. 8th Avenue** <br> **Oak Harbor, WA 98277-4048** | | | | | | | **0.00** |

Sheet no. __120__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Covenant Presbyterian Ins. Program, Inc.      Case No. _____
               Debtor(s)                                   (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Oak Hills Presbyterian Church**<br>**5101 SE Thiessen Road**<br>**Milwaukie, OR 97267-1745** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Oakland United Presbyterian Church**<br>**2810 N. E. Thomas**<br>**Topeka, KS 66616** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Occidental Presbyterian Church**<br>**4371 Eagle Rock Boulevard**<br>**Los Angeles, CA 90041-3210** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Ocean Avenue Presbyterian Church**<br>**32 Ocean Avenue**<br>**San Francisco, CA 94112-2627** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Ocean Beach United PC**<br>**Po Box 268**<br>**Seaview, WA 98644-0268** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Okanogan Presbyterian Church**<br>**P. O. Box 1486**<br>**Okanogan, WA 98840** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Old South Haven Presbyterian Church**<br>**P.O. Box 203**<br>**Bookhaven, NY 11719** | | | | | | | 0.00 |

Sheet no. **121** of **188** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Covenant Presbyterian Ins. Program, Inc.     Case No. _____

                Debtor(s)                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Olgonik Presbyterian Church** <br>**545 Main Street** <br>**Wainwright, AK 99782** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**Olivet Presbyterian Church** <br>**97 Myrtle Avenue** <br>**Staten Island, NY 10310** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**Olivet Presbyterian Church Glendale** <br>**P.O. Box 178** <br>**Glendale, OR 97442-0178** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**Olympia Ortho Assoc.** <br>**P. O. Box 368** <br>**Olympia, WA 98507** | | | | | | | **89.00** |
| ACCOUNT NO. <br><br>**Onalaska Presbyterian Church** <br>**P. O. Box 247** <br>**Onalaska, WA 98570-0247** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**Onnuri Presbyterian NCD** <br>**890 Meridian Way** <br>**San Jose, CA 95126-3856** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**Orange Beach Presbyterian Church** <br>**P. O. Box 306** <br>**Orange Beach, AL 36561** | | | | | | | **0.00** |

Sheet no. __122__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                          Subtotal
                (Total of this page)   $    **89.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Covenant Presbyterian Ins. Program, Inc. _____  Case No. _____
                                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Orange Canaan Presbyterian Church** <br> **940 West Wilshire Avenue** <br> **Santa Ana, CA  92707** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Orcutt Presbyterian Church** <br> **P. O. Box 2178** <br> **Orcutt, CA  93457-2178** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Orenco Presbyterian Church** <br> **6420 NE Oelrich** <br> **Hillsboro, OR  97124** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Orestimba United Presbyterian Church** <br> **1107 Kern Street** <br> **Newman, CA  95360-1540** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Overlake Park Presbyterian Church** <br> **1836-156th Avenue NE** <br> **Bellvue, WA  98007** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Overland Park Presbyterian Church** <br> **8029 Overland Park Drive** <br> **Overland Park, KS  66204** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Owyhee Presbyterian Church** <br> **P. O. Box 250** <br> **Owyhee, NV  89832-0250** | | | | | | | 0.00 |

Sheet no. __123__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Covenant Presbyterian Ins. Program, Inc.** _____ Case No. _____
                                     Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Ozark Presbyterian Church** <br> **1798 E State Hwy 14** <br> **Ozark, MO 65721** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Pacific Beach Presbyterian Church** <br> **1675 Garnet Avenue** <br> **San Diego, CA 921093195** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Pacific Network for Mission Education** <br> **1601 Alameda Ave** <br> **Alameda, CA 94501** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Pacific Presbyterian Church** <br> **410 W Saint Louis St.** <br> **Pacific, MO 63069** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Pacto de Ponder Mission Partnership** <br> **1625 South Columbian Way** <br> **Seattle, WA 981081533** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Palabra de Fe Fellowship** <br> **630 N. Dalton Avenue** <br> **Azusa, CA 91702** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Palisades Presbyterian Church** <br> **P. O. Box 687** <br> **Palisades, NY 10964** | | | | | | | 0.00 |

Sheet no. __124__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Covenant Presbyterian Ins. Program, Inc.      Case No. _____

              Debtor(s)                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Palm City Presbyterian Church** <br> **2700 SW Martin Highway** <br> **Palm City, FL  34970** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Palm Desert Community Presbyterian Churc** <br> **47-321 Hwy 74** <br> **Palm Desert, CA  92260** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Palm Springs Presbyterian Church** <br> **P. O. Box 582** <br> **Palm Springs, CA  92263-0582** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Palma Ceia Presbyterian Church Tampa FL** <br> **3501 San Jose Street** <br> **Tampa, FL  33629** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Palmetto Presbyterian Church Miami** <br> **6790 SW 56th St.** <br> **Miami, FL  33155-5722** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Palms Westminster United Presbyterian Ch** <br> **2908 Robertson Place** <br> **Los Angeles, CA  90034-3119** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Panorama Presbyterian Church** <br> **14201 Roscoe Boulevard** <br> **Panorama City, CA  91402-4218** | | | | | | | 0.00 |

Sheet no. __125__ of __188__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Covenant Presbyterian Ins. Program, Inc.       Case No. _____
<br>
_____
<br>
Debtor(s)                 (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Paragon Claims Services** <br>**1212 N Washington** <br>**Spokane, WA  99201** | | | | | | | **160.10** |
| ACCOUNT NO. <br><br>**Park Boulevard Presbyterian Church** <br>**4101 Park Blvd.** <br>**Oakland, CA  94602** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**Parkdale Community Church** <br>**P.O. Box 37** <br>**Parkdale, OR  97041-9727** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**Parks Presbyterian Church** <br>**1003 N County Rd 7** <br>**Leoti, KS  67861** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**Parkview Presbyterian Church** <br>**727 T Street** <br>**Sacramento, CA  95814-7027** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**Parkway Presbyterian Church** <br>**P. O. Box 44141** <br>**Tacoma, WA  98448** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**Pasadena Presbyterian Church** <br>**585 E. Colorado Boulevard** <br>**Pasadena, CA  91101-2013** | | | | | | | **0.00** |

Sheet no. __126__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **160.10**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Covenant Presbyterian Ins. Program, Inc. _____ Case No. _____
                                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Paul K. Kessell Resource Center**<br>**PO Box 689**<br>**Ketchum, ID  83340** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**PC Hyo J. Kim MD**<br>**12 Stonegate Ct.**<br>**Alamo, CA  94507** | | | | | | | 775.00 |
| ACCOUNT NO. <br><br>**Peace Presbyterian Church**<br>**9145 Franklin Boulevard**<br>**Elk Grove, CA  95758-9501** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Peace Presbyterian Church NCD**<br>**1801 Country Place Parkway**<br>**Pearland, TX  77584** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Peaqua Presbyterian Church**<br>**273 Cambridge Rd.**<br>**Gap, PA  17527** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Piedmont United Presbyterian Church**<br>**5760 NE Cleveland**<br>**Portland, OR  97211** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Pilgrimage Ministries**<br>**3003 Faulkland Rd.**<br>**Wilmington, DE  19808** | | | | | | | 0.00 |

Sheet no. __127__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ 775.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Covenant Presbyterian Ins. Program, Inc.      Case No. _____
<div align="center">Debtor(s)             (If known)</div>

<div align="center">

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Pine Grove Presbyterian Church** <br> **4263 Delta Rd.** <br> **Airville, PA 17302** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br> **Pine Ridge Presbyterian Church** <br> **7608 N. W. Barry Road** <br> **Kansas City, MO 64153** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br> **Pine Valley Presbyterian Church** <br> **P. O. Box 466** <br> **Halfway, OR 97834-0466** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br> **Pino & Associates** <br> **50 Main St.** <br> **Melville, NY 10606** | | | **2008 - defense costs RVP LFG 2615 -- First Presby. Church of Jamaica litigation** | | | | **30,130.00** |
| ACCOUNT NO. <br><br> **Pioneer Presbyterian Church** <br> **417 W Washington** <br> **Burns, OR 97720** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br> **Pioneer Presbyterian Church** <br> **33324 Patriot Way** <br> **Warrenton, OR 97146** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br> **Point Loma Community Presbyterian Church** <br> **2128 Chatsworth Boulevard** <br> **San Diego, CA 92107-2404** | | | | | | | **0.00** |

Sheet no. __128__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **30,130.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Covenant Presbyterian Ins. Program, Inc.      Case No. _____

                Debtor(s)                                   (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Port Orange Presbyterian Church** <br> **4662 S. Clyde Morris Blvd.** <br> **Port Orange, FL 32129** | | | **2009 wind damage** | | | | **19,092.00** |
| ACCOUNT NO. <br> **Pratt Presbyterian Church** <br> **202 East 1st Street** <br> **Pratt, KS 67124** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Preg O'Donnell** <br> **1800 Ninth Ave.** <br> **Seattle, WA 98101** | | | | | | | **81,068.81** |
| ACCOUNT NO. <br> **Presbyterian Camp and Conference Center** <br> **575 Prairie Lane** <br> **Big Bear Lake, CA 92315** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Presbyterian Church & The Congregation** <br> **90 Meeting House Road** <br> **Westhampton, NY 11978-2199** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Presbyterian Church in Garden City** <br> **91 Chester Avenue** <br> **Garden City, NY 11530-3928** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Presbyterian Church of Barrington** <br> **6 Brinker Road** <br> **Barrington,, IL 60010** | | | | | | | **0.00** |

Sheet no. **129** of **188** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

             Subtotal    $ **100,160.81**
(Total of this page)

               Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Covenant Presbyterian Ins. Program, Inc. _____ Case No. _____
                                    Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Presbyterian Church of Hoquiam 210 K Street Hoquiam, WA 98550-3312** | | | | | | | **0.00** |
| ACCOUNT NO. **Presbyterian Church of Islip NY 340 Main Street Islip, NY 11751-3904** | | | | | | | **0.00** |
| ACCOUNT NO. **Presbyterian Church of Moriches NY 263 Main Street Center Moriches, NY 11934** | | | | | | | **0.00** |
| ACCOUNT NO. **Presbyterian Church of San Martin P. O. Box 203 San Martin, CA 95046-0203** | | | | | | | **0.00** |
| ACCOUNT NO. **Presbyterian Church of Stanley 14895 Antioch Overland Park, KS 66221** | | | | | | | **0.00** |
| ACCOUNT NO. **Presbyterian Church Of The Redeemer 1431 Ross Hill Road Fortuna, CA 95540-0087** | | | | | | | **0.00** |
| ACCOUNT NO. **Presbyterian Church of the Redeemer P.O. Box 344 Weiser, ID 83672** | | | | | | | **0.00** |

Sheet no. **130** of **188** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Covenant Presbyterian Ins. Program, Inc.      Case No. _____
<br>Debtor(s)                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Presbyterian Church of the Roses** <br> **2500 Patio Ct** <br> **Santa Rosa, CA  95405-6913** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Presbyterian Mission Center** <br> **P. O. Box 12828** <br> **Dallas, TX  75225** | | | **2009 - theft** | | | | 1,106.25 |
| ACCOUNT NO. <br> **Presbyterian New England Congregational** <br> **PO Box 582** <br> **Saratoga Springs, NY  12866** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Presbyterian Society** <br> **P.O. Box 298** <br> **Patterson, NY  12563** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Presbytery of Alaska** <br> **11024-A Auke Lake Way** <br> **Juneau, AK  99801** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Presbytery of Albany** <br> **601 5th Avenue** <br> **Watervliet, NY  12189** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Presbytery of Arkansas** <br> **9221 No Rodney Parham Rd.** <br> **Little Rock, AR  72227** | | | | | | | 0.00 |

Sheet no. __131__ of __188__ continuation sheets attached to
<br>Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
<br>(Total of this page) $ 1,106.25

Total
<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Covenant Presbyterian Ins. Program, Inc.** _____ Case No. _____
Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Presbytery of Boise** **3301 Seminole Drive** **Nampa, ID 83686** | | | | | | | **0.00** |
| ACCOUNT NO. **Presbytery of Central Florida** **924 N. Magnolia #100** **Orlando, FL 32803** | | | | | | | **0.00** |
| ACCOUNT NO. **Presbytery of Central Washington** **301 N 61st. Avenue** **Yakima, WA 989082723** | | | | | | | **0.00** |
| ACCOUNT NO. **Presbytery of Donegal** **1861 Charter Lane, Suite 125** **Lancaster, PA 17605** | | | | | | | **0.00** |
| ACCOUNT NO. **Presbytery of Eastern Korean** **725 Grand Ave. Suite 203** **Ridgefield, NJ 07657** | | | | | | | **0.00** |
| ACCOUNT NO. **Presbytery of Eastern Oregon** **813 NW Ellis Ave.** **Pendleton, OR 97801-1341** | | | | | | | **0.00** |
| ACCOUNT NO. **Presbytery of Florida** **P. O. Box 7** **Chipley, FL 32428** | | | | | | | **0.00** |

Sheet no. __132__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Covenant Presbyterian Ins. Program, Inc.      Case No. _____

            Debtor(s)                                 (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Presbytery of Geneva** <br> **89 Main Street** <br> **Dresden, NY 14441** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br> **Presbytery of Glacier** <br> **P O Box 1562** <br> **Kalispell, MT 59903** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br> **Presbytery of Grace** <br> **6100 Colwell Blvd., Suite 100** <br> **Irving, TX 75039-3112** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br> **Presbytery of Hanmi** <br> **14415 E. Imperial Hwy.** <br> **South Whittier, CA 90604** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br> **Presbytery of Indian Nations** <br> **1001 NW 25 Suite 206** <br> **Oklahoma City, OK 73106-5640** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br> **Presbytery of John Calvin** <br> **2150 W. Republic Rd.** <br> **Springfield, MO 65807** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br> **Presbytery Of Kendall** <br> **P.O. Box 2165** <br> **Ketchum, ID 83340** | | | | | | | **0.00** |

Sheet no. __133__ of __188__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                 Subtotal   $
(Total of this page)

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

IN RE **Covenant Presbyterian Ins. Program, Inc.**      Case No. _____
_____
<div align="center">Debtor(s)            (If known)</div>

<div align="center">

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Presbytery of Long Island** <br> **42 Hauppauge Road** <br> **Commack, NY 11725-4499** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Presbytery Of Los Ranchos** <br> **PO Box 910** <br> **Anaheim, CA 92815** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Carol Carlson** <br> **C/O Zalkin & Zimmer LP** <br> **12555 High Bluff Drive** <br> **San Diego, CA 92130** | | | **Assignee or other notification for:** <br> **Presbytery Of Los Ranchos** | | | | |
| ACCOUNT NO. <br><br> **Presbytery of Mackinac** <br> **2206 Mitchell Park Drive** <br> **Petoskey, MI 49770** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Presbytery of Midwest Hanmi** <br> **8257 Harrison Street (Room 201)** <br> **Niles, IL 60714** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Presbytery of Minnesota Valleys** <br> **4055 Abbott Drive** <br> **Wilmar, MN 56201** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Presbytery of Nevada** <br> **10403 Summershade Lane** <br> **Reno, NV 89521-5168** | | | | | | | 0.00 |

Sheet no. **134** of **188** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Covenant Presbyterian Ins. Program, Inc.** _____ Case No. _____
<div align="center">Debtor(s)        (If known)</div>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Presbytery of New Covenant**<br>**1110 Lovett Boulevard**<br>**Houston, TX  77006-3808** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**Presbytery of New York City**<br>**475 Riverside Drive Suite 1600**<br>**New York, NY  10115** | | | **2009 - fire damage** | X | X | | **0.00** |
| ACCOUNT NO. <br><br>**Presbytery of Newton**<br>**390 Route 10**<br>**Randolph, NJ  07869** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**Presbytery of North Puget Sound**<br>**1010 E Casino Road**<br>**Everett, WA  98203** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**Presbytery of Northern Kansas**<br>**1823 South Ohio**<br>**Salina, KS  67401-6601** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**Presbytery of Northern New England**<br>**126 Pillsbury Rd.**<br>**Londonderry, NH  03053-3205** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**Presbytery of Olympia**<br>**15508 Portland Avenue SW**<br>**Lakewood, WA  98498** | | | | | | | **0.00** |

Sheet no. __135__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

<div align="right">

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

</div>

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Covenant Presbyterian Ins. Program, Inc.     Case No. _____

<div align="center">Debtor(s)             (If known)</div>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Presbytery of Palisades**<br>**650 Pascack Rd.**<br>**Paramus, NJ 07652** | | | | | | | **0.00** |
| ACCOUNT NO.<br><br>**Presbytery of Riverside**<br>**1875 N. D. Street**<br>**San Bernardino, CA 92405** | | | **2009** | X | X | | **0.00** |
| ACCOUNT NO.<br><br>**Jenna Henninger**<br>**34180 Calle Sereno**<br>**Temecula, CA 92592** | | | **Assignee or other notification for:**<br>**Presbytery of Riverside** | | | | |
| ACCOUNT NO.<br><br>**Presbytery of Sacramento**<br>**9985 Folsom Blvd.**<br>**Sacramento, CA 95827-1405** | | | | | | | **0.00** |
| ACCOUNT NO.<br><br>**Presbytery of San Diego**<br>**3707 Udall Street**<br>**San Diego, CA 92107-2413** | | | | | | | **0.00** |
| ACCOUNT NO.<br><br>**Presbytery of San Fernando**<br>**14225 Roscoe Boulevard**<br>**Panorama City, CA 91402** | | | | | | | **0.00** |
| ACCOUNT NO.<br><br>**Presbytery of San Francisco**<br>**2024 Durant Avenue**<br>**Berkeley, CA 94704** | | | | | | | **0.00** |

Sheet no. __136__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Covenant Presbyterian Ins. Program, Inc.      Case No. _____
<br>_____ Debtor(s) _____         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Presbytery of San Gabriel**<br>**630 N. Dalton Avenue**<br>**Azusa, CA 91702-3096** | | | | | | | <br><br>**0.00** |
| ACCOUNT NO. <br><br>**Presbytery of San Joaquin**<br>**438 S. Locust St.**<br>**Visalia, CA 93277** | | | | | | | <br><br>**0.00** |
| ACCOUNT NO. <br><br>**Presbytery of San Jose**<br>**888 N. First Street**<br>**San Jose, CA 95112** | | | | | | | <br><br>**0.00** |
| ACCOUNT NO. <br><br>**Presbytery of Santa Barbara**<br>**6067 Shirrell Way**<br>**Goleta, CA 93117** | | | | | | | <br><br>**0.00** |
| ACCOUNT NO. <br><br>**Presbytery of Savannah**<br>**3590 Darien Hwy. #8**<br>**Brunswick, GA 31525** | | | **2009 - tree fell** | | | | <br><br>**514.00** |
| ACCOUNT NO. <br><br>**Greg Garis**<br>**107 Sutherland Drive**<br>**Brunswick, GA 31525** | | | **Assignee or other notification for:**<br>**Presbytery of Savannah** | | | | |
| ACCOUNT NO. <br><br>**Presbytery of Seattle**<br>**1625 S. Columbian Way**<br>**Seattle, WA 98108** | | | **2009 - water damage** | | | | <br><br>**1,220.71** |

Sheet no. **137** of **188** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $    **1,734.71**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Covenant Presbyterian Ins. Program, Inc. _____ Case No. _____
             Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Presbytery of Southern Kansas**<br>**3521 W. 21 Street North**<br>**Wichita, KS 67203-1099** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Presbytery of Southern New England**<br>**123 Elm St. #200**<br>**Old Saybrook, CT 06475** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Presbytery of Stockton**<br>**119 East 20th Street**<br>**Tracy, CA 95376** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Presbytery of Susquehanna Valley**<br>**12 Whitney Way**<br>**Bainbridge, NY 13733** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Presbytery of The Cascades**<br>**0245 SW Bancroft, St. D**<br>**Portland, OR 97239** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Presbytery of The Heartland**<br>**3210 Michigan Avenue**<br>**Kansas City, MO 64109** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Presbytery of The Missouri Union**<br>**915-A Leslie Boulevard**<br>**Jefferson City, MO 65101-3510** | | | | | | | **0.00** |

Sheet no. __138__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Covenant Presbyterian Ins. Program, Inc.** _____  Case No. _____
                        Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Presbytery of the Ohio Valley 1701 East Second Street, Suite 100 Bloomington, IN 47401** | | | | | | | 0.00 |
| ACCOUNT NO. **Presbytery of The Pacific 6323 W. 80th Street Los Angeles, CA 90045-1417** | | | | | | | 0.00 |
| ACCOUNT NO. **Presbytery of The Redwoods 1226-A Salvador Street Napa, CA 94558-1817** | | | | | | | 0.00 |
| ACCOUNT NO. **Presbytery of West Virginia 520 Second Ave. South Charleston, WV 25303-1311** | | | | | | | 0.00 |
| ACCOUNT NO. **Presbytery of Yukon 616 W. 10th Avenue Anchorage, AK 99501** | | | | | | | 0.00 |
| ACCOUNT NO. **Presbytrerian Church Lakeview 619 S. First Street Lakeview, OR 97630** | | | 2009 - employee dishonesty claim | X | X | X | 0.00 |
| ACCOUNT NO. **Preston Hollow Presbyterian Church 9800 Preston Road Dallas, TX 75230** | | | | | | | 0.00 |

Sheet no. __139__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Covenant Presbyterian Ins. Program, Inc. _____ Case No. _____
                   Debtor(s)                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Primera Iglesia Hispana NCD** <br> **P. O. Box 910** <br> **Anaheim, CA  92815-0910** | | | | | | | <br><br>0.00 |
| ACCOUNT NO. <br><br> **Primera Iglesia Presbiteriana Hispana** <br> **1941 High Street** <br> **Oakland, CA  94601-4617** | | | | | | | <br><br>0.00 |
| ACCOUNT NO. <br><br> **Prineville Presbyterian Church** <br> **1771 N Madras Hwy** <br> **Prineville, OR  97754-9307** | | | | | | | <br><br>0.00 |
| ACCOUNT NO. <br><br> **Putnam United Presbyterian Church** <br> **P. O. Box 8** <br> **Putnam Station, NY  12861-3510** | | | | | | | <br><br>0.00 |
| ACCOUNT NO. <br><br> **Quartz Hill Presbyterian Church** <br> **5827 W Avenue M** <br> **Quartz Hill, CA  93536** | | | | | | | <br><br>0.00 |
| ACCOUNT NO. <br><br> **Queen Anne Presbyterian Church** <br> **414 W. Howe** <br> **Seattle, WA  98119** | | | | | | | <br><br>0.00 |
| ACCOUNT NO. <br><br> **Queens Chinese Presbyterian Church** <br> **98-54 Horace Harding Expressway** <br> **Rego Park, NY  11374** | | | | | | | <br><br>0.00 |

Sheet no. __140__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                Subtotal
                    (Total of this page) $

                                    Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Covenant Presbyterian Ins. Program, Inc.      Case No. _____
                 Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Rachael Paik C/O Stephen O. Teal<br>815 Fifth St., Suite 200<br>Santa Rosa, CA 95404** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Rainbow Glacier Camp<br>114 First Ave. South, Haines, A<br>Haines, AK 99801** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Raymore Presbyterian Church<br>P. O. Box 1294<br>Raymore, MO 64083** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**REACH Ministries<br>309 So. G Street, Suite 3<br>Tacoma, WA 98405** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Redeemer Presbyterian Church<br>435 Etna St.<br>Brooklyn, NY 11208** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Redwoods Presbyterian Church<br>110 Magnolia Ave.<br>Larkspur, CA 94939** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Reflections Presbyterian NCD<br>201 W. Ustick Rd.<br>Meridian, ID 83646** | | | | | | | 0.00 |

Sheet no. **141** of **188** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Covenant Presbyterian Ins. Program, Inc.** _____ Case No. _____
_____ Debtor(s) _____ (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **Rendall Memorial Presbyterian Church** **59-61 W. 137th Street** **New York, NY  10037** | | | | | | | **0.00** |
| ACCOUNT NO. | | | 2009 - commission due | | | | |
| **Richard Alexander** **8965 SE Bridge Road** **Hobe Sound, FL  33455** | | | | | | | **164.72** |
| ACCOUNT NO. | | | | | | | |
| **Richmond Heights Presbyterian Church** **1430 Silverton Place** **Richmond Heights, MO  63117** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **Ridgecrest Presbyterian Church** **P.O. Box 566** **Ridgecrest, CA  93556-0556** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **Ridgewood Presbyterian Church** **59-14 70th Ave.** **Ridgewood, NY  11385-5654** | | | | | | | **0.00** |
| ACCOUNT NO. | | | 2008 - hail damage | | | | |
| **Riley Presbyterian Church** **P. O. Box 96** **Riley, KS  66531** | | | | | | | **669.94** |
| ACCOUNT NO. | | | | | | | |
| **River Valley Church** **P.O. Box 5** **Rancho Cordova, CA  95741-0005** | | | | | | | **0.00** |

Sheet no. __142__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **834.66**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Covenant Presbyterian Ins. Program, Inc.      Case No. _____
                                         Debtor(s)                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **River Walk to Emmaus** <br> **203 Hillside Road** <br> **Antioch, CA  94509** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Riverside Evangelical Church** <br> **P.O. Box 139** <br> **Sartell, MN  56377** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Riviera Presbyterian Church** <br> **5275 Sunset Dr.** <br> **Miami, FL  33143** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Rock United Presbyterian Church** <br> **6439 Highway 61-67** <br> **Imperial, MO  63052** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Roland Park Presbyterian Church** <br> **4801 Roland Avenue** <br> **Baltimore, MD  21210** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Rosa Williams  C/O Kevin T. McCarthy Att** <br> **3054 E Tremont Ave.** <br> **Bronx, NY  10461** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Rose City Park Presbyterian Church** <br> **1907 NE 45th Avenue** <br> **Portland, OR  97213-1417** | | | | | | | 0.00 |

Sheet no. __143__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal   (Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Covenant Presbyterian Ins. Program, Inc. _____ Case No. _____
<br>Debtor(s) (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Roslyn Presbyterian Church**<br>**140 East Broadway**<br>**Roslyn, NY  11576-2138** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Ruskin Heights Presbyterian Church**<br>**1100 Ruskin Way**<br>**Kansas City, MO  64134** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Sacramento Zion Presbyterian Church**<br>**9501 Folsom Boulevard**<br>**Sacramento, CA  95827-1201** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Sam Wager C/O Ward Merdes, Attorney**<br>**P. O. Box 71309**<br>**Fairbanks, AK  99707** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Sammamish Presbyterian Church**<br>**22522 NE Inglewood Hill Road**<br>**Sammamish, WA  98074** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**San Francisco Network Ministries**<br>**559 Ellis St.**<br>**San Francisco, CA  94109** | | | **2009 - water damag** | | | | **1,059.33** |
| ACCOUNT NO.<br>**Julian Dunn, Esq.**<br>**Orrick Herrington**<br>**400 Sansome Street**<br>**SF, CA  94111** | | | **Assignee or other notification for:**<br>**San Francisco Network Ministries** | | | | |

Sheet no. __144__ of __188__ continuation sheets attached to
<br>Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
<br>(Total of this page) $ **1,059.33**

Total
<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Covenant Presbyterian Ins. Program, Inc. _____  Case No. _____
                                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Maria Ramirez**<br>**C/O Stephen J. Perelson**<br>**265 Miller Avenue**<br>**Mill Valley, CA 94941** | | | **Assignee or other notification for:**<br>**San Francisco Network Ministries** | | | | |
| ACCOUNT NO.<br><br>**San Francisco Network Ministries Housing**<br>**559 Ellis Street**<br>**San Francisco, CA 94109-8102** | | | | | | | **0.00** |
| ACCOUNT NO.<br><br>**San Francisco Safe House, Inc.**<br>**559 Ellis Street**<br>**San Francisco, CA 94109** | | | | | | | **0.00** |
| ACCOUNT NO.<br><br>**San Gabriel Presbyterian Church**<br>**200 W Las Tunas Drive**<br>**San Gabriel, CA 91776-1310** | | | | | | | **0.00** |
| ACCOUNT NO.<br><br>**San Geronimo Presb. Church**<br>**6001 Sir Francis Drake Blvd.**<br>**San Geronimo, CA 94963** | | | **2008 - fall in gohper hole on church property** | X | X | | **0.00** |
| ACCOUNT NO.<br><br>**Ms. Elena Belsky**<br>**PO Box 377**<br>**San Geronimo, CA 94963** | | | **Assignee or other notification for:**<br>**San Geronimo Presb. Church** | | | | |
| ACCOUNT NO.<br><br>**San Mateo Brazilian Fellowship NCD**<br>**2024 Durant Ave**<br>**Berkeley, CA 94704** | | | | | | | **0.00** |

Sheet no. **145** of **188** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

IN RE Covenant Presbyterian Ins. Program, Inc.     Case No. _____
              Debtor(s)                                 (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Sandra Kosowitz  C/O Stephen R. Chesley<br>18 Court St. Suite 2506<br>Brooklyn, NY  11241 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>Santa Maria Presbyterian Church<br>200 West Cook Street<br>Santa Maria, CA  93458 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>Santa Monica Taiwan Presbyterian Church<br>1220 2nd Street<br>Santa Monica, CA  90401 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>Saratoga Presbyterian Church<br>20455 Herriman Ave<br>Saratoga, CA  95070-4901 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>Savage Memorial Presbyterian Church<br>1740 SE 139th Avenue<br>Portland, OR  97233 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>Savoonga Presbyterian Church<br>616 W. 10th Avenue<br>Anchorage, AK  99501 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>Seattle Community Presbyterian Church<br>4501 46th Avenue NE<br>Seattle, WA  98105 | | | | | | | 0.00 |

Sheet no. __146__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                     Subtotal
           (Total of this page) $

                           Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Covenant Presbyterian Ins. Program, Inc. _____ Case No. _____
                           Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Second Presbyterian Church**<br>**42 S. 5th St.**<br>**Oxford, PA  19363** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Second Presbyterian Church**<br>**1400 Federal Highway**<br>**Ft. Lauderdale, FL  33304** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Setauket Presbyterian Church**<br>**5 Caroline Avenue**<br>**Setauket, NY  11733** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Seventh Avenue Presbyterian**<br>**1329 Seventh Ave.**<br>**San Francisco, CA  94122** | | | **2009 - burglary** | | | | 709.55 |
| ACCOUNT NO. <br><br>**Shadow Hills Presbyterian Church**<br>**10158 Johanna Avenue**<br>**Sunland, CA  91040-1638** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Shelma Nurse C/O Todd A Restivo, Attorne**<br>**100 Quentin Roosevelt Boulevard Suite 10**<br>**Garden City, NY  11530** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Shepherd of Sierra Presbyterian Church**<br>**5400 Barton Road**<br>**Loomis, CA  95650-9060** | | | | | | | 0.00 |

Sheet no. __147__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 709.55

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Covenant Presbyterian Ins. Program, Inc. _____ Case No. _____
                                          Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Shepherd Of The Hill Presbyterian Church** <br> **P. O. Box 73426** <br> **Puyallup, WA  983730426** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Shepherd of the Valley Presbyterian Chur** <br> **1723 Park Lawn Road** <br> **Hacienda Heights, CA  91745-3817** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Shinnecock Presbyterian Church** <br> **P. O. Box 5011** <br> **Southhampton, NY  11969-5011** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Sierra Presbyterian Church** <br> **3603 M Street** <br> **Merced, CA  95348-2807** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Sierra Vista Presbyterian Church** <br> **39696 Hwy 41** <br> **Oakhurst, CA  93644** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Siloam Presbyterian Church** <br> **260 Jefferson Avenue** <br> **Brooklyn, NY  11216-1709** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Silverlake Presbyterian Church** <br> **2930 Hyperion Avenue** <br> **Los Angeles, CA  90027-2554** | | | | | | | 0.00 |

Sheet no. __148__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Covenant Presbyterian Ins. Program, Inc.      Case No. _____
                 Debtor(s)                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Simon Peregrine et al** <br> **1100 Poydras St. 30th Floor** <br> **New Orleans, LA 70163** | | | | | | | 18,902.51 |
| ACCOUNT NO. <br><br> **Skyline Presbyterian Church** <br> **6301 Westgate Boulevard** <br> **Tacoma, WA 984062201** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Sleepy Hollow Presbyterian Church** <br> **100 Tarry Rd** <br> **San Anselmo, CA 94960-1066** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Smith Memorial Presbyterian Church** <br> **P.O. Box 69** <br> **Fairview, OR 97024-0069** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Socrates Inc.** <br> **111 Ryan Court** <br> **Pittsburgh, PA 15205** | | | 2007 -- subrogation claim 3/10 | | | | 1,026.73 |
| ACCOUNT NO. <br><br> **Sojourner Truth Presbyterian Church** <br> **2621 Shane Drive** <br> **Richmond, CA 94806** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Sound View Camp** <br> **8515 KP Highway South** <br> **Longbranch, WA 98351** | | | | | | | 0.00 |

Sheet no. __149__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                               Subtotal
                   (Total of this page)   $   **19,929.24**

                                        Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Covenant Presbyterian Ins. Program, Inc.     Case No. _____

       Debtor(s)                                   (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Sound View Presbyterian Church**<br>**760 Sound View Avenue**<br>**Bronx, NY 10473** | | | **2007 - slip and fall on church property. In litigation NY - case 301320109. Unknown to possible total of $100,000** | X | X | | **0.00** |
| ACCOUNT NO. <br><br>**Mrs. Rosa Williams**<br>**C/O Kevn T. McCarthy, Esq.**<br>**3054 E. Tremont Avenue**<br>**Bronx, NY 10461** | | | **Assignee or other notification for:**<br>**Sound View Presbyterian Church** | | | | |
| ACCOUNT NO. <br><br>**South Bay Presbyterian Church**<br>**2701 Plaza Del Amo Street #703**<br>**Torrance, CA 90503-7314** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**South Beach Presbyterian Church**<br>**P. O. Box 2677**<br>**Westport, WA 98595-0356** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**South Hills United Presbyterian Church**<br>**1170 Fremont Street**<br>**Pomona, CA 91766-4205** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**South Presbyterian Church**<br>**112 Radford Street**<br>**Yonkers, NY 10705** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**Southampton Presbyterian Church**<br>**4716 Macklind Avenue**<br>**St. Louis, MO 63109** | | | | | | | **0.00** |

Sheet no. __150__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Covenant Presbyterian Ins. Program, Inc.                                    Case No. _____
_____
Debtor(s)                                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Southeast Presbyterian Church<br>210 S. Euclid<br>San Diego, CA 92114-5201 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>Southlake Presbyterian Church<br>1452 W. Southlake Boulevard<br>Southlake, TX 76092 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>Southminster Presbyterian Church<br>7801 Livingston Rd<br>Oxon Hill, MD 20745 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>Southminster Presbyterian Church<br>7801 Livingston Rd<br>Oxon Hill, MD | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>Southminster Presbyterian Church Beavert<br>12250 SW Denney Road<br>Beaverton, OR 97008-5803 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>Southminster Presbyterian Church Boise<br>6500 Overland Road<br>Boise, ID 83709 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>Southminster Presbyterian Church Prairie<br>6306 Roe Avenue<br>Prairie Village, KS 66208 | | | | | | | 0.00 |

Sheet no. __151__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

**IN RE** Covenant Presbyterian Ins. Program, Inc. _____ Case No. _____
_____ Debtor(s) _____ (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Spanish Springs Presbyterian Church** <br> **5245 Vista Blvd. at Los Altos P** <br> **Sparks, NV 89436** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Specialized Investigations** <br> **9255 Corbin Ave #200** <br> **Northridge, CA 91324** | | | | | | | **382.81** |
| ACCOUNT NO. <br> **Springfield Presbyterian Church** <br> **7300 Spout Hill Rd.** <br> **Sykesville, MD 21784-7597** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Springs Community Presbyterian Church** <br> **5 Old Stone Highway** <br> **East Hampton, NY 11937-1611** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **St. Albans Presbyterian Church** <br> **190-04 119th Avenue** <br> **St. Albans, NY 11412** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **St. Andrew Presbyterian Church Aptos** <br> **9850 Monroe Ave.** <br> **Aptos, CA 95003-4914** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **St. Andrew Presbyterian Church Kimberlin** <br> **30 James River Road** <br> **Kimberling City, MO 65686** | | | | | | | **0.00** |

Sheet no. __152__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **382.81**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Covenant Presbyterian Ins. Program, Inc. _____ Case No. _____

                  Debtor(s)                               (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**St. Andrew Presbyterian Church La Puente<br>846 Orange Avenue<br>La Puente, CA 91744-2453** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**St. Andrew Presbyterian Church of Tampa<br>5338 Primrose Lake Circle<br>Tampa, FL 33647** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**St. Andrew Presbyterian Church Pacifica<br>1125 Terra Nova Boulevard<br>Pacifica, CA 94044** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**St. Andrew Presbyterian Church Renton<br>3604 N. E. 10th Ct.<br>Renton, WA 98056** | | | **2008 - injury on camping trip** | X | X | | **0.00** |
| ACCOUNT NO.<br>**Brena Shaffstall<br>4210 Hornel Place NE<br>Olympia, WA 98516** | | | **Assignee or other notification for:<br>St. Andrew Presbyterian Church Renton** | | | | |
| ACCOUNT NO.<br>**St. Andrew Presbyterian Church Yuba City<br>1390 Franklin Road<br>Yuba City, CA 95993-4604** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**St. Andrew United Presbyterian Church Ma<br>101 Donahue Street<br>Marin City, CA 94965** | | | | | | | **0.00** |

Sheet no. __153__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                        Subtotal
                         (Total of this page) $

                                      Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Covenant Presbyterian Ins. Program, Inc.** _____ Case No. _____
                                    Debtor(s)                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**St. Andrew's Presbyterian Church Redondo**<br>**301 Avenue D**<br>**Redondo Beach, CA  90277-4915** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**St. Andrews Presbyterian Church Mt. Airy**<br>**609 Center Street**<br>**Mt. Airy, MD  21771** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**St. Andrews Presbyterian Church Newport**<br>**600 St. Andrews Road**<br>**Newport Beach, CA  92663** | | | 2009 - slip and fall | X | X | | 0.00 |
| ACCOUNT NO.<br>**Janet Downey**<br>**7877 E. Quinn Drive**<br>**Anaheim, CA  92808** | | | Assignee or other notification for:<br>**St. Andrews Presbyterian Church Newport** | | | | |
| ACCOUNT NO.<br>**St. Andrews Presbyterian Church Santa Ba**<br>**4575 Auhay Drive**<br>**Santa Barbara, CA  93110-1705** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**St. James Presbyterian Church New York**<br>**409 W. 141st Street**<br>**New York, NY  10031** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**St. James Presbyterian Church San Fran.**<br>**664 Florence Street**<br>**Daly City, CA  94014** | | | | | | | 0.00 |

Sheet no. **154** of **188** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Covenant Presbyterian Ins. Program, Inc.      Case No. _____

<div align="center">Debtor(s)           (If known)</div>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**St. John's Assyrian Presbyterian Church**<br>**450 South Palm Street**<br>**Turlock, CA  95381-0361** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**St. John's Presbyterian Church**<br>**1070 W. Plumb Lane**<br>**Reno, NV  89509** | | | **2008 - boiler malfunction** | | | | **4,321.57** |
| ACCOUNT NO. <br><br>**St. John's Presbyterian Church Berkeley**<br>**2727 College Avenue**<br>**Berkeley, CA  94705-1247** | | | **2009 - burglary** | X | | | **16,333.00** |
| ACCOUNT NO. <br><br>**St. John's Presbyterian Church Camas**<br>**1206 NE Birch Street**<br>**Camas, WA  98607-1599** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**St. Luke Presbyterian Church**<br>**10 Bayview Dr**<br>**San Rafael, CA  94901-2501** | | | **2009 - slip and fall** | X | X | | **0.00** |
| ACCOUNT NO. <br><br>**Angela Mason**<br>**637 Yuba Street**<br>**Richmond, CA  94805** | | | **Assignee or other notification for:**<br>**St. Luke Presbyterian Church** | | | | |
| ACCOUNT NO. <br><br>**St. Luke United Presbyterian Church**<br>**808 E. 6th Street**<br>**Newton, KS  67114** | | | | | | | **0.00** |

Sheet no. __155__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **20,654.57**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Covenant Presbyterian Ins. Program, Inc.**     Case No. _____
                  Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**St. Mark Presbyterian Church Newport Bea** <br>**2200 San Joaquin Hills Rd.** <br>**Newport Beach, CA 92660-6520** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**St. Mark Presbyterian Church Portland** <br>**9750 SW Terwilliger Boulevard** <br>**Portland, OR 97219** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**St. Marks Presbyterian Church Haysville** <br>**1200 W. Grand Avenue** <br>**Haysville, KS 67060** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**St. Paul's Presbyterian Church Los Angel** <br>**5100 Coliseum Street** <br>**Los Angeles, CA 90016-5308** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**St. Paul's Presbyterian Church Needville** <br>**P.O. Box 389** <br>**Needville, TX 77461** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**St. Paul's Presbyterian Church S.F.** <br>**1399 43rd Avenue** <br>**San Francisco, CA 94122-1214** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**St. Pauls Presbyterian Church Anaheim** <br>**2580 West Orange Ave.** <br>**Anaheim, CA 92805** | | | | | | | 0.00 |

Sheet no. __156__ of __188__ continuation sheets attached to               Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims      (Total of this page) $

                                               Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Covenant Presbyterian Ins. Program, Inc.      Case No. _____

Debtor(s)          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**St. Peter's By The Sea Presbyterian Chur**<br>**6410 Palos Verdes Drive South**<br>**Rancho Palos Verdes, CA 90275-5898** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**St. Peter's By-The-Sea PC Huntington Bea**<br>**16871 Bolsa Chica Street**<br>**Huntington Beach, CA 92649** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**St. Philip's Presbyterian Church**<br>**615 Leslie Dr.**<br>**Salinas, CA 93906** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**St. Stephen Presbyterian Church**<br>**20121 Devonshire Street**<br>**Chatsworth, CA 91311-3408** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**St. Stephens Presbyterian Church North H**<br>**6400 Watt Avenue**<br>**North Highlands, CA 95660-3603** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**St. Stephens Presbyterian Church Orlando**<br>**8601 Lake Underhill Rd.**<br>**Orlando, 32825** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**St.John's PC**<br>**2727 College Ave.**<br>**Berkeley, CA 94705** | | | | | | | **16,333.70** |

Sheet no. __157__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **16,333.70**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Covenant Presbyterian Ins. Program, Inc.** _____ Case No. _____
<br>_____ Debtor(s) _____ (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br>**Sterry Memorial Presbyterian** <br>**P.O. Box 655** <br>**Parma, ID 83660-6921** | | | | | | | 0.00 |
| ACCOUNT NO. <br>**Stone Presbyterian Church of Willow Glen** <br>**1937 Lincoln Ave.** <br>**San Jose, CA 95125** | | | | | | | 0.00 |
| ACCOUNT NO. <br>**StoneBridge Community Church** <br>**4832 Cochran Street** <br>**Simi Valley, CA 93063-3060** | | | | | | | 0.00 |
| ACCOUNT NO. <br>**Stormont Vail Regional Health** <br>**1500 SW 10th Ave.** <br>**Topeka, KS 66604** | | | | | | | 2,761.27 |
| ACCOUNT NO. <br>**Sturge Presbyterian Church** <br>**25 S Humboldt Street** <br>**San Mateo, CA 94401-2925** | | | | | | | 0.00 |
| ACCOUNT NO. <br>**Sullivan & Ballog** <br>**400 N Tustin Ave. Suite 475** <br>**Santa Ana, CA 92705** | | | | | | | 5,638.40 |
| ACCOUNT NO. <br>**Sum Group** <br>**107 Vine Hill Rd.** <br>**Scotts Valley, CA 95066** | | 2010 | | | | | 191.25 |

Sheet no. __158__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **8,590.92**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Covenant Presbyterian Ins. Program, Inc.                Case No. _____
                        Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Summerland Presbyterian Church<br>2400 Lillie Ave.<br>Summerland, CA 93067-0475 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>Summerlin Presbyterian Church<br>4590 S. Hualapai Way, Suite 106<br>Las Vegas, NV 89147-7267 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>Summit Avenue Presbyterian Church<br>403 Summit Avenue S<br>Bremerton, WA 98312 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>Sumner Presbyterian Church<br>1915 Washington St.<br>Sumner, WA 98390 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>Sunnyvale Presbyterian Church<br>728 W Fremont Avenue<br>Sunnyvale, CA 94087-3102 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>Sunrise Presbyterian Church<br>3809 6th Ave. S.<br>Great Falls, MT 59406-6568 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>Sunset Presbyterian Church<br>3550 Davie Boulevard<br>Ft. Lauderdale, FL 33312 | | | | | | | 0.00 |

Sheet no. __159__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Covenant Presbyterian Ins. Program, Inc. _____ Case No. _____
                                                                     Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Synergy Medical Systems**<br>**2650 Suzanne Way**<br>**Eugene, OR 97408** | | | **2009 - Claim 530** | | | | **20.00** |
| ACCOUNT NO.<br><br>**Synod of Alaska-Northwest**<br>**1544 Snoqualmie Street**<br>**Seattle, WA 98108** | | | | | | | **0.00** |
| ACCOUNT NO.<br><br>**Synod of Lakes and Prairies**<br>**2115 Cliff Drive**<br>**Eagan, MN 55122-3327** | | | | | | | **0.00** |
| ACCOUNT NO.<br><br>**Synod of Lincoln Trails**<br>**1100 W. 42nd Street Ste. 125**<br>**Indianapolis, IN 46208** | | | | | | | **0.00** |
| ACCOUNT NO.<br><br>**Synod of Living Waters**<br>**318 Seaboard Lane, Suite 205**<br>**Franklin, TN 37067-8242** | | | | | | | **0.00** |
| ACCOUNT NO.<br><br>**Synod of Southern California and Hawaii**<br>**Wilshire Catalina Plaza**<br>**Los Angeles, CA 90010** | | | | | | | **0.00** |
| ACCOUNT NO.<br><br>**Synod of the Northeast**<br>**5811 Heritage Landing Dr.**<br>**E. Syracuse, NY 13057** | | | | | | | **0.00** |

Sheet no. __160__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **20.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Covenant Presbyterian Ins. Program, Inc. _____ Case No. _____
                                   Debtor(s)                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Synod of the Rocky Mountains**<br>**7061 South University Blvd., Suite 206**<br>**Centennial, CA  80122** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Synod of the South Atlantic**<br>**118 E. Monroe St. #3**<br>**Jacksonville, FL  32202** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Synod of the Sun**<br>**6100 Colwell Blvd., Suite 200**<br>**Irving, TX 75039-3112** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Synod of the Trinity**<br>**3040 Market St.**<br>**Camp Hill, PA  17011** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Tabernaculo de Adoracion y Musica NCD**<br>**96 East Haverhll**<br>**Lawrence, MA  01841** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Taiwanese American Presbyterian Church**<br>**12850 Saratoga Avenue**<br>**Saratoga, CA  95070-4147** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Taiwanese Presbyterian Church**<br>**542 Reis Road**<br>**Ballwin, MO  63021** | | | | | | | **0.00** |

Sheet no. __161__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Covenant Presbyterian Ins. Program, Inc. _____ Case No. _____
                        Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Taiwanese Presbyterian Church in South B<br>2077-2079 Lomita Boulevard<br>Lomita, CA  90717 | | | | | | | 0.00 |
| ACCOUNT NO.<br>Terrace View Presbyterian Church<br>4700 228th Street SW<br>Mountainlake Terrace, WA  98043 | | | | | | | 0.00 |
| ACCOUNT NO.<br>Texas Presbyterian Foundation<br>6100 Colwell Blvd., Suite 250<br>Irving, TX  75039 | | | | | | | 0.00 |
| ACCOUNT NO.<br>The Church of the Gethsemane<br>1012 8th Avenue<br>Brooklyn, NY  11215 | | | | | | | 0.00 |
| ACCOUNT NO.<br>The Cove<br>1550 Pacific Avenue<br>Santa Rosa, CA  95404 | | | | | | | 0.00 |
| ACCOUNT NO.<br>The Kenyan International Community Fello<br>1625 South Columbian Way<br>Seattle, WA  981081533 | | | | | | | 0.00 |
| ACCOUNT NO.<br>The Koninonia Center<br>1414 Kincaid<br>Eugene, OR  97401 | | | 2009 - burglary | | | | 1,633.94 |

Sheet no. __162__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 1,633.94

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Covenant Presbyterian Ins. Program, Inc.** _____  Case No. _____
                                      Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**The Presbyterian Church of Marion**<br>**610 Lawrence**<br>**Marion, KS  66861** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**The Presbyterian Church of Red Bluff**<br>**P. O. Box 246**<br>**Red Bluff, CA  96080-0246** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**The Presbyterian Church of Sweet Hollow**<br>**95 Old Country Road**<br>**Melville, NY  11747** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**The Presbyterian Church of the Crossroad**<br>**133 Elton Street**<br>**Brooklyn, NY  11208** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**The United Presbyterian Church of Middle**<br>**50-56 Main Street**<br>**Middletown, NY  10940** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**Toledo Presbyterian Church**<br>**316 Augustus Street**<br>**Toledo, WA  98591-0396** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**Towson Presbyterian Church**<br>**400 West Chesapeake Avenue**<br>**Towson, MD  21204** | | | **2007  - defense commencesd 10/07 -- balance of attorneys fees owing. Case settled with claimant.** | | | | **18,902.00** |

Sheet no. **163** of **188** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

           Subtotal
      (Total of this page) $    **18,902.00**

          Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Covenant Presbyterian Ins. Program, Inc.      Case No. _____

Debtor(s)                 (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Simon Perrigrine Et Al.**<br>**1100 Pydras Street 30th Fl.**<br>**New Orleans, LA 70163** | | | **Assignee or other notification for:**<br>**Towson Presbyterian Church** | | | | |
| ACCOUNT NO.<br>**Tremont Presbyterian Church**<br>**1954 Grand Concourse**<br>**Bronx, NY 10457** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Tri City United Presbyterian Church**<br>**P.O. Box 704**<br>**Myrtle Creek, OR 97457-0110** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Tri-Valley Korean Presbyterian**<br>**5925 West Las Positas Blvd.**<br>**Pleasanton, CA 94588** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Trinidad Presbyterian Church**<br>**Po Box 509**<br>**Trinidad, CA 95570-0509** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Trinity Presbyterian Church Achorage**<br>**12310 Lorraine Street**<br>**Anchorage, AK 99516** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Trinity Presbyterian Church Berwyn, PA**<br>**640 Berwyn Ave.**<br>**Berwyn, PA 19312** | | | | | | | **0.00** |

Sheet no. __164__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Covenant Presbyterian Ins. Program, Inc.          Case No. _____
    Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Trinity Presbyterian Church Boise**<br>**4601 S. Surprise Way**<br>**Boise, ID 83706** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Trinity Presbyterian Church Fairhope**<br>**P. O. Box 441**<br>**Fairhope, AL 36533** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Trinity Presbyterian Church Manhattan**<br>**1110 College Avenue**<br>**Manhattan, KS 66502** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Trinity Presbyterian Church Oroville**<br>**2350 Foothill Boulevard**<br>**Oroville, CA 95966-5521** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Trinity Presbyterian Church Pasadena**<br>**3740 E Sierra Madre Boulevard**<br>**Pasadena, CA 91107-1971** | | | 2010 | X | X | | 0.00 |
| ACCOUNT NO.<br>**Sullivan & Ballog LLP**<br>**400 N Tustin Avenue**<br>**Santa Ana, CA 92705** | | | **Assignee or other notification for:**<br>**Trinity Presbyterian Church Pasadena** | | | | |
| ACCOUNT NO.<br>**Yvonne Roma**<br>**C/O Jacobson & Associates**<br>**3580 Wilshire Blvd. Ste 1600**<br>**LA, CA 90010** | | | **Assignee or other notification for:**<br>**Trinity Presbyterian Church Pasadena** | | | | |

Sheet no. __165__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Covenant Presbyterian Ins. Program, Inc.      Case No. _____
<br>_____
<br>Debtor(s)              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Trinity Presbyterian Church Port Neches**<br>**805 Sierra Drive**<br>**Port Neches, TX 77651** | | | | | | | **0.00** |
| ACCOUNT NO.<br><br>**Trinity Presbyterian Church San Carlos**<br>**1106 Alameda de Las Pulgas**<br>**San Carlos, CA 94070-4451** | | | | | | | **0.00** |
| ACCOUNT NO.<br><br>**Trinity Presbyterian Church Santa Cruz**<br>**420 Melrose Avenue**<br>**Santa Cruz, CA 95062-1524** | | | | | | | **0.00** |
| ACCOUNT NO.<br><br>**Trinity Presbyterian Church Sedro Woolle**<br>**10217 Collins Road**<br>**Sedro Woolley, WA 98284-9307** | | | | | | | **0.00** |
| ACCOUNT NO.<br><br>**Trinity Presbyterian Church Shoreline**<br>**1315 N 160th Street**<br>**Shoreline, WA 98133** | | | | | | | **0.00** |
| ACCOUNT NO.<br><br>**Trinity Presbyterian Church Stockton**<br>**1002 West Eighth Street**<br>**Stockton, CA 95206** | | | | | | | **0.00** |
| ACCOUNT NO.<br><br>**Trinity Presbyterian Church Tacoma**<br>**1619-6th Avenue**<br>**Tacoma, WA 98405** | | | | | | | **0.00** |

Sheet no. __166__ of __188__ continuation sheets attached to
<br>Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
<br>(Total of this page) $

Total
<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Covenant Presbyterian Ins. Program, Inc. _____ Case No. _____
<br>Debtor(s) (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Trinity Presbyterian Church Topeka**<br>**4746 SW 21st Street**<br>**Topeka, KS  66604** | | | **2009 - slip and fall** | X | X | | 0.00 |
| ACCOUNT NO.<br>**Stormont Valey Regional Health Center**<br>**1500 SW 10th Avenue**<br>**Topeka, KS  66604** | | | Assignee or other notification for:<br>Trinity Presbyterian Church Topeka | | | | |
| ACCOUNT NO.<br>**Trinity Presbyterian Church West Sacrame**<br>**1500 Park Boulevard**<br>**West Sacramento, CA  95691-3927** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Trinity Presbyterian Church Wichita**<br>**2258 Marigold Lane**<br>**Wichita, KS  67204** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Trinity United Presbyterian Church**<br>**1600 Carver Road**<br>**Modesto, CA  95350-3831** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Trinity United Presbyterian Church**<br>**243 Weirfield Street**<br>**Brooklyn, NY  11221** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Trinity United Presbyterian Church Santa**<br>**13922 Prospect Avenue**<br>**Santa Ana, CA  92705** | | | | | | | 0.00 |

Sheet no. **167** of **188** continuation sheets attached to
<br>Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
<br>(Total of this page) $

Total
<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Covenant Presbyterian Ins. Program, Inc.     Case No. _____
           Debtor(s)                                 (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Trustees of the Presbytery Of Baltimore 5400 Loch Raven Blvd. Baltimore, MD 21239** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**Tualatin Plains Presbyterian Church 30685 NW Scotch Church Rd Hillsboro, OR 97124-8331** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**Tualatin Presbyterian Church 9230 SW Siletz Drive Tualatin, OR 97062-9182** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**Tulare Korean Presbyterian NCD 438 S Locust St Visalia, CA 93277** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**Tustin Presbyterian Church 225 West Main Street Tustin, CA 92780-4319** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**Tutuilla Presbyterian Church P.O. Box 1477 Pendleton, OR 97801** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**Ucm At Osu/Westminster House 101 NW 23rd St Corvallis, OR 97330-5355** | | | | | | | **0.00** |

Sheet no. __168__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims         Subtotal   $
(Total of this page)

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Covenant Presbyterian Ins. Program, Inc. _____ Case No. _____
                          Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Umatilla Community Presbyterian Church**<br>**P. O. Box 358**<br>**Umatilla, OR 97882** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Union Presbyerian Church**<br>**5637 Street Rd.**<br>**Kirkwood, PA 17536** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Union Presbyterian Church**<br>**858 University Ave**<br>**Los Altos, CA 94024-4637** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Unionville Presbyterian Church**<br>**P.O. Box 447**<br>**Unionville, PA 19375** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**United Christian Parish**<br>**745 N Brush St**<br>**Lakeport, CA 95453-4331** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**United Methodist Presbyterian Church**<br>**418 Ash st. SE**<br>**Brown Valley, MN 56219** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**United Methodist Presbyterian Church**<br>**P. O. Box 240**<br>**Highland, KS 66035-0240** | | | | | | | 0.00 |

Sheet no. __169__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Covenant Presbyterian Ins. Program, Inc.** _____ Case No. _____
Debtor(s)                   (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**United Presbyterian Church<br>745 N Brush St.<br>Lakeport, CA 95453** | | | **2009 - water damage** | | | | **3,313.25** |
| ACCOUNT NO.<br>**United Presbyterian Church<br>P.O. Box 283<br>Americus, KS 66835** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**United Presbyterian Church Belleville<br>1713 North Street<br>Belleville, KS 66935** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**United Presbyterian Church Brownsville<br>198 Washburn Street<br>Brownsville, OR 97327-2012** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**United Presbyterian Church Garden City<br>1719 Texas Street<br>Garden City, KS 67846** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**United Presbyterian Church Sterling<br>307 N. Broadway<br>Sterling, KS 67579-0292** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**United Presbyterian Church Terra Bella<br>P. O. Box 10117<br>Terra Bella, CA 93270** | | | | | | | **0.00** |

Sheet no. __**170**__ of __**188**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **3,313.25**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Covenant Presbyterian Ins. Program, Inc.     Case No. _____

Debtor(s)         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **United Presbyterian Church Viola** <br> **29610 W. 95th St. So.** <br> **Viola, KS 67149** | | | | | | | **0.00** |
| **ACCOUNT NO.** <br><br> **United Presbyterian Church Watsonville** <br> **112 E Beach St** <br> **Watsonville, CA 95076-4704** | | | | | | | **0.00** |
| **ACCOUNT NO.** <br><br> **United Property and Casualty C/O Stanley** <br> **P. O. Box 1368** <br> **Boise, ID 83701** | | | | | | | **184,173.21** |
| **ACCOUNT NO.** <br><br> **United Protestant Church Palmer** <br> **713 S Denali Street** <br> **Palmer, AK 99645-6614** | | | | | | | **0.00** |
| **ACCOUNT NO.** <br><br> **University Community Presbyterian Church** <br> **3510 College Road** <br> **Fairbanks, AK 99709** | | | | | | | **0.00** |
| **ACCOUNT NO.** <br><br> **University Place Presbyterian Church** <br> **8101 27th St W** <br> **University Place, WA 98466-2716** | | | | | | | **0.00** |
| **ACCOUNT NO.** <br><br> **University Presbyterian Church Fresno** <br> **1776 East Roberts** <br> **Fresno, CA 93710** | | | | | | | **0.00** |

Sheet no. __171__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **184,173.21**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Covenant Presbyterian Ins. Program, Inc. _____ Case No. _____
         Debtor(s)             (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**University Presbyterian Church Houston**<br>**3601 Blodgett**<br>**Houston, 77004** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**University Presbyterian Church Seattle**<br>**4540 15th Avenue NE**<br>**Seattle, WA 98105** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Uno Lehikaine**<br>**2441 Jamaica Way**<br>**San Leandro, CA 94577** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Uno Lehikaine**<br>**2441 Jamaica Way**<br>**San Leandro, CA 94577** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Upland Taiwan Presbyterian Church**<br>**869 N. Euclid Ave.**<br>**Upland, CA 91786** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**US Legal support**<br>**4232-1 Las Virgenes Rd.**<br>**Calabasas, CA 91302** | | | | | | | **1,895.22** |
| ACCOUNT NO.<br>**Utqiagvik Presbyterian Church**<br>**P.O. Box 730**<br>**Barrow, AK 99723-0730** | | | | | | | **0.00** |

Sheet no. __172__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,895.22**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Covenant Presbyterian Ins. Program, Inc. _____ Case No. _____
                                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Valley Community Presbyterian Church** <br> **Po Box 98** <br> **San Geronimo, CA 94963-0098** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Valley Presbyterian Church Bishop** <br> **2912 West Line Street** <br> **Bishop, CA 93514** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Valley Presbyterian Church Brookfield** <br> **21 West Whisconier Road** <br> **Brookfield, CT 06804** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Valley Presbyterian Church Hazelton** <br> **P.O. Box 400** <br> **Hazelton, ID 83335-0400** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Valley Presbyterian Church Portola** <br> **945 Portola Road** <br> **Portola Valley, CA 94028-7208** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Valley Stream Presbyterian Church** <br> **130 S. Central Avenue** <br> **Valley Stream, NY 11580** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Valley United Presbyterian Church** <br> **16200 Chatsworth Street** <br> **Granada Hills, CA 91344-6901** | | | | | | | **0.00** |

Sheet no. __173__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Covenant Presbyterian Ins. Program, Inc.  Case No. _____
     Debtor(s)          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Van Nuys Property**<br>**14225 Roscoe Boulevard**<br>**Panorama City, CA  91402** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Vancouver Korean Presbyterian Church**<br>**5045 E 18th Street**<br>**Vancouver, WA  98661-6569** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Vashon Presbyterian Church**<br>**P. O. Box 435**<br>**Vashon, WA  98070-0435** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Vietnamese Evangelistic Outreach**<br>**9985 Folsom Boulevard**<br>**Sacramento, CA  95827-1405** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Vietnamese Good News Fellowship**<br>**1625 South Columbian Way**<br>**Seattle, WA  981081533** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Vietnamese Presbyterian Church Orange Co**<br>**11832 Euclid Street**<br>**Garden Grove, CA  92840** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Village Church Prairie Village**<br>**P. O. Box 9050 6641 Mason Rd.**<br>**Prairie Village, KS  66208-8050** | | | | | | | **0.00** |

Sheet no. __174__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE  Covenant Presbyterian Ins. Program, Inc. _____  Case No. _____
                  Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Village Presbyterian Church Anaheim** **P.O. Box 910** **Anaheim, CA  92815-0910** | | | | | | | 0.00 |
| ACCOUNT NO. **Village Presbyterian Church Arcadia** **2733 S. 10th Avenue** **Arcadia, CA  91006** | | | | | | | 0.00 |
| ACCOUNT NO. **Wabash Presbyterian Church** **18325 S E 384th Street** **Auburn, WA  98092** | | | | | | | 0.00 |
| ACCOUNT NO. **Waldeck, Matteuzzi & Sloan, P.C.** **2 Pershing Square, 2300 Main St. 9th Flo** **Kansas City, MO  64108** | | | **2010 -- defense of Platte County Missori case 09AE-CV01863 DIVI** | | | | 8,318.80 |
| ACCOUNT NO. **Walk to Emmaus** **201 Adler Avenue** **Clovis, CA  93612** | | | | | | | 0.00 |
| ACCOUNT NO. **Wallingford Presbyterian Church** **1414 N. 42nd Street** **Seattle, WA  98103** | | | | | | | 0.00 |
| ACCOUNT NO. **Wallington Presbyterian Church** **9 Bond Street** **Wallington, NJ  07057-1207** | | | | | | | 0.00 |

Sheet no. __175__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 8,318.80

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Covenant Presbyterian Ins. Program, Inc.      Case No. _____
                         Debtor(s)                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Warm Springs Presbyterian Church**<br>**P.O. Box 869**<br>**Warm Springs, OR  97761-0869** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Wayside Presbyterian Church**<br>**600 Stoney Battery Road**<br>**Landisville, PA  17538** | | | **2009 - wind damage** | | | | **3,438.74** |
| ACCOUNT NO.<br>**GAB Robins**<br>**PO Box 822965**<br>**Philadelphia, PA  19182** | | | **Assignee or other notification for:**<br>**Wayside Presbyterian Church** | | | | |
| ACCOUNT NO.<br>**Wayside Presbyterian Church**<br>**600 Stoney Battery Road**<br>**Landisville, PA  17538-1429** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Wedgwood Presbyterian Church**<br>**8008 35th Avenue NE**<br>**Seattle, WA  98115** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Wells Memorial Presbyterian Church**<br>**829 Dune Dr**<br>**Avalon, NJ  08202** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Wells Presbyterian Church**<br>**P. O. Box 251**<br>**Wells, NV  89835-0251** | | | | | | | **0.00** |

Sheet no. __176__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **3,438.74**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Covenant Presbyterian Ins. Program, Inc.      Case No. _____

          Debtor(s)                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Welsh Presbyterian Church** <br> **6012 Roy Street** <br> **Los Angeles, CA 90042** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **West Charlton United Presbyterian Church** <br> **1331 Sacandaga Road** <br> **West Charlton, NY 01210** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **West Hollywood Presbyterian Church** <br> **7350 West Sunset Boulevard** <br> **Hollywood, CA 90046-3411** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **West Park Presbyterian Church** <br> **263 W. 86th Street** <br> **New York, NY 10024** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Elaine Belch** <br> **C/O Shoshanna T. Bookson, Esq.** <br> **875 Park Avenue** <br> **NY, NY 10075** | | | Assignee or other notification for: <br> West Park Presbyterian Church | | | | |
| ACCOUNT NO. <br> **West Park Presb. Church** <br> **168 W 86th Street** <br> **NY, NY 10024** | | | Assignee or other notification for: <br> West Park Presbyterian Church | | | | |
| ACCOUNT NO. <br> **West Side Presbyterian Church** <br> **1024 Kasold Drive** <br> **Lawrence, KS 66049** | | | | | | | 0.00 |

Sheet no. **177** of **188** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Covenant Presbyterian Ins. Program, Inc.              Case No. _____

                                  Debtor(s)                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**West Side Presbyterian Church**<br>**3601 California SW**<br>**Seattle, WA  98116** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**West Valley Presbyterian Church**<br>**6191 Bollinger Road**<br>**Cupertino, CA  95014-4630** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Westhope and Taiwanese American Presbyte**<br>**12850 Saratoga Avenue**<br>**Saratoga, CA  95070** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Westminster Hills Presbyterian Church**<br>**27287 Patrick Avenue**<br>**Hayward, CA  94544** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Westminster House**<br>**2315 College Avenue**<br>**Berkeley, CA  94704** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Westminster Presbyterian Church**<br>**50 E. Santa Ana**<br>**Fresno, CA  93755-5252** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Westminster Presbyterian Church**<br>**830 N Annie Glidden Road**<br>**DeKalb, IL  60115** | | | | | | | 0.00 |

Sheet no. __178__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                   Subtotal   |
(Total of this page) $

                                  Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Covenant Presbyterian Ins. Program, Inc. _____ Case No. _____
                                         Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Westminster Presbyterian Church**<br>**5005 Lawson Ave.**<br>**Gulfport, MS  39507** | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**Westminster Presbyterian Church**<br>**1157 Sam Ritemberg Blvd**<br>**Charleston, SC  29407** | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**Westminster Presbyterian Church Albany**<br>**85 Chestnut St.**<br>**Albany, NY  12210** | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**Westminster Presbyterian Church Anacorte**<br>**1300 9th Street**<br>**Anacortes, WA  98221-1912** | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**Westminster Presbyterian Church Arlingto**<br>**1330 S. Fielder Rd.**<br>**Arlington, TX  76013** | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**Westminster Presbyterian Church Aurora,**<br>**10 N. Edgelawn**<br>**Aurora, IL  60506** | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**Westminster Presbyterian Church Bakersfi**<br>**2080 Stine Road**<br>**Bakersfield, CA  93309** | | | | | | | 0.00 |

Sheet no. **179** of **188** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Covenant Presbyterian Ins. Program, Inc.     Case No. _____

         Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Westminster Presbyterian Church Burbank**<br>**542 N. Buena Vista Street**<br>**Burbank, CA  91505-3209** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Westminster Presbyterian Church Eugene**<br>**777 Coburg Rd.**<br>**Eugene, OR  97401-6429** | | | **2008 - slip and fall at church. Unknown to possible total of $100,0000** | X | X | | **0.00** |
| ACCOUNT NO.<br>**Nancy Cook**<br>**C/O Shesinger & De Velleneuve**<br>**PO Box 11616**<br>**Eugene, OR  97440** | | | Assignee or other notification for:<br>Westminster Presbyterian Church Eugene | | | | |
| ACCOUNT NO.<br>**Westminster Presbyterian Church Las Vega**<br>**4601 W Lake Mead Blvd.**<br>**Las Vegas, NV  89108-2829** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Westminster Presbyterian Church Los Ange**<br>**2230 West Jefferson Boulevard**<br>**Los Angeles, CA  90018** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Westminster Presbyterian Church Medford**<br>**2000 Oakwood Drive**<br>**Medford, OR  97504-7633** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Westminster Presbyterian Church Olympia**<br>**1925 Boulevard Rd Se**<br>**Olympia, WA  985013277** | | | | | | | **0.00** |

Sheet no. __180__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

     Subtotal
(Total of this page)   $

     Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Covenant Presbyterian Ins. Program, Inc.** _____  Case No. _____
　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Westminster Presbyterian Church Ottawa** <br> **401 W. 13th** <br> **Ottawa, KS  66067** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Westminster Presbyterian Church Pasadena** <br> **1757 N. Lake Avenue** <br> **Pasadena, CA  91104** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Westminster Presbyterian Church Port Hue** <br> **755 Bard Road** <br> **Port Hueneme, CA  93041-2560** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Westminster Presbyterian Church Portland** <br> **1624 NE Hancock Street** <br> **Portland, OR  97212-4443** | | | **2009 - slip and fall** | X | X | | **0.00** |
| ACCOUNT NO. <br> **Nancy Holloman** <br> **920 Lariat Drive** <br> **Eugene, OR  97401** | | | **Assignee or other notification for:** <br> **Westminster Presbyterian Church Portland** | | | | |
| ACCOUNT NO. <br> **Westminster Presbyterian Church Rockford** <br> **2821 Bell School Road** <br> **Rockford, IL  61107** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Westminster Presbyterian Church Sacramen** <br> **1300 N Street** <br> **Sacramento, CA  95814-5904** | | | | | | | **0.00** |

Sheet no. __181__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Covenant Presbyterian Ins. Program, Inc.                    Case No. _____
_____
Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Westminster Presbyterian Church Salem** <br> **3737 Liberty Road S** <br> **Salem, OR  97302-5625** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Westminster Presbyterian Church San Dieg** <br> **3598 Talbot Street** <br> **San Diego, CA  92106-2964** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Westminster Presbyterian Church San Jose** <br> **1100 Shasta Ave** <br> **San Jose, CA  95126-2621** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Westminster Presbyterian Church Springfi** <br> **1551 East Portland** <br> **Springfield, MO  65804-1299** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Westminster Presbyterian Church St. Loui** <br> **5300 Delmar Blvd.** <br> **St. Louis, MO  63112-3102** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Westminster Presbyterian Church Tacoma** <br> **5236 E B Street** <br> **Tacoma, WA  98404-1300** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Westminster Presbyterian Church Temple C** <br> **9642 E. Live Oak Avenue** <br> **Temple City, CA  91780** | | | | | | | **0.00** |

Sheet no. __182__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Covenant Presbyterian Ins. Program, Inc.** _____ Case No. _____
                                        Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Westminster Presbyterian Church Tiburon** <br> **240 Tiburon Blvd.** <br> **Tiburon, CA 94920-2220** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Westminster Presbyterian Church Topeka** <br> **1275 SW Boswell Avenue** <br> **Topeka, KS 66604** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Westminster Presbyterian Church Vero Bea** <br> **2555 58th Avenue** <br> **Vero Beach, FL 32966** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Westminster Presbyterian Church West Isl** <br> **109 Udall Road** <br> **West Islip, NY 11795** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Westminster Presbyterian Church Westlake** <br> **32111 Watergate Road** <br> **Westlake Village, CA 91361-3602** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Westminster Presbyterian Church Worthing** <br> **230 Clary St.** <br> **Worthington, MN 56187** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Westminster Woods Wichita KS** <br> **3521 W. 21 Street North** <br> **Wichita, KS 67203-1099** | | | | | | | **0.00** |

Sheet no. **183** of **188** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Covenant Presbyterian Ins. Program, Inc.     Case No. _____
                 Debtor(s)                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Westminster-Bethany Presbyterian Church**<br>**644 McDonough Street**<br>**Brooklyn, NY 11233** | | | | | | | **0.00** |
| ACCOUNT NO.<br><br>**Westminsterr Presbyterian Church**<br>**12 N. Edgelawn**<br>**Aurora, IL 60506** | | | | | | | **0.00** |
| ACCOUNT NO.<br><br>**Westport Presbyterian Church**<br>**201 Westport Road**<br>**Kansas City, MO 64111** | | | | | | | **0.00** |
| ACCOUNT NO.<br><br>**Westtown Presbyterian Church**<br>**P.O. Box 299**<br>**Westtown, NY 10998** | | | | | | | **0.00** |
| ACCOUNT NO.<br><br>**Westview Presbyterian Church**<br>**118 1st St**<br>**Watsonville, CA 95077** | | | | | | | **0.00** |
| ACCOUNT NO.<br><br>**Westwood Presbyterian Church Los Angeles**<br>**10822 Wilshire Boulevard**<br>**Los Angeles, CA 90024-4303** | | | | | | | **0.00** |
| ACCOUNT NO.<br><br>**Westwood Presbyterian Church Wichita**<br>**8007 West Maple**<br>**Wichita, KS 67209** | | | | | | | **0.00** |

Sheet no. **184** of **188** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Covenant Presbyterian Ins. Program, Inc. _____ Case No. _____
                                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Wheatland Presbyterian Church** 11839 S Heggs Rd Plainfield, IL  60585 | | | | | | | **0.00** |
| ACCOUNT NO. **White River Presbyterian Church** 526 12th Street, SE Auburn, WA  98002 | | | | | | | **0.00** |
| ACCOUNT NO. **Whittier Presbyterian Church** 6030 South El Rancho Drive Whittier, CA  90606 | | | | | | | **0.00** |
| ACCOUNT NO. **Wichita Korean Presby. Church** 8035 E. Gilbert Wichita, KS  67207 | | | 2009 - slip and fall | X | X | | **0.00** |
| ACCOUNT NO. **Minsoo Kim** 8411 Parkmont Wichita, KS  67207 | | | Assignee or other notification for: Wichita Korean Presby. Church | | | | |
| ACCOUNT NO. **Wieslaw Gradzki  C/O Mr. Joseph Catania** P. O. Box 1479 Newburgh, NY  12550 | | | | | | | **0.00** |
| ACCOUNT NO. **Wiley Tinterra, Minor** 1410 S 10th St. Kelso, WA  98626 | | | | | | | **0.00** |

Sheet no. __185__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Covenant Presbyterian Ins. Program, Inc.      Case No. _____

<div align="center">Debtor(s)          (If known)</div>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Willow Creek Presbyterian Church**<br>**7300 Belvidere Road**<br>**Caledonia, IL 61011** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Wilshire Presbyterian Church**<br>**300 South Western Avenue**<br>**Los Angeles, CA 90020-3805** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Wilson, Elser, et al.**<br>**150 E 42nd St.**<br>**New York, NY 10017** | | | **2009 - defense of claim Bellmore Presb. Church, Bellmore NY** | | | | **13,339.71** |
| ACCOUNT NO.<br>**Windsor Presbyterian Church**<br>**5891 Pruitt Avenue**<br>**Windsor, CA 95492** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Wintersburg Presbyterian Church**<br>**2000 North Fairview Street**<br>**Santa Ana, CA 92706** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Woodlake Presbyterian Church**<br>**P. O. Box 627**<br>**Woodlake, CA 93286-0627** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Woodland Presbyterian Church**<br>**1324 Columbia Drive**<br>**Woodland, CA 95695-5093** | | | | | | | **0.00** |

Sheet no. **186** of **188** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **13,339.71**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Covenant Presbyterian Ins. Program, Inc.** _____ Case No. _____
          Debtor(s)               (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Woodland Presbyterian Church**<br>**P. O. Box 297**<br>**Woodland, WA  98674-0300** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**Work Force Chaplaincy**<br>**500 North Peppertree**<br>**Visalia, CA  93291** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**Wrightsville Presbyterian Church**<br>**204 North Second Street**<br>**Wrightsville, PA  17368** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**Yakutat Presbyterian Church**<br>**11024-A Auke Lake Way**<br>**Juneau, AK  99801** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**Ygnacio Valley Presbyterian Church**<br>**2140 Minert Road**<br>**Concord, CA  94518** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**York Claims Service**<br>**P. O. Box 784516**<br>**Philadelphia, PA  19178** | | | **2009** | | | | **3,864.00** |
| ACCOUNT NO. <br><br>**Yucaipa Valley Presbyterian Church**<br>**P. O. Box 1255**<br>**Yucaipa, CA  92399-1255** | | | | | | | **0.00** |

Sheet no. **187** of **188** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

     Subtotal
   (Total of this page) $ **3,864.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Covenant Presbyterian Ins. Program, Inc.      Case No. _____

<div align="center">Debtor(s)                  (If known)</div>

<div align="center">

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Yvonne Roma C/O Jacobson & Associates 3580 Wilshire Blvd., Suite 1600 Los Angeles, CA 90010 | | | | | | | 0.00 |
| ACCOUNT NO. Zainer, Rinehart, Clarke 3510 Unocal Place Ste 350 Santa Rosa, CA 95403 | | | 2009 | | | | 573.00 |
| ACCOUNT NO. Zephyr Point Conference Center P.O. Box 289 Zephyr Cove, NV 89448 | | | | | | | 0.00 |
| ACCOUNT NO. Zion Olivet Presbyterian Church 134 Cannon St. Charleston, 29403 | | | | | | | 0.00 |
| ACCOUNT NO. Zurich North America 8712 Innovation Way Chicago, IL 60682 | | | | | | | 250.40 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __188__ of __188__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

<div align="right">

Subtotal
(Total of this page)   $ **823.40**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $ **1,018,490.36**

</div>

<div style="writing-mode: vertical-lr;">© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

IN RE **Covenant Presbyterian Ins. Program, Inc.**                    Case No. _____
_____
                          Debtor(s)                                              (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

     Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Covenant Presbyterian Ins. Program, Inc.      Case No. _____
                       Debtor(s)                                                    (If known)

## SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Covenant Presbyterian Ins. Program, Inc. _____ Case No. _____
<br>Debtor(s)                                         (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____    Signature: _____
<br>                                                                                Debtor

Date: _____    Signature: _____
<br>                                                          (Joint Debtor, if any)
<br>                                                                  [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
<br>Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer              Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
<br>_____
<br>Address

_____    _____
<br>Signature of Bankruptcy Petition Preparer                                                      Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chairperson Of The Board** _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **Covenant Presbyterian Ins. Program, Inc.** _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **201** sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **January 12, 2011** _____    Signature: */s/ Kim Warner* _____

                                         **Kim Warner**
<br>                                                 (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
# Northern District of California

IN RE:                                                           Case No. _____

**Covenant Presbyterian Ins. Program, Inc.** _____ Chapter **7** _____

Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

---

**1. Income from employment or operation of business**

None   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT    SOURCE

    0.00   Income 2010 year to date (nil)

    0.00   Income 2009  (no tax return yet prepared - net loss - active operations ceased June 2009 and receipts from 6/09 were reimbursements from insurers or from the sale of furniture and office supplies)

45,000.00   Income 2008  (gross income from 2008 corporate tax return - $45,000)

---

**2. Income other than from employment or operation of business**

None   State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT   SOURCE

52,837.00  Received apx. $52,837 over last 24 months from various sources, including sales of furniture and office supplies (see question 10 below) plus refunds from Visa; subrents received;  return of auto insurance premium, and pay off of $18,168 loan.

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None ☑ *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☐ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

| NAME AND ADDRESS OF CREDITOR | DATE OF PAYMENTS/TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Paul Jamond**<br>**200 Fourth Street #300**<br>**Santa Rosa, CA 95401** | **Paid Attorney Jamond $5,000 for chapter 7 bankruptcy filing 12/21/10** | **5,000.00** | **0.00** |
| **Bob Reis**<br>**PO Box 7015**<br>**Wilmington, DE 19803** | **Paid Bob Reis total of $8,106.45 in last 90 days for contemporaneous services to Debtor -- $1,976 paid 11/17/10; $1,379 paid 12/3/10; and $2,567 paid 1/10/11** | **5,922.00** | **0.00** |

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☑ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Paul Jamond**<br>**200 Fourth Street #300**<br>**Santa Rosa, CA 95401** | **12/21/10** | **5,000.00** |
| **Jonathan Bornstein**<br>**Attorney At Law**<br>**1010 B Street, Ste 300**<br>**San Rafael, CA 94901** | **4/24/10 & 5/5/10** | **5,299.00** |

**10. Other transfers**

None ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **No Transfers Other Than**<br>**In Ordinary Course** | | |
| **UCCIB**<br>**700 Prospect Avenue**<br>**Cleveland, OH 44115**<br>**NA** | **7/28/09** | **Sale of software and server for $10,500** |
| **Synod Of The Pacific**<br>**200 Kentucky Street Ste B**<br>**Petaluma, CA 94952**<br>**NA** | **10/21/09** | **Sale of various office machines to Synod of the Pacific for $1,278** |
| **Denise McReynolds**<br>**699 Gravenstein Hwy #49**<br>**Sebastopol, CA 95472**<br>**NA** | **10/21/09** | **Sale of 2 computers and cell phone to Denise McReynolds for $665** |
| **Robert Reis**<br>**326 Waycross Road**<br>**Wilmington, DE**<br>**NA** | **12/14/09** | **Sale of computer for $150** |

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Wells Fargo Bank**<br>**200 B Street** | **Checking account** | **Corporation previously had 2 checking accounts at WFB -- one** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Santa Rosa, CA  95402**

**account used for  claims/debt payments. This account closed and funds transferred to main account in July 2009**

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☐ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS               NAME USED               DATES OF OCCUPANCY

**Debtor nonprofit corporation currently has no physical address -- business records located with officers and directors of non-profit corporation.**

**Corporation was previously physically located with primary offices at 205 Keller Street, Suite 203, Petaluma, CA 94952 from inception in 2001  to 2009.**

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## 18. Nature, location and name of business

None

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **Debtor Corp Non-Profit** | **94-3363248** | **Operations Only** | **Debtor is California non-profit corporation formed in 2000 to assist churchs and other ministries with pooling and managing their risks within a self-insured retention amount ("SIR") and with purchasing insurance above the amount of the SIR. Debtor is not a provider of insurance but rather assists churches and other ministries within the Presbyterian Church to institute appropriate loss control and risk management practies. Debtor's member organizations are involved in human services activities for the communities they serve -- members are association of churches.** | **2000 to present. From 2003 through 2009 CPIP operated with master policies and increasing amounts of SIR rentetions for claims. Debtor collected funds from local churches and other ministries to pay SIR claims. Beginning 2009, CPIP did not collect sufficient funds from member churches to pay all of the SIR claims and ultimately realized that it had become unable to pay all potential claims -- leading up to decision to file present chapter 7 BK proceedings and terminate operations.** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                    DATES SERVICES RENDERED
**Zainer, Rinehart, Clarke**         **CPAs and tax returns last few years**
**3510 Unocal Place Ste 350**
**Santa Rosa, CA  95403**

None ☑ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS
**Bob Reis**
**PO Box 7015**
**Wilmington, DE  19803**

None ☑ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

### 20. Inventories

None ☐ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

|  | | DOLLAR AMOUNT OF INVENTORY |
| DATE OF INVENTORY | INVENTORY SUPERVISOR | (Specify cost, market, or other basis) |
|  | **NA** | |

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

### 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| | | NATURE AND PERCENTAGE |
| NAME AND ADDRESS | TITLE | OF STOCK OWNERSHIP |
| **Kim Warner** | **President / Director** | **NA** |
| **Chair & Presd / Texas Psyb. Foundation** | | |
| **6100 Colwell Blvd.** | | |
| **Irving, TX  75039** | | |
| **Dale Hamilton** | **Treasurer / Director** | **NA** |
| **Pres. Mission Center** | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**6100 Colwell**
**Irving, TX 75039**

| | | |
|---|---|---|
| **John Zerba**<br>**144 S. Main**<br>**Milton Freewater, OR 97862** | **Secretary / Director** | **NA** |
| **John Lococo**<br>**888 N. First Street Ste 320**<br>**San Jose, CA 95112-6314** | **Director** | **NA** |
| **Rev. Dean Strong**<br>**1010 E. Casino Rd.**<br>**Everett, WA 98203** | **Director** | **NA** |
| **Rev. Ralph Wright**<br>**197 East Main Street**<br>**Patchogue, NY 11772** | **Director** | **NA** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**22. Former partners, officers, directors and shareholders**

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distributions by a corporation**

None ☐ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Bob Reis**<br>**PO Box 7015**<br>**Wilmington, DE 19803**<br>**NA** | **Debtor has paid Bob Reis as independent contractor since his resignation as Debtor's President effective 12/31/09** | **Bob Reis performs services to Debtor as instructed by Board of Directors. Has received apx. $5,509 from Debtor for services rendered in last 90 days.**<br><br>**Has received a total of _____ from Debtor from 1/1/10 to present** |

**24. Tax Consolidation Group**

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

None ☐ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION PLAN    TAXPAYER IDENTIFICATION NUMBER
**Synod of the Pacific Joint Fund, 200 Kentucky**
**Street Ste B, Petaluma, CA 94952-3825**

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date: **January 12, 2011**   Signature: ***/s/ Kim Warner***

        **Kim Warner, Chairperson Of The Board**

<div align="right">Print Name and Title</div>

  [An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

       **0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only